UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Robert Hight

                      Plaintiff,

v.                                                         Case No.: 1:24−cv−02525
                                                              Honorable Lindsay C. Jenkins

The University of Chicago

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 2, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's motions to seal [19] and [20] are granted. The clerk is directed to seal the unredacted, amended complaint at [20]. Plaintiff is to file a redacted, public version of the amended complaint as a free−standing docket entry by July 3, 2024. Defendant's statement as to how it wishes to proceed remains due by July 8, 2024. The motion to dismiss the original complaint [9] is terminated as moot. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.