## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Robert Hight

                    Plaintiff,

v.                                                Case No.: 1:24−cv−02525
                                                Honorable Lindsay C. Jenkins

The University of Chicago

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 8, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendants intends to file a motion to dismiss the amended complaint. The Court imposes the following briefing schedule as proposed by the parties: any motion to dismiss is due by July 29, 2024; Plaintiff's response is due by August 19, 2024; Defendant's reply is due by September 4, 2024. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.