**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Robert Hight
                      Plaintiff,

v.                                                Case No.: 1:24–cv–02525
                                                       Honorable Lindsay C. Jenkins

The University of Chicago
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 22, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's response to the renewed motion to dismiss [38] is due on December 13, 2024 and Defendant's reply is due on December 24, 2024. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.