## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Robert Hight

                    Plaintiff,

v.                                Case No.: 1:24–cv–02525
                                Honorable Lindsay C. Jenkins

The University of Chicago

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 22, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motion to reconsider [36] and the motion to dismiss [38] are both denied. See Order for further details. Defendant's answer to the amended complaint is due by February 5, 2025. In light of the most recent status report, which details the work that remains, fact discovery must be noticed in time for completion by June 13, 2025. The parties are to propose an expert discovery schedule by June 2, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.