**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Robert Hight

                Plaintiff,

v.                                           Case No.: 1:24–cv–02525
                                                            Honorable Lindsay C. Jenkins

The University of Chicago

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 10, 2026:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Regarding the motion for an extension of certain deadlines, without objection, the deadline to complete expert disclosures is extended to March 6, 2026 (for retained experts and treating physicians). Defendant's response to the motion insofar as it seeks additional time for Plaintiff to disclose an additional expert is due by March 24, 2026. No replies unless the court requests a reply. For now, the April 16, 2026 expert discovery deadline stands. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.