**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Robert Hight

                    Plaintiff,

v.                                       Case No.: 1:24–cv–02525

                                         Honorable Lindsay C. Jenkins

The University of Chicago

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 27, 2026:

        MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff may response to the motion for reconsideration [101], which seeks clarification from the court on the curative measures that should be imposed as to Plaintiff's journal, by May 11, 2026. The filing may not exceed 7 pages. The court does not require a reply at this time. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.