**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Robert Hight
Plaintiff,
v.
The University of Chicago
Defendant.

Case No.: 1:24−cv−02525
Honorable Lindsay C. Jenkins

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 5, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: The court imposes the following expert schedule as proposed by the parties: By July 10, 2026, the University must serve its Rule 26 disclosures for its rebuttal expert; by August 31, 2026, the parties should complete all liability expert depositions. The court imposes the following summary judgment briefing schedule: any motions for summary judgment is due by October 30, 2026; responses are due by November 16, 2026; any replies are due by December 15, 2026. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.