**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT HIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-02525 |
| | ) | |
| v. | ) | Honorable Lindsay C. Jenkins |
| | ) | |
| UNIVERSITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT REGARDING STATUS OF EFFORTS TO SETTLE FEES
AND COSTS RELATED TO MOTION FOR SANCTIONS**

Plaintiff Robert Hight and Defendant University of Chicago ("the University") (collectively, "the Parties"), through their respective counsel, submit this Joint Status Report on the status of expert discovery.

1. By Order dated June 15, 2026 (Dkt. 110), the Court granted the Parties' joint motion seeking additional time to continue their efforts to agree on an amount of fees and costs relating to the University's motion for sanctions (Dkt. 82) that the Court granted in part in its order dated March 27, 2026 (Dkt. 99).

2. Through their respective counsel, the Parties have continued their efforts to settle the amount of fees and costs, including most recently by means of a telephone conference today.

3. The Parties respectfully request that they be granted an additional twenty-one (21) days, or until August 24, 2026, to agree on an amount of reasonable attorney's fees and costs relating to the University's motion for sanctions or inform the Court that the parties are at an impasse. The Parties believe they will have exhausted their efforts to reach a resolution by this date.

1

Date: August 3, 2026

Respectfully submitted,


By: _/s Joseph P. Selbka_      By: _/s/ Scott Warner_
Attorney for Plaintiff                       Attorney for Defendant

Joseph Selbka                                       Scott Warner
MacDonald, Lee, & Senechalle Ltd.     Husch Blackwell LLP
2300 Barrington Road, Suite 220        120 South Riverside Plaza, Suite 2200,
Hoffman Estates, Illinois 60169         Chicago, Illinois 60606
847-310-0025                                       312-526-1633
jselbka@lawphm.com                   scott.warner@huschblackwell.com

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all registered counsel of record this 3rd day of August 2026.

Joseph P. Selbka
MacDonald, Lee, & Senechalle, LTD
2300 Barrington Road, Suite 220
Hoffman Estates, Illinois 60169-2034
pleadings@pmllegal.com
(847) 310-0025

_/s/ Scott L. Warner_
Scott L. Warner