**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT HIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-02525 |
| | ) | |
| v. | ) | Honorable Lindsay C. Jenkins |
| | ) | |
| UNIVERSITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT REGARDING STATUS OF EFFORTS TO SETTLE FEES AND COSTS RELATED TO MOTION FOR SANCTIONS**

Plaintiff Robert Hight and Defendant University of Chicago ("the University") (collectively, "the Parties"), through their respective counsel, submit this Joint Status Report on the status of efforts to settle the fees and costs related to the University's motion for sanctions

1. By Order dated August 4, 2026 (Dkt. 112), the Court set a deadline of August 24, 2026 to submit another status report regarding their efforts to settle the fees and costs relating to the University's motion for sanctions that the Court granted in part in its order dated March 27, 2026.

2. Through their respective counsel, the Parties have continued their efforts to settle the amount of fees and costs, including by means of an exchange of additional correspondence and by telephone.

3. Despite their efforts to reach a settlement regarding this issue, the Parties are now at an impasse and in need of the Court's assistance to resolve this issue.

4. Accordingly, the Parties respectfully request that the Court enter the following schedule with regard to this issue: (a) the University's fee petition, including any supporting brief, would be due by September 14, 2026; (b) Plaintiff's response would be due by October 5, 2026;

and any reply the Court might wish to receive from the University would be due by October 19, 2026.

Date: August 24, 2026

Respectfully submitted,

By: *_/s Joseph P. Selbka_*
Attorney for Plaintiff

Joseph Selbka
MacDonald, Lee, & Senechalle Ltd.
2300 Barrington Road, Suite 220
Hoffman Estates, Illinois 60169
847-310-0025
jselbka@lawphm.com

By: *_/s/ Scott Warner_*
Attorney for Defendant

Scott Warner
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
312-526-1633
scott.warner@huschblackwell.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all registered counsel of record this 24th day of August 2026.

Joseph P. Selbka
MacDonald, Lee, & Senechalle, LTD
2300 Barrington Road, Suite 220
Hoffman Estates, Illinois 60169-2034
pleadings@pmllegal.com
(847) 310-0025

*/s/ Scott L. Warner*
Scott L. Warner