**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT HIGHT,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF CHICAGO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-cv-02525<br><br>Honorable Lindsay C. Jenkins |

**JOINT MOTION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE AND FOR LEAVE TO FILE SUMMARY JUDGMENT BRIEFS IN EXCESS OF 15 PAGES, ADDITIONAL STATEMENTS OF FACT, AND CERTAIN MATERIALS UNDER SEAL**

Plaintiff Robert Hight and Defendant University of Chicago (collectively, "the Parties"), through their respective counsel, submit this Joint Motion for Leave to File Summary Judgment Briefs in Excess of 15 Pages, Additional Statements of Fact, and Certain Materials Under Seal (the "Motion"). In support of the Motion, the Parties state:

1. By Order dated June 5, 2026, the Court set the following summary judgment briefing schedule: any motions for summary judgment due by October 30, 2026; responses due by November 16, 2026; and any replies due by December 15, 2026 (Dkt. 108).

2. The Parties have discovered that they inadvertently proposed a deadline of November 16, 2026 for responses to any dispositive motions (Dkt. 107) but intended to propose a deadline of December 15, 2026 for responses and a deadline of January 15, 2027 for replies. As a result of this inadvertent error and to account for holiday schedules, the Parties therefore respectfully propose that the above briefing schedule be amended such that responses are due December 15, 2026 and replies are due January 22, 2027.

3. The remaining claims in this case are for disability discrimination, failure to accommodate, and breach of multiple alleged contractual requirements. These claims arise out of events that took place during a five-year period. In addition, discovery in this case to date has been extensive. 20 witnesses have been deposed, and thousands of pages of documents have been produced. To adequately present its motion for summary judgment on the three remaining claims in this case, the University has determined that it will require up to 30 pages for its Local Rule 56.1(a)(1) supporting memorandum of law and up to a total of 160 numbered paragraphs in its Local Rule 56.1(a)(2) statement of material facts. The University thus respectfully requests an extension of Local Rule 7.1's 15-page limit for briefs to up to 30 pages, and an extension of Local Rule 56.1's 80-paragraph limit for Local Rule 56.1(a)(2) statements of material facts to up to 160 statements. The undersigned counsel for the University will do their best to present the facts and arguments in a manner that is as streamlined as possible.

4. Plaintiff's counsel has no objection to this request and similarly requests leave to file a Local Rule 56.1(b)(1) supporting memorandum of law in response to the University's motion for summary judgment of up to 30 pages and to have up to a total of 80 numbered paragraphs in Plaintiff's Local Rule 56.1(b)(3) statement of additional facts. The University has no objection to this request.

5. The Parties have filed certain other exhibits in this matter under seal (*see* Dkt. 84-85). The Parties request for leave to file all exhibits to their summary judgment submissions under seal. There is good cause to file under seal pursuant to Local Rule 26.2 because many of the exhibits were marked CONFIDENTIAL by the Parties pursuant to the Agreed Confidential Order (*see* Dkt. 18), contain information that relates to Plaintiff's physical or mental health, and/or contain information that may be an education record of another student under the Family

Educational Rights and Privacy Act, 34 C.F.R. Part 99 ("FERPA"). Due to the voluminous nature of the anticipated exhibits, which will include several deposition transcripts provided in their complete form pursuant to this Court's Case Procedures, the Parties respectfully request leave to file all exhibits under seal.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Motion be granted and that: (a) the summary judgment briefing schedule be adjusted such that responses are due on December 15, 2026 and replies are due on January 22, 2027; (b) the Parties be allowed to file the above-referenced briefs of up to 30 pages and additional statements of fact of up to 160 statements of fact for the University's Rule 56.1(a)(2) statement and up to 80 additional statements of fact for the Plaintiff's Rule 56.1(b)(2) statement; and (c) the Parties be allowed to file their respective exhibits to their summary judgment submissions under seal.

Date: October 21, 2026

Respectfully submitted,

By: _/s/ Joseph Selbka_
Attorney for Plaintiff

Joseph Selbka
MacDonald, Lee, & Senechalle, Ltd.
2300 Barrington Road, Suite 220
Hoffman Estates, Illinois 60169
847-310-0025
jselbka@pmllegal.com

By: _/s/ Scott Warner_
Attorney for Defendant

Scott Warner
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
312-526-1633
scott.warner@huschblackwell.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all registered counsel of record this 21st day of October, 2026.

*/s/ Scott Warner*

***Attorney for Defendant***
***University of Chicago***