**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Robert Hight
Plaintiff,
v.
The University of Chicago
Defendant.

Case No.: 1:24−cv−02525
Honorable Lindsay C. Jenkins

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 22, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: The joint motion to modify [118] is granted in part and denied in part. Any motion for summary judgment remains due by October 30, 2026; responses are now due by December 15, 2026 and replies are due by January 22, 2027. The parties have also requested increases to the page limits and increases to the limits on numbered paragraphs under Local Rule 56.1(d). The court grants this request as to the page limitation and the number of statements of material fact. The request is denied as to the statements of additional material fact. Any motion for summary judgment may not exceed 30 pages; response briefs may not exceed 20 pages; reply briefs may not exceed 10 pages. The movant's statements of material fact under LR 56.1(d)(5) may not exceed 160 statements, a number that doubles what the rule ordinarily allows. The court declines to modify the 40−statement limit for statements of additional material fact given that the other modifications being made; doing so would be excessive. The court urges the parties to be as concise as possible; not doing so only delays the court's ability to resolve the motions in a timely way. Exhibits filed in connection with summary judgment may be filed under seal as necessary; documents that do not need to be sealed should not be sealed. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.