**DEFENDANT UNIVERSITY OF CHICAGO'S**
**EXHIBIT TABLE OF CONTENTS**
**IN SUPPORT OF ITS LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS**[1]

| Tab | Exhibit Description & Original Exhibit Number |
|---|---|
| **1** | 2022-2023 Academic Guidelines, admitted to the record as Hight Exhibit 4 |
| **2** | 2023-2024 Academic Guidelines, admitted to the record as Arora Exhibit 84 |
| **3** | Student Treatment Policy, admitted to the record as Hight Exhibit 64 |
| **4** | University Grievance Policy for Graduate Students, admitted to the record as Hight Exhibit 77 |
| **5** | 2015-2016 Handbook for Graduate and Professional School Students with Disabilities ("SDS Handbook"), admitted to the record as Warren Exhibit 86 |
| ***Filed Under Seal***: | |
| **6** | Transcript of Deposition of Plaintiff Robert Hight (May 27 and May 28, 2025, combined) |
| **7** | Academic Transcript of Robert Hight, admitted to the record as Hight Exhibit 19 |
| **8** | Transcript of Deposition of Vineet Arora, M.D., Dean for Medical Education |
| **9** | Transcript of Deposition of Jeanne Farnan, M.D. Associate Dean of Undergraduate Medical Education |
| **10** | Transcript of Deposition of James Woodruff, M.D. Dean of Students |
| **11** | Transcript of Deposition of Charnessa Warren, Director of Student Disability Services |
| **12** | Student Request for Accommodations, admitted to the record as Hight Exhibit 6 |
| **13** | Accommodation Determination Letter, admitted to the record as Hight Exhibit 7 |
| **14** | Transcript of Deposition of Chelsea Dorsey, M.D. Associate Dean for Medical Student Academic Advising & Advancement |
| **15** | Declaration of Adam Cifu, M.D. Former Associate Dean for Medical Student Advancement |
| **15-A** | CAP Meeting Slides April 2022, Exhibit A to Dr. Cifu's Declaration |
| **15-B** | Dr. Cifu's Notes of Meetings with Plaintiff, Exhibit B to Dr. Cifu's Declaration |
| **16** | Declaration of Chelsea Dorsey, M.D., Associate Dean for Medical Student Academic Advising & Advancement |
| **16-A** | CAP Meeting Slides July 14, 2023, Exhibit A to Dr. Dorsey's Declaration |
| **16-B** | Plaintiff's Letter to the CAP, Exhibit B to Dr. Dorsey's Declaration |
| **16-C** | Draft CAP Slides to the AAC, Exhibit C to Dr. Dorsey's Declaration |
| **16-D** | September 5, 2023 Email and Attached Draft CAP Slides to the AAC, Exhibit D to Dr. Dorsey's Declaration |
| **16-E** | September 6, 2023 Email and Attached Final CAP Slides to the AAC, Exhibit E to Dr. Dorsey's Declaration |

[1]The parties were given leave to file exhibits under seal as necessary. Dkt. 119. The policy documents included as exhibits are not confidential in nature and are filed as combined Attachment 2 to the Local Rule 56.1 Statement of Material Facts. They are identified by the electronic bookmark ("Tab") at which they may be found. The remaining exhibits will be filed under seal as a separate docket entry or entries and will likewise be identified by the Tab at which they may be found (beginning with Tab 6). Tabs are numbered consecutively across multiple combined PDF filings.

| | |
|---|---|
| **17** | Declaration of Korry Schwanz, M.H.A., Associate Dean for Medical School Administration |
| **17-A** | Spreadsheet of LAS Coaching, Exhibit A to the Schwanz Declaration |
| **17-B** | Academic Appeal Case Document, Exhibit B to the Schwanz Declaration |
| **17-C** | Dr. Cifu's notes of meeting with Plaintiff, Exhibit C to the Schwanz Declaration |
| **17-D** | July 12, 2023 email from Dr. Victoria Barbosa to Dr. Woodruff, Exhibit D to the Schwanz Declaration |
| **17-E** | Plaintiff's PSOM clerkship evaluations, Exhibit E to the Schwanz Declaration |
| **17-F** | Excerpted and de-identified comments from Plaintiff's clerkship evaluations, Exhibit F to the Schwanz Declaration |
| **17-G** | Synopsis of feedback on Plaintiff's OB/GYN rotation at North Shore, Exhibit G to the Schwanz Declaration |
| **17-H** | Dr. Farnan's investigation report, with supporting documentation, Exhibit H to the Schwanz Declaration |
| **17-I** | Email received by Dr. Meagan Brockman on April 30, 2023, as forwarded to Dr. Farnan, Dr. Woodruff, and Dr. Smith, Exhibit I to the Schwanz Declaration |
| **17-J** | Dr. Woodruff's agenda for the June 16, 2023 meeting with Plaintiff, Exhibit J to the Schwanz Declaration |
| **17-K** | August 30-September 5, 2023 emails from Adam Eickmeyer to AAC, Dr. Arora, and Ms. Schwanz, Exhibit K to the Schwanz Declaration |
| **18** | May 1, 2023 Letter from Dr. Dorsey to Plaintiff, admitted to the record as Hight Exhibit 27 |
| **19** | Plaintiff's Aug 9, 2023 Appeal to the AAC, admitted to the record as Hight Exhibit 51 |
| **20** | Transcript of Deposition of Nicola Orlov, M.D., Pediatrics Clerkship Director |
| **21** | Pediatrics Grade Sheet, admitted to the record as Orlov Exhibit 99 |
| **22** | December 2020 PCR, admitted to the record as Hight Exhibit 12 |
| **23** | Email from Plaintiff to Dr. Orlov, admitted to the record as Hight Exhibit 13 |
| **24** | December 14, 2020 emails between Plaintiff and Dr. Orlov, admitted to the record as Hight Exhibit 14 |
| **25** | Mistreatment report regarding Dr. Audrey Zeis, admitted to the record as Hight Exhibit 65 |
| **26** | December 14, 2020 note by Dr. Woodruff, admitted to the record as Hight Exhibit 66 |
| **27** | December 15, 2020 note by Dr. Woodruff, admitted to the record as Hight Exhibit 67 |
| **28** | January 5, 2021 petition to CAP, admitted to the record as Hight Exhibit 20 |
| **29** | February 5, 2021 letter from Dr. Cifu to Plaintiff, admitted to the record as Hight Exhibit 21 |
| **30** | Transcript of Deposition of Dr. Carrie Smith, Obstetrics & Gynecology Clerkship Director |
| **31** | Synopsis of communications compiled by Dr. Smith, admitted to the record as Smith Exhibit 78 |
| **32** | May 10, 2021 email from Dr. Smith to Dr. Cifu, admitted to the record as Smith Exhibit 82 |

| | |
|---|---|
| **33** | May 14, 2021 letter from Dr. Cifu to Plaintiff, admitted to the record as Hight Exhibit 22 |
| **34** | August 2, 2021 letter from Dr. Cifu to Plaintiff, admitted to the record as Hight Exhibit 23 |
| **35** | Medical leave of absence application, admitted to the record as Hight Exhibit 24 |
| **36** | Plaintiff's request to return from leave of absence, admitted to the record as Hight Exhibit 25 |
| **37** | April 21, 2022 letter from Dr. Cifu to Plaintiff, admitted to the record as Hight Exhibit 26 |
| **38** | October 10, 2022 bias report regarding Drs. John Lacci & Matt Milleman, admitted to the record as Hight Exhibit 68 |
| **39** | October 5-12, 2022 emails between Dr. Smith and Plaintiff, admitted to the record as Smith Exhibit 79 |
| **40** | Dr. Sydney Dautel's evaluation of Plaintiff, admitted to the record as Smith Exhibit 80 |
| **41** | February 5-6, 2023 email exchange between Plaintiff, Dr. Dautel, Dr. Smith, and Dr. Laveaux, as forwarded, admitted to the record as Hight Exhibit 30 |
| **42** | Dr. Brockman's evaluation of Plaintiff, admitted to the record as Hight Exhibit 29 |
| **43** | February 22, 2023 email exchange between Plaintiff and Dr. Smith, admitted to the record as Hight Exhibit 28 |
| **44** | April 18-21, 2023 emails between Dr. Berrier and Plaintiff, admitted to the record as Hight Exhibit 8 |
| **45** | Plaintiff's Interrogatory Responses, admitted to the record as Hight Exhibit 3 |
| **46** | April 30-May 1, 2023 emails between Dr. Brockman and [REDACTED]@gmail.com, admitted to the record as Hight Exhibit 31 |
| **47** | June 13-14, 2023 emails between Dr. Woodruff and Plaintiff, admitted to the record as Hight Exhibit 35 |
| **48** | Transcript of Deposition of Jacob Reynolds |
| **49** | Dr. Woodruff's notes of June 16, 2023 meeting, admitted to the record as Hight Exhibit 36 |
| **50** | Dr. Woodruff's notes of June 20, 2023 call, admitted to the record as Woodruff Exhibit 94 |
| **51** | June 27, 2023 email exchange, admitted to the record as Hight Exhibit 38 |
| **52** | July 3-5, 2023 emails between Dr. Smith and Plaintiff, admitted to the record as Smith Exhibit 81 |
| **53** | July 3-6, 2023 emails between Dr. Smith and Plaintiff, admitted to the record as Hight Exhibit 42 |
| **54** | July 3, 2023 PCR, admitted to the record as Hight Exhibit 43 |
| **55** | Transcript of Deposition of Victoria Barbosa, M.D., Faculty Member |
| **56** | July 11-12, 2023 emails between Dr. Woodruff and Dr. Barbosa, admitted to the record as Woodruff Exhibit 98 |
| **57** | July 5, 2023 email from Plaintiff to Dr. Dorsey and Mr. Eickmeyer, with attached Letter to the CAP and Professionalism Certificate, admitted to the record as Hight Exhibit 41 |

| | |
|---|---|
| **58** | July 13-14, 2023 emails between Dr. Woodruff and Plaintiff, as forwarded, admitted to the record as Hight Exhibit 45 |
| **59** | July 19, 2023 letter from Dr. Dorsey to Plaintiff, admitted to the record as Hight Exhibit 46 |
| **60** | August 2-3, 2023 emails between Dr. Dorsey and Plaintiff, as forwarded, admitted to the record as Hight Exhibit 47 |
| **61** | Declaration of Vineet Arora, M.D., Dean for Medical Education |
| **61-A** | Plaintiff's Written Statement to the AAC, Exhibit A to Dr. Arora's Declaration |
| **62** | AAC Conflict of Interest and Confidentiality Policy statements, admitted to the record as Arora Exhibit 85 |
| **63** | August 17-18, 2023 emails between Plaintiff, Dr. Arora, and Dr. Woodruff, admitted to the record as Hight Exhibit 52 |
| **64** | Academic Appeal Case Document, admitted to the record as Hight Exhibit 55 |
| **65** | August 30, 2023 email from Mr. Eickmeyer to Plaintiff, admitted to the record as Hight Exhibit 53 |
| **66** | August 30, 2023 email from Mr. Eickmeyer via noreply@box.com to Plaintiff, admitted to the record as Hight Exhibit 54 |
| **67** | Plaintiff's Written Statement to the AAC, admitted to the record as Hight Exhibit 57 |
| **68** | September 11, 2023 email from Dr. Arora to Dr. Anderson and attached AAC memorandum, admitted to the record as Hight Exhibit 59 |
| **69** | Transcript of Deposition of Mark Anderson, M.D., PSOM Dean |
| **70** | CAP Slides to the AAC, as provided to Dr. Anderson, admitted to the record as Anderson Exhibit 107 |
| **71** | September 11, 2023 email from Dr. Anderson to Plaintiff, admitted to the record as Hight Exhibit 58 |
| **72** | PSOM Students Who Received a PCR, Academic Probation, or Both (2018–2019 to 2022–2023), admitted to the record as Dorsey Exhibit 105 |
| **73** | May 12, 2023 UChicago Student Wellness Encounter, admitted to the record as Hight Exhibit 9 |