**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT HIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-02525 |
| | ) | |
| v. | ) | |
| | ) | Honorable Lindsay C. Jenkins |
| UNIVERSITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**EVIDENCE IN SUPPORT OF**
**DEFENDANT'S LOCAL RULE 56.1(a)(2) STATEMENT OF MATERIAL FACTS**

# TABS 1-5

# Tab 1
# Hight Exhibit 4

THE UNIVERSITY OF CHICAGO
UChicago Medicine
Pritzker School of Medicine

# Academic Guidelines

2022-2023



EXHIBIT
4

# INTRODUCTION

This document provides a summary of the University of Chicago Pritzker School of Medicine's Academic Guidelines. As a condition of enrollment in the Pritzker School of Medicine, every student must familiarize themselves with these guidelines and must comply with them. The University of Chicago Pritzker School of Medicine will not accept any assertion of ignorance of these provisions as a basis for exception to them. No student or group of students should expect to be warned individually to conform to any of the guidelines contained in this publication. Students are advised to pay special attention to all deadlines given in the Academic Guidelines. Students who have questions or concerns about these guidelines should bring them to the Dean for Medical Education, the Associate Dean for Medical Student Advising and Advancement, or the Associate Dean for Undergraduate Medical Education.

These guidelines are subject to revision. The online Academic Guidelines booklet represents the most current version and takes precedence over previously published versions:

pritzker.uchicago.edu/current/students/AcademicGuidelines.pdf

Publication Date: August 9, 2022.
Updated: September 26, 2022.

# TABLE OF CONTENTS


**CONTACT INFORMATION** .......... **4**
**MISSION STATEMENT** .......... **6**
**EDUCATIONAL PROGRAM OBJECTIVES** .......... **7**
**PROGRAM OF STUDIES** .......... **9**
YEAR 1 (CLASS OF 2026) .......... 9
YEAR 2 (CLASS OF 2025) .......... 9
YEAR 3 (CLASS OF 2024) .......... 10
YEAR 4 (CLASS OF 2023) .......... 10
**TECHNICAL REQUIREMENTS FOR MATRICULATION & PROMOTION** .......... **12**
REQUIREMENTS FOR MATRICULATION .......... 12
STUDENT DISABILITY SERVICES .......... 12
REQUIREMENTS FOR ADVANCEMENT .......... 13
SPECIFIC REQUIREMENTS FOR YEAR 1 .......... 13
SPECIFIC REQUIREMENTS FOR YEAR 2 .......... 13
SPECIFIC REQUIREMENTS FOR YEAR 3 .......... 13
SPECIFIC REQUIREMENTS FOR YEAR 4 .......... 13
REQUIREMENTS FOR GRADUATION .......... 15
**GRADING SYSTEM** .......... **16**
THE PASS/FAIL GRADING SYSTEM .......... 16
HONORS (H) .......... 16
HIGH PASS (HP) .......... 16
PASS (P) .......... 16
FAILURE (F) .......... 16
NON-GRADE DESIGNATORS .......... 17
INCOMPLETE (I) .......... 17
WITHDRAWAL (W) .......... 17
**HONORS & AWARDS** .......... **18**
GRADUATION WITH HONORS .......... 18
OTHER GRADUATION AWARDS .......... 18
ALPHA OMEGA ALPHA .......... 18
FACULTY/RESIDENT & FELLOW/ALUMNI CRITERIA .......... 19
GOLD HUMANISM HONOR SOCIETY .......... 19
**ACADEMIC COMMITEES** .......... **20**
ACADEMIC PROGRESS COMMITTEES (APC) .......... 20
COMMITTEE ON ACADEMIC PROMOTIONS (CAP) .......... 20
**REMEDIATION** .......... **22**
REMEDIATION OF COURSEWORK .......... 22
TIMING & SCHEDULING OF REMEDIATION .......... 22

Years 1 & 2 ........ 22
Years 3 & 4 ........ 22
Year 4 ........ 23
Appeal of Grades and/or Designators Used for Year 3 ........ 23
**ACADEMIC DEFICIENCIES ........ 23**
Monitored Academic Status ........ 23
Academic Probation ........ 24
Removal of Monitored Academic Status or Academic Probation ........ 24
Auditing Courses ........ 24
**ACADEMIC GRIEVANCES ........ 25**
Departmental Grievances ........ 25
Grades, Evaluations, Departmental Remediation Requirements ........ 25
Committee on Academic Promotions Grievance ........ 25
Appeal of Decision of Committee on Academic Promotions ........ 25
**EXTENDED STUDY OPTIONS ........ 27**
Initiation of Placement in the Directed Study Options ........ 27
Types of Extended Directed Study ........ 27
Directed Study – Extended Curriculum Option ........ 27
Directed Study – Research ........ 27
**LEAVE OF ABSENCE ........ 28**
Leave of Absence Guidelines ........ 28
Involuntary Leave of Absence Policy ........ 28
Notification of Others ........ 30
**GUIDING PRINCIPLES OF PROFESSIONALISM ........ 31**
**POLICIES ........ 34**
Faculty Evaluator – Student As Patient Policy ........ 34
Financial Aid Policy for Satisfactory Academic Progress ........ 35
Duty Hours Policy ........ 37
Holiday Policy for Medical Students ........ 38
Digital Media Use Policy ........ 39
Policy for Academic Resources ........ 42
Medical Center Policies ........ 43
Policy on Harassment, Discrimination, and Sexual Misconduct ........ 44
Policy on Treatment of Students ........ 45
**MEDICAL STUDENT PERFORMANCE EVALUATION ........ 46**
Information provided in the MSPE ........ 46
Sample Medical Student Performance Evaluation ........ 47
MSPE Appendices ........ 54

# CONTACT INFORMATION

## Pritzker Administration

**Medical Education**

| | | |
|---|---|---|
| Dean for Medical Education | Vineet Arora, MD, MAPP | 773.834.2138<br>Dean-for-meded@bsd.uchicago.edu |
| Director of Medical School Education | Adam Eickmeyer, MPH | 773.702.5306<br>adambruce@bsd.uchicago.edu |
| Assistant Director of Medical School Education | Mel Pollay, MEd | 773.702.1220<br>mpollay@bsd.uchicago.edu |
| Registrar | Michael McGinty | 773.834.1334<br>mmcginty@bsd.uchicag.edu |
| Associate Dean for Undergraduate Medical Education | Jeanne Farnan, MD, MHPE | 773.834.3401<br>jfarnan@medicine.bsd.uchicago.edu |
| Assistant Dean of Medical School Research | Rachel Wolfson, MD | 773.834.7099<br>rwolfson@peds.bsd.uchicago.edu |
| Director of Medical Student Performance Evaluation & Associate Dean for Faculty Development in Medical Education | H. Barrett Fromme,, MD, MHPE | 773.834.9042<br>hfromme@peds.bsd.uchicago.edu |

**Student Affairs & Programs**

| | | |
|---|---|---|
| Dean of Students | James Woodruff, MD | 773.795.1051<br>jwoodruf@medicine.bsd.uchicago.edu |
| Associate Dean of Students & Professional Development | Wei Wei Lee, MD, MPH | 773.702.6840<br>wlee3@bsd.uchicago.edu |
| Associate Dean for Medical Student Academic Advising & Advancement | Chelsea Dorsey, MD | 773.702.9841<br>cdorsey@surgery.bsd.uchicago.edu |
| Executive Director of Student Affairs & Programs, UME Finance, and Continuum Strategy | Kate Blythe | 773.702.5944<br>kblythe@bsd.uchicago.edu |

**Office of Health Equity, Diversity, and Inclusion**

| | | |
|---|---|---|
| Interim Associate Dean for Health Equity, Diversity, & Inclusion | Milda Saunders, MD | 773.702.5941<br>msaunder@bsd.uchicago.edu |
| Director for Health Equity, Diversity, & Inclusion | Adriana Black, MPH | 773.834.7563<br>acblack@bsd.uchicago.edu |

**Admissions**

| | | |
|---|---|---|
| Associate Dean for Admissions | Keme Carter, MD | 773.702.1937<br>pritzkeradmissions@bsd.uchicago.edu |
| Assistant Dean for Admissions | Michael Marcangelo, MD | 773.702.1937<br>pritzkeradmissions@bsd.uchicago.edu |
| Director of Admissions | Emily Sharp-Kellar, JD | 773.702.4652<br>esharpkellar@bsd.uchicago.edu |

**Administration**

| | | |
|---|---|---|
| Associate Dean for Medical School Administration | Korry Schwanz, MHA | 773.834.1954<br>kschwanz1@bsd.uchicago.edu |

## Pritzker Ombudsmen

| | | |
|---|---|---|
| Shellie Williams, MD | 773.702.8840<br>pager 188.4833 | swillia2@medicine.bsd.uchicago.edu |
| Steven Zangan, MD | 773.702.3844<br>pager 188.2816 | szangan@radiology.bsd.uchicago.edu |

## NorthShore University HealthSystem Contacts

| | | |
|---|---|---|
| Associate Dean & Chief<br>Academic Officer | Richard Silver, MD | 847.570.1478<br>rsilver@northshore.org |
| Assistant Vice President<br>Academic Affairs | Heather Winn, MHSA | 847.570.1086<br>hwinn@northshore.org |

# MISSION STATEMENT

**At the University of Chicago, in an atmosphere of interdisciplinary scholarship and discovery, the Pritzker School of Medicine is dedicated to inspiring diverse students of exceptional promise to become leaders and innovators in science and medicine for the betterment of humanity.**

# EDUCATIONAL PROGRAM OBJECTIVES[1]

**Patient Care**
Provide patient-centered care that is compassionate, appropriate, and effective for the treatment of health problems and the promotion of health:
*Students will:*

1. Apply medical knowledge to achieve appropriate patient care.
2. Acquire a high level of clinical proficiency in history taking, physical examination, differential diagnosis, and the effective use of medicine's evolving diagnostic and procedural capabilities including therapeutic and palliative modalities.
3. Demonstrate in clinical care an understanding of the impact of psychological, social, and economic factors on human health and disease.
4. Apply the knowledge and skills necessary to address the needs of a diverse patient population.
5. Counsel and educate patients and their families to empower them to participate in their care and enable shared decision-making.
6. Perform medical, diagnostic, and surgical procedures considered essential for entering residency.
7. Organize and prioritize responsibilities to provide care that is safe, effective, and efficient.
8. Provide continuity of patient care throughout transitions between providers or settings.
9. Provide appropriate documentation for clinical encounters in the medical record.

**Medical Knowledge (Knowledge for Practice)**
Demonstrate knowledge of established and evolving biomedical, clinical, epidemiological and social- behavioral sciences, as well as the application of this knowledge to patient care:
*Students will:*

10. Demonstrate a thorough understanding of the basic and clinical sciences and their application to the practice of medicine and to discovery.
11. Contribute to the creation, dissemination, application, and translation of new health care knowledge and practices.

**Practice-based Learning and Improvement**
Demonstrate the ability to investigate and evaluate one's care of patients, to appraise and assimilate scientific evidence, and to improve patient care based on self-evaluation and life-long learning:
*Students will:*

12. Identify strengths, deficiencies, and limits in one's knowledge and expertise.
13. Incorporate feedback into practice.
14. Use information technology to optimize learning.
15. Develop and utilize the skills necessary to critically evaluate the medical literature and integrate new developments into medical practice in an appropriate manner.
16. Display effective teaching skills in the education of colleagues, other health professionals and patients.
17. Possess the skills to analyze practice using quality improvement methods, and to suggest changes with the goal of practice improvement.
18. Identify the factors that may affect the quality and safety of health care delivery

---

[1] The educational objectives of the University of Chicago Pritzker School Of Medicine's curriculum are grouped by competencies as defined by the Accreditation Council for Graduate Medical Education (ACGME) and the Physician Competency Reference Set as defined by the Association of American Medical Colleges (AAMC).

**Interpersonal and Communication Skills**
Demonstrate interpersonal and communication skills that result in the effective exchange of information and collaboration with patients, their families, and health professionals:
Students Will:

19. Communicate effectively with patients, families, and the public, as appropriate, across a broad range of socioeconomic and cultural backgrounds.
20. Demonstrate respect and empathy with patients, patient families, colleagues and staff.
21. Communicate effectively with others as a member of the health care team or other professional groups.

**Professionalism**
Demonstrate a commitment to carrying out professional responsibilities and an adherence to ethical principles:
*Students will:*

22. Demonstrate sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.
23. Exhibit the highest moral and ethical standards in the care of patients and in their interactions with others.

**Systems-based Practice**
Demonstrate an awareness of and responsiveness to the larger context and system of health care, as well as the ability to call effectively on other resources in the system to provide optimal health care:
*Students will:*

24. Demonstrate an understanding of various types of health care systems, their role and their impact on health care delivery.
25. Work effectively in various health care delivery settings and systems.
26. Incorporate considerations of cost awareness and risk-benefit analysis in patient and/or population-based care.
27. Participate in identifying system errors and suggesting potential systems solutions.

**Interprofessional Collaboration**
Demonstrate the ability to engage in an interprofessional team in a manner that optimizes safe, effective patient- and population-centered care:
*Students will:*

28. Work with other health professionals to establish and maintain a climate of mutual respect, dignity, diversity, ethical integrity, and trust.
29. Use the knowledge of one's own role and the roles of other health professionals to appropriately assess and address the health care needs of the patients and populations served.

**Personal and Professional Development**
Demonstrate the qualities required to sustain lifelong personal and professional growth
*Students will:*

30. Demonstrate the ability to use self-awareness of knowledge, skills, physical and emotional limitations to engage in appropriate help-seeking behaviors.
31. Demonstrate healthy coping mechanisms to respond to stress.
32. Manage conflict between personal and professional responsibilities.
33. Carry out professional and educational commitments in a professional manner.

# OUTLINE OF THE MEDICAL DEGREE PROGRAM OF STUDIES FOR 2022-2023 ACADEMIC YEAR

## YEAR 1 (CLASS OF 2026)

| | |
|---|---|
| **Autumn Early Session** | The Human Body<br>Physician-Patient-Society-Systems (P2S2)<br>    Health Equity, Advocacy, & Anti-Racism<br>Scholarship & Discovery 1A |
| **Autumn Quarter** | Medical Cellular Biology & Medical Genetics<br>Physician-Patient-Society-Systems (P2S2)<br>    Clinical Skills 1A<br>    The American Health Care System |
| **Winter Quarter** | Cell & Organ Physiology<br>Physician-Patient-Society-Systems (P2S2)<br>    Clinical Skills 1B<br>    Doctor-Patient Relationship<br>Scholarship & Discovery 1B: Medical Evidence |
| **Spring Quarter** | Cellular Pathology & Immunology<br>Microbiology<br>Physician-Patient-Society-Systems (P2S2)<br>    Clinical Skills 1C<br>Scholarship & Discovery 1C<br>Electives |

*Additional Resource: pritzker.uchicago.edu/page/first-year-courses*

## YEAR 2 (CLASS OF 2025)

| | |
|---|---|
| **Summer Quarter** | Vacation / Summer Research |
| **Autumn Quarter** | Neurobiology<br>Pharmacology |
| *(First Half)* | Human Behavior in Health & Illness<br>Clinical Skills 2A |
| *(Second Half)* | Clinical Pathophysiology & Therapeutics<br>Clinical Skills 2A |
| **Winter Quarter** | Clinical Pathophysiology & Therapeutics<br>Clinical Skills 2B |
| **Spring Quarter** | Independent Study<br>Scholarship & Discovery Block<br>Electives |

*Additional Resource: pritzker.uchicago.edu/page/second-year-courses*

## YEAR 3 (CLASS OF 2024)

| | | | | | |
|---|---|---|---|---|---|
| **Medicine** | 10 weeks | **Neurology** | 2 weeks | **IPE** | 1 week |
| **Surgery** | 10 weeks | **Psychiatry** | 5 weeks | **Elective** | 2 weeks |
| **Ob/Gyn** | 5 weeks | **Pediatrics** | 5 weeks | | |

*Additional Resource: pritzker.uchicago.edu/page/third-year-clerkships*

## YEAR 4 (CLASS OF 2023)

All fourth-year students are required to complete a total of 1350 units of credit during the senior year.

1. Required experiences during senior year:

   a. Sub-internship (inpatient selective)* 150 units
   b. Scientific Basis of Medical Practice Selective(s)# 150 units
   c. Emergency Medicine Clerkship 150 units
   d. Clinical Electives 150 units
   e. Scholarship & Discovery 100 units
   f. Step 2 CK
   g. Additional electives to total 650 credits for the year

2. Other potential sources of credit:

   a. Presentation at Senior Scientific Session (SSS) 100 units
      i. Presentation at SSS does not count toward requirement for basic science
   b. Peer Educators in medical school courses
      i. Credit varies by course 25-150 units
   c. Credit for research
      i. MD/PhD students who have completed the second degree may petition the Committee on Academic Promotions for up to 300 units of credit for research performed while pursuing their PhD.
      ii. Students who take time off during medical school in order to pursue research in a non-degree program may petition the Committee on Academic Promotions to receive up to 100 units of credit for the research performed during this time.
      iii. Research performed while registered as a fourth year student may receive up to 100 units of credit for each month (maximum of three months) if the course director verifies that the student spent at least 25 hours per week pursuing research.

***Sub-internship**

Students are expected to assume the role of a PGY1 house officer, including: assuming primary responsibility and ownership for patient care at the level of an intern in that specialty; organizing setting priorities for the work inherent to managing an inpatient service; participating in cross cover duties and transitions of care (handoff/cross coverage). Sub-internships are a full month in length with a full time, rigorous schedule.

**#Scientific Basis of Medical Practice Selective(s)**

These courses are designed to challenge students to refresh their understanding of basic science principles in the context of their developing clinical experiences, providing a "return to basic science" after completing the third year. Students may choose from the many offerings in the on- line catalog, including select Peer Educator (PE) opportunities. Up to 75 units of PE credit from basic science courses may be applied to the Scientific Basis of Medical Practice Selective requirement of 150 units. Under some circumstances, the basic science selective requirement might

be met by an independent study program supervised and taught by a University of Chicago faculty member. Appropriate documentation and prior approval of the Associate Dean for Undergraduate Medical Education would be required. Research performed during the course of the fourth year does not fulfill this selective requirement.

*Additional Resource: pritzker.uchicago.edu/page/fourth-year-electivesselectives*

# TECHNICAL REQUIREMENTS FOR MATRICULATION & PROMOTION

## REQUIREMENTS FOR MATRICULATION

The curricular goals of the University of Chicago Pritzker School of Medicine are intended to develop physicians from diverse segments of society whose personal attributes are manifest in their high moral, ethical, and compassionate care of patients; who are responsible to social and societal needs; and who have been thoroughly educated in the art and science of medicine so that they demonstrate sustained competence in medicine.

In order to meet these goals, the faculty of the University of Chicago Pritzker School of Medicine have developed, in accordance with the Americans with Disabilities Act of 1990, the following essential function requirements for medical students. All students, for matriculation and promotion should, with or without reasonable accommodation:

- Possess the neuromuscular control and eye-hand coordination needed to efficiently, safely, and independently carry out all necessary procedures involved in the learning of the basic and clinical sciences, as well as those required in the hospital and clinical environment. These include, but are not limited to, anatomic dissection, basic science laboratory exercises, basic and advanced cardiac life support activities, physical examinations, surgical, clinical laboratory, and other technical procedures as required for diagnosis and treatment.

- Possess the sensory ability, as well as the mental capacity, to rapidly assimilate large volumes of technically detailed and complex information presented in formal lectures, small group discussions, and individual clinical settings. Students should possess the intellectual abilities to acquire, assimilate, integrate and apply information obtained from written, oral, and visual sources.

- Possess the use of senses to allow for effective observation and communication in the classroom, scientific laboratory, and clinical setting.

- In the clinical setting, the use of a trained intermediary cannot be used to fulfill essential requirements.

- Possess the emotional and physical health required for full utilization of their intellectual abilities, the exercise of good judgment, the prompt completion of all responsibilities attendant to the diagnosis and care of patients, and the development of mature, sensitive and effective relationships with patients.

**Student Disability Services**

The University of Chicago is committed to ensuring the full participation of all students in its programs. If you have a documented disability (or think you may have a disability) and, as a result, need a reasonable accommodation to participate in class, complete course requirements, or benefit from the University's programs or services, you are encouraged to contact Student Disability Services as soon as possible. To receive reasonable accommodation, you must be appropriately registered with Student Disability Services. Please contact the office at 773-702-6000/TTY 773-795-1186 or disabilities@uchicago.edu, or visit the website at *disabilities.uchicago.edu*. Student Disability Services is located at 5501 S. Ellis Avenue.

## Requirements for Advancement

Passing grades in individual courses are necessary but not alone sufficient for attainment of the MD degree from the Pritzker School of Medicine. Failure to demonstrate appropriate ethical or professional behavior may in itself be a cause for dismissal from the Pritzker School of Medicine despite passing academic performance. In addition, students are expected to demonstrate commitment to their professional responsibility by participating in the full educational experience, including attending classes, required orientations and symposia; completing assignments and requirements in a timely manner; participating in the course evaluation process; and demonstrating respectful behavior towards patients, staff, students, faculty, and others.

The Committee on Academic Promotions (see page 19) has specified the minimum academic requirements for advancement for each academic year, as well as minimum requirements to maintain enrollment. Failure to meet any one of these requirements may result in dismissal for poor scholarship. In all curriculum years, any repeated course must be passed. A grade of Failure (F) followed by a second grade of Failure (F to F) may result in dismissal. A grade of Incomplete (I) in a repeated course is the equivalent of a Failure (F).

An enrolled student in the regular MD program must complete all coursework within a maximum of six academic years. A leave of absence time period is not included in this count.

Enrollment in the Pritzker School of Medicine is a full-time endeavor requiring sustained focus and concentration. Enrollment in courses outside of Pritzker or application to other University of Chicago programs while a full-time student at Pritzker requires prior review by the Associate Dean for Medical Student Advising and Advancement or the Committee on Academic Promotions.

**Specific Requirements for Year 1**

To advance to the second year, all first-year courses must be passed by the end of the Summer Quarter.

**Specific Requirements for Year 2**

To advance to the third year, all second-year courses must be passed by the end of the Spring Quarter.

**Specific Requirements for Year 3**

Students are required to complete five core clerkships during their third year (Medicine, Surgery, Pediatrics, Obstetrics/Gynecology, and Psychiatry). In addition to core clerkships, students must also complete an Interprofessional Experience, Neurology Clerkship, as well as a two-week elective. In the Spring Quarter, students must take and pass the Clinical Performance Experience (CPX).

All third-year coursework must be passed before starting the fourth year.

**Specific Requirements for Year 4**

Assignment of Credit Units in the Fourth Year

The fourth-year experience at the Pritzker School of Medicine is intended to consolidate the knowledge, skills, and habits that students will need to be successful residents and practicing physicians; it consists of both required and elective experiences. In total, students must complete a minimum of 1350 units of work over the course of the year.

Required and elective courses are assigned units based on:

- Intensity of workload
- Comparability to other Pritzker courses
- Time commitment
- Curricular priority

Units for standing courses and clinical experiences are assigned by a committee (Associate Dean for Undergraduate Medical Education, Pritzker Registrar, and Director of Medical School Education) and are reviewed and approved by the Curriculum and Educational Policy Committee (CEPC). All new elective proposals are reviewed in detail by the CEPC and are assigned credit units by that committee.

Required experiences include a minimum of 400 units:

- Sub-internships (150 units)
- Scholarship & Discovery (100-300 units)
- Clinical Electives (150 units)
- Emergency Medicine (150 units)
- Scientific Basis of Medical Practice Selectives (150 units total)

The remainder of the senior schedule is comprised of elective courses and clerkships, peer educator roles, mentored independent study, and away (offsite) rotations.

**Determination of Units for Away Rotations**

Students may do up to one month of clinical elective coursework at outside institutions. Students should work with their career advisors to choose off-site rotations that will enhance their career and learning goals. They fill out a form that includes a detailed description of the off-site rotation, including learning goals, assessment methods, time commitment, and responsibilities. The form is signed by the student's career advisor. A committee consisting of the Associate Dean for Undergraduate Medical Education, the Pritzker Registrar, and the Director of Medical School Education assign credit units based on comparable courses or clerkships at Pritzker. Sometimes additional information is required from the student or the school in order to assign appropriate units. If a student believes that the unit assignment is not appropriate, the student can ask for additional review and to provide additional information and details about the proposed experience.

**Determination of Units for Independent Study Electives**

Students may work with faculty members to create independent study electives for research, basic science, or clinical experiences. Students fill out an online independent study form that is signed by the faculty member with whom they will be working. This form requires a detailed description of the proposed experience, including learning goals, time commitment, and evaluation methods. Credit units are assigned in a manner parallel to that for away rotations.

## REQUIREMENTS FOR GRADUATION

- Successfully complete all coursework, as determined by the departments and the Committee on Academic Promotions.

- Demonstrate professionalism and ethical conduct in all personal and professional actions and interactions, as determined by departments, medical school administration, and the Committee on Academic Promotions.

- Complete fourteen (14) quarters of full-time enrollment and full-time tuition payment.

- Register for and record a score for the United States Medical Licensing Examination (USMLE) Step 1 and Step 2 (CK). Students are responsible for meeting NBME deadlines.

    - Step 1 is usually taken during the spring quarter following the completion of all second-year courses.
    - Step 2 (CK) must be taken by December 1 of the senior year if the student has a numeric Step 1 score. If the student has a Pass/Fail Step 1 score, the deadline is July 31.
    - Students may not receive the MD degree from the Pritzker School of Medicine if these exams are not completed as required.
    - If a student fails the Step 1 exam, they should retake the exam prior to beginning the residency application process.

- Complete core course requirements by April 30 of senior year.

- Complete course evaluations following each course, clerkship or elective.

- Discharge all financial obligations to the University at least four weeks prior to the June Convocation date.

- Apply to graduate no later than the first week of the quarter in which the degree is expected (Spring Quarter of fourth year).

Upon successful completion of the curriculum of the Pritzker School of Medicine, the student is recommended to the Board of Trustees of the University of Chicago for the degree of Doctor of Medicine.

# GRADING SYSTEM

## THE PASS/FAIL GRADING SYSTEM

The Pritzker curriculum has been designed for a competency-based evaluation process. Student performance is measured by the degree of achievement of the appropriate competencies rather than by a predetermined grade distribution.

Passing grades in individual courses are necessary but not alone sufficient for attainment of the MD degree from the Pritzker School of Medicine. Failure to demonstrate appropriate ethical or professional behavior may in itself be a cause for dismissal from the Pritzker School of Medicine despite passing academic performance.

The Pritzker School of Medicine utilizes a Pass (P)/Fail (F) grading system, with the exception of the core clinical clerkships (Medicine, Obstetrics and Gynecology, Pediatrics, Psychiatry, and Surgery). Clerkship grades (Honors (H), High Pass (HP), Pass (P), Failure (F)) are included on the official University of Chicago transcript. In addition, a narrative summary is submitted to the Pritzker School of Medicine that supports the rationale for the designator grade assigned to the students. The material supplied by each department serves as the basis for the Medical Student Performance Evaluation Letter, which is sent to postgraduate programs for residency selection purposes.

In the preclinical biennium (Years 1 and 2), and in year 4, no specific data is recorded in the Dean's Office about student performance except for students who are noted by course directors to be performing at a borderline or failing level. Students having difficulty will be counseled by course directors about ways to improve and may be advised by the Academic Progress Committee or the Committee on Academic Promotions to seek assistance from a learning specialist or other counselor.

**Honors (H)** *(Core Clerkships only)*

A grade of Honors (H) is awarded to students whose outstanding performance and demonstrated qualities of intellectual curiosity, integrity and self-discipline significantly exceed the competency level expected for third year students.

**High Pass (HP)** *(Core Clerkships only)*

A grade of High Pass (HP) is awarded to students whose performance clearly exceeds the Pass requirements but does not reach Honors caliber.

**Pass (P)**

A grade of Pass (P) is awarded to students, with the exception of those defined above, whose performance in a subject meets the competency requirements established by the department.

**Failure (F)**

Those students whose performance in a subject is below departmental passing standards shall be given a grade of Failure (F). The failure grade (F) will be recorded on the student's transcript, followed by the passing grade when the required course has been retaken and passed. A designator of Incomplete (I) or Withdrawal (W) in a previously failed course equals a grade of Failure. A grade of Failure (F) followed by a second grade of Failure (F to F) may result in dismissal.

All elective courses (including senior electives and selectives) utilize the Pass/Fail grading system.

## Non-Grade Designators

**Incomplete (I)**

The designator of Incomplete (I) will be assigned when a student has not successfully completed all the required work in a course or clerkship for academic or non-academic reasons. For instance, if a course offers multiple exams during the quarter, and a student fails to pass one or two of those exams, they can be given a designation of Incomplete (I) and be provided with an opportunity for remediation if approved by the course director and the Committee on Academic Promotions.

All Incomplete designations should be remediated within four quarters from the original time of course registration, irrespective of student registration status. All Incomplete designations must be remediated before the student can advance to the next academic level.

- If the coursework is completed within four quarters from the original time of course registration, the student will be awarded a grade of Pass (P) and the Incomplete (I) will be removed from the official transcript.
- If the coursework is completed more than four quarters from the original time of registration for the course, the Incomplete (I) designation will remain on the official transcript with the grade listed alongside it (e.g., I/P).
- If the student does not fulfill the course requirements in a satisfactory manner, a final grade of Failure (F) will be reported. This Failure (F) will be noted on the permanent transcript. In such cases, students must retake and pass the course or clerkship.
- Failure to pass a previously failed course may result in dismissal from the medical school.
- A student in the fourth year who receives an Incomplete (I) must have completed coursework in the designated area in which the Incomplete (I) has been received prior to April 30 of the final year of enrollment in order to graduate in that academic year.

**Withdrawal (W)**

The designator of Withdrawal (W) signifies withdrawal from a course or clerkship. Once a course begins, a student who withdraws from a course must retake the entire course in order to receive credit. Withdrawal from a course or clerkship requires approval from the Associate Dean for Medical Student Advising and Advancement and the Committee on Academic Promotions. Designations of Withdrawal (W) remain on the student's official transcript. A student may not withdraw from a course more than once, unless under exceptional circumstances (such as serious illness) approved by the Associate Dean for Medical Student Advising and Advancement and the Committee on Academic Promotions.

# HONORS & AWARDS

## GRADUATION WITH HONORS

The Honors and Awards Committee, consisting of selected faculty, course directors and clerkship directors, is appointed by the Dean for Medical Education. The committee, chaired by a faculty member designated by the Dean for Medical Education, is charged with determining selection of students for graduation with Honors and designation of specific awards at graduation.

Determination of Graduation with Honors is at the discretion of the Honors and Awards Committee. Generally, only 10% of the graduating class receive the "Graduation with Honors" designation.

A student may receive a designation of "Graduation with Honors" on their diploma if so designated by the Honors and Awards Committee. In order to qualify for Graduation with Honors, students must have:

1. Demonstrated academic excellence during their years at the University of Chicago Pritzker School of Medicine.
2. Demonstrated outstanding professionalism during their years at the University of Chicago Pritzker School of Medicine.
3. Performed significant research while enrolled as a student in the medical school. Ordinarily, such research will have led to publication of results in scientific journals, presentation of the research at professional meetings, or presentation at the Senior Scientific Session during senior year.

## OTHER GRADUATION AWARDS

The Pritzker School of Medicine awards several specific named awards as well as several departmental awards to graduating students. Each award has specific criteria. Such designations are decided by the Honors and Awards Committee with consultation from the departmental chair or representative.

Departmental representatives may also designate awards to members of the graduating class who demonstrated outstanding proficiency in their respective departments or sections.

For a listing of the available awards, please visit: *pritzker.uchicago.edu/page/academic-honors-and-awards*

## ALPHA OMEGA ALPHA

The University of Chicago is home to the Illinois Beta Chapter of Alpha Omega Alpha, the national medical honor society. Election to the chapter occurs at the beginning of Pritzker students' fourth year.

To ensure that the selection of students to AΩA is fair and inclusive, a committee of staff members uses the holistic review process to identify the top third of the class. From this group, up to 20% of the class is then selected for membership in AΩA by a separate AΩA selection committee appointed by the Dean for Medical Education. The AΩA constitution calls on the committee to consider not only scholastic achievement but also capacity for leadership, professionalism, a strong sense of ethics, and a commitment to service in the school and community, along with outstanding achievement in research.

**Faculty/Resident & Fellow/Alumni Criteria**

Once elected, AΩA Students confer AΩA membership onto selected alumni, faculty, and residents. They select these members based on the following criteria:

- Resident & Fellow Membership: elected based on continued achievement, promise, and leadership qualities
- Alumni: eligible 10 years or more following graduation and judged on the basis of their achievement to date
- Faculty: elected based on their demonstrated commitment to scholarly excellence and medical education
- AΩA Inductees also bestow the annual Volunteer Clinical Faculty Award to recognize a community physician who contributes with distinction to the education and training of clinical students.

For more information, visit: *http://alphaomegaalpha.org/ (National AΩA Website)* and *pritzker.uchicago.edu/academics/alpha-omega-alpha-honor-medical-society*

## Gold Humanism Honor Society

In 2005, the Pritzker School of Medicine established a Gold Humanism Honor Society (GHHS) chapter at the University of Chicago. This latest initiative from the Arnold P. Gold Foundation honors senior medical students, residents, role-model physician teachers and other exemplars recognized for "demonstrated excellence in clinical care, leadership, compassion and dedication to service."

The election process is based upon the recommendations of third year student peers of the Pritzker School of Medicine and from the GHHS Selection Committee deliberations. The selection committee is composed of faculty and staff who interact with students in a variety of settings.

For more information, visit: *pritzker.uchicago.edu/academics/gold-humanism-page*

# ACADEMIC COMMITEES

## ACADEMIC PROGRESS COMMITTEES (APC)

Three Academic Progress Committees (Year 1, Year 2, and Years 3 & 4) are responsible for monitoring student progress throughout the academic year. The committees are composed of course / clerkship directors for the respective year. The committees are chaired by Associate Dean for Medical Student Advising and Advancement. The committees provide formative feedback and advice for students about their academic performance and progress as students proceed through the curriculum. The responsible Academic Progress Committee will hear any Professional Concern Report filed about a student in the previous quarter.

The Academic Progress Committees report to the Curriculum and Educational Policy Committee (CEPC) and make recommendations to the Committee on Academic Promotions (CAP) for monitoring, remediation, referral to learning specialists, Extended Curriculum Option, or other interventions to facilitate student success at Pritzker. The Academic Progress Committees meet quarterly.

## COMMITTEE ON ACADEMIC PROMOTIONS (CAP)

The Committee on Academic Promotions is responsible for overall evaluation of student performance, determination of appropriate remediation for academic difficulty, and oversight of academic issues related to student retention and progress. Ultimately, it is the Committee on Academic Promotions' responsibility to assure that students graduating from the Pritzker School of Medicine meet the academic, ethical, and professional standards to enter the medical profession. The Committee is appointed by the Dean for Medical Education and consists of senior faculty members who are experienced with medical student education. The Associate Dean for Medical Student Advising and Advancement serves as chair. The Director of Medical School Education staffs the Committee. The Committee reports to the Dean for Medical Education.

The Committee on Academic Promotions reviews all medical students for promotion to the next year or for graduation. The Committee reviews concerns brought to its attention by the Academic Progress Committees for each year; in some cases, the Committee may request that a member of an Academic Progress Committee report directly to the Committee regarding a particular issue. The Committee evaluates the success of the academic remediation; reviews the progress of students on Extended Curriculum Option; and reviews petitions from students for changes in the academic timeline, for academic credit outside the standard curriculum, or for re-entry into medical school from a leave of absence.

The deliberations of the Committee on Academic Promotions are constructive in approach and directed toward helping students succeed. Ultimately, however, Pritzker students must be able to meet the minimum academic performance standards of the competency-based curriculum outlined in this document. When evaluating student performance, the Committee takes into account such matters as fund of knowledge, ability to organize and logically present information, test-taking skills, understanding, judgment, and professional behavior. When a student is not performing adequately, the Committee will consider all relevant information. Students may be brought to the attention of the Committee on Academic Promotions through the Academic Progress Committees or through the Dean for Medical Education and their designees.

Ultimately, it is within the Committee's discretion to determine whether a student is permitted to continue at the school and whether any remediation of course work should be permitted or required. The Committee on Academic Promotions may consider the status of any student at any time, even if the academic record is satisfactory. The Committee may, for reasons including but not limited to improper conduct, recommend to the Dean for Medical Education that a student be dismissed from the Pritzker School of Medicine.

Voting, when necessary, is limited to full, appointed members of the committee. The Chair of the Committee is a non-voting member. Decisions of the Committee on Academic Promotions are based on information submitted by Academic Progress Committees or by the Dean for Medical Education and/or designees. In some circumstances, the Committee may request and consider outside evaluations (e.g., by learning specialists), or information from the student under consideration.

If, in the opinion of the Associate Dean for Medical Student Advising and Advancement, a decision that could affect a student's status or advancement (including placing a student on academic probation) will be made at an upcoming meeting, the dean will meet with the student to notify them. The student will be informed that they may provide a written statement to the Committee in advance of the meeting. If submitted, the Associate Dean for Medical Student Advising and Advancement will present this to the Committee.

Whenever the Committee on Academic Promotions votes to take action that affects a student's status or advancement (including placing a student on academic probation), a letter will be sent to the student informing them that this decision will take effect in two (2) weeks (10 working days). The student will be informed that they may respond to the decision in writing. If the student responds, the entire Committee will review the response and revisit the decision.

A student may appeal the decision of the Committee on Academic Promotions in a manner described on page 25 of these Guidelines. The Committee on Academic Promotions meets three to five times per year, or at other times as necessary.

# REMEDIATION

## Remediation of Coursework

A course or clerkship director's recommendation about whether remediation for academic work is permitted or expected is subject to review by the Academic Progress Committee or the Committee on Academic Promotions, having available to it a number of options, including dismissal.

Students who are required to remediate one or more courses must meet with the Associate Dean for Medical Student Advising and Advancement to discuss various options and to develop a remediation plan. While a department may have available various forms of remediation, the Committee on Academic Promotions has the sole authority and discretion to identify the methods of remediation required for each student on an individual basis. The course director is to be consulted in the selection of the plan. The course director and the Associate Dean for Medical Student Advising and Advancement must approve each remediation plan. Remediation is to be fair, reasonable, and commensurate with the type of activity in which the deficiency occurred. No student will receive credit for any form of remediation that has not first been approved in writing by the appropriate department, the Associate Dean for Medical Student Advising and Advancement, and the Committee on Academic Promotions.

For remediation of failed examinations, students will be informed by the course coordinator of the content areas and exam format and date of a re-examination. The standards used to evaluate a student's performance when remediating a course shall not differ from the standards applied to evaluate the student's academic year immediately preceding the remediation. Standards for performance are not to be raised or lowered.

## Timing & Scheduling of Remediation

**Years 1 & 2**

Remediation of academic difficulty in Year 1 courses should be completed by the end of June of the first year. In all cases, such remediation must be fully completed and documented before the beginning of second year classes.

Remediation of academic difficulty in Year 2 courses must be completed prior to the start of 3rd Year coursework. In some cases, at the discretion of the Committee on Academic Promotions, students may be permitted to defer a Year 3 summer clinical rotation in order to complete remediation and allow for graduation on schedule.

A department course director has priority in scheduling the date when the makeup of a course should occur.

**Years 3 & 4**

Remediation of academic difficulty in coursework in Year 3 must occur prior to commencing Year 4 electives and required selectives.

On rare occasions, a student may be allowed to proceed with fourth-year electives before completing remediation of a third-year clerkship. In such cases, failure to successfully complete the remediation will result in failure of the clerkship and requirement to retake and pass the clerkship prior to continuing any other fourth-year courses.

A request to reorder the sequence of third-year rotations for the purpose of remediation must be approved by the Committee on Academic Promotions or the Associate Dean for Medical Student Advising and Advancement. Designated free time, vacation time or, if necessary, an additional academic year may be used to schedule remedial clinical coursework. When repeating one or more third-year courses, all remediation should be completed at the earliest possible time, and prior to taking any offsite electives so that evaluative comments regarding clerkship

performance can be included in the MSPE. Should a student's MSPE letter need to be sent before remediation is completed, clarification of the nature of the problem and current grade information for all incomplete courses must be included in the letter.

In instances when only a segment of a clerkship requires remediation (usually retaking an examination), the clerkship director has the option to specify when the remediation is to be done. When possible, make-up dates should coincide with breaks in the curriculum, and not at times when the student's performance in an ongoing clerkship could be compromised.

**Year 4**

Remediation of academic difficulty in Year 4 electives must be completed by April 30th in order for the student to graduate on time at the end of the academic year.

### Appeal of Grades and/or Designators Used for Year 3

The appeal of a grade or designator is considered a grievance. Grievances should first be brought for resolution to the department that issued the grade or designator. Should a student have reason to appeal further, the procedure is described in the Academic Grievances section on page 25.

## ACADEMIC DEFICIENCIES

### Monitored Academic Status

A student may be placed on Monitored Academic Status by the Committee on Academic Promotions if the student, in its sole judgment and discretion:

- Is at risk for failing to achieve satisfactory academic progress
- Is performing at a borderline level in one or more courses or clerkships
- Has failed to pass three or more exams in a given academic year
- Has received multiple Incomplete designations in courses or clerkships
- Demonstrates persistent professionalism concerns

The nature of Monitored Academic Status is one of indicating to the student that their studies must come first and that every effort should be expended in assuring success. Extracurricular activities should be minimized, with a primary focus on academic achievement. The Committee has the discretion to impose additional requirements as part of Monitored Academic Status, (e.g. counseling or evaluation by a learning specialist). Failure to remediate could lead to the Committee recommending the student be placed on academic probation.

## ACADEMIC PROBATION

A student may be placed on Academic Probation by the Committee on Academic Promotions if the student, in its sole judgment and discretion:

- Is at risk for failing to achieve successful completion of the academic program
- Has failed one or more courses or clerkships
- Has failed to remediate concerns that led to being placed on Monitored Academic Status
- Has received multiple Professionalism Concern Reports
- Has engaged in unprofessional behavior that, in the committee's judgment, calls into question the student's suitability to become a physician

The nature of the Academic Probation status is one of indicating significant risk of failure to complete the academic program of the medical school. In addition to the need to focus fully on academic issues, as in the case of Monitored Academic Status, the student must meet regularly with the Associate Dean for Medical Student Advising and Advancement to ensure that appropriate progress is being made toward remediation of outstanding academic issues and requirements. A student who fails to pass a course or clerkship while on Academic Probation (including a designation of Incomplete) is subject to dismissal from medical school. The committee will recommend to the Associate Dean for Medical Student Advising and Advancement whether prior or existing academic probation or professionalism concerns should be reported on the MSPE.

The designation of Academic Probation does not require a prior designation of Monitored Academic Status. In addition, the Committee on Academic Promotions may recommend dismissal from medical school without a period of Monitored Academic Status or Academic Probation.

**Removal of Monitored Academic Status or Academic Probation**

Generally, to be removed from Monitored Academic Status or Academic Probation a student must maintain at least two successive quarters with passing grades in courses and clerkships and have any concerns about unprofessional behavior resolved to the satisfaction of the Committee. The Committee has the sole discretion and authority to require longer periods of monitoring or probation.

## AUDITING COURSES

All courses in the Pritzker School of Medicine are closed to students who are not enrolled in the medical school. Under exceptional circumstances, course directors may allow auditing of a medical school course. Such circumstances require the written approval of the Associate Dean for Medical Student Advising and Advancement.

At times, especially prior to returning from a Leave of Absence, a Pritzker student may be required to audit designated courses or portions of courses by the Committee on Academic Promotions. Students who audit may take all exams if given departmental permission, but without a grade or credit granted.

# ACADEMIC GRIEVANCES

Should a student have cause to request a review of any treatment that they receives during any portion of the academic program while enrolled in the Pritzker School of Medicine, and should no satisfactory course of action be concluded, the student has a right to file a grievance. Grievances, by their nature are intended to be individual. The two categories of grievances (departmental grievances and Committee on Academic Promotions Grievances) and their procedures are outlined below.

## DEPARTMENTAL GRIEVANCES

**Grades, Evaluations, Departmental Remediation Requirements**

Grievances of an academic nature should first be brought to the attention of the appropriate course director. The course director and student may work to resolve the grievance at this point. If the grievance involves the course director personally or if the student remains dissatisfied, the complaint should be brought, in writing, to the department chair. If the course director and the department chair are the same person, or if the student remains dissatisfied, the grievance should be brought, in writing, to the Dean for Medical Education. The student must present the written grievance to the department or Dean for Medical Education within four weeks (20 working days) of the incident or receipt of the course grade or evaluation.

In the departmental grievance, the department chair conducts the review, consulting as appropriate with other faculty and staff, and informs the student and the Dean's Office, in writing, of the department's decision regarding the grievance. The department should strive to reach a decision within three weeks (15 working days) of receipt of the written grievance. If the issue cannot be resolved at the departmental level, the Dean for Medical Education will review the department's decision, and if considered to be appropriate, may institute a review mechanism through the appointment of an Ad Hoc Committee. This committee will function in the same manner as an Academic Appeal Committee, outlined below.

## COMMITTEE ON ACADEMIC PROMOTIONS GRIEVANCE

**Appeal of Decision of Committee on Academic Promotions**

For those grievances that relate to decisions of an academic nature or relate to decisions of the Committee on Academic Promotions, the following procedural guidelines pertain:

1. A student appealing any academic decision beyond the departmental level, including decisions of the Committee on Academic Promotions, must make the request (in writing) to the Dean for Medical Education within three (3) weeks of the receipt of the written notification of the decision. The request should include the basis for the appeal as well as any relevant new information. Upon receipt of the written request, the Dean for Medical Education will be required to constitute an Academic Appeal Committee, which consists of the following:
    a. A minimum of five (5) senior faculty members including department chairs, committee chairs or section chiefs, and/or other senior faculty, preferably none of whom have been directly involved in the student's educational program.
    b. The medical student initiating the appeal may request that a medical student be added to the Committee. This student must be an upperclassman and will be chosen to serve by the Dean for Medical Education.
    c. The Dean for Medical Education (non-voting) and/or their designee.

2. The Academic Appeal Committee shall consider all pertinent materials, including any new information, and determine whether the Committee on Academic Promotions has rendered the appropriate decision. The appeal committee is not a legal proceeding and does not follow the procedures of a court of law.

3. The student may request to appear before the Academic Appeal Committee to answer questions or to present any new relevant information. This request will be granted unless the appearance would raise issues of safety for the committee members.
    a. If and when the student appears before the Academic Appeal Committee, the student shall be allowed to select an advisor for assistance. If an advisor is to be present, the student must notify the Dean for Medical Education at the time a request for appeal is made. The advisor may not participate in the presentation or discussion.

4. The Academic Appeal Committee may request that the student appear before the committee to answer questions or to present any new relevant information.
    a. If and when the student appears before the Academic Appeal Committee, the student shall be allowed to select an advisor for assistance. If an advisor is to be present, the student must notify the Dean for Medical Education at the time a request for appeal is made. The advisor may not participate in the presentation or discussion.

5. The Academic Appeal Committee will review all pertinent material in the academic file of the student, including the letter of review and any additional supporting documentation that has been procured for the purpose of the hearing. The student shall have the right to inspect these documents. The procedure to be followed for the hearing will be:
    a. If and when the student appears before the Academic Appeal Committee, the student shall be allowed to select an advisor for assistance. If an advisor is to be present, the student must notify the Dean for Medical Education at the time a request for appeal is made. The advisor may not participate in the presentation or discussion.
    b. The Dean for Medical Education or their designee will present information from the Committee on Academic Promotions that led to the decision being contested by the student.
    c. New information from the student may be considered, at the discretion of the Academic Appeal Committee, but not if it could have been presented to the Committee on Academic Promotions at the time of its decision.
    d. If so decided by the Academic Appeal Committee, the student may be requested or permitted to appear before the committee. The student will leave the meeting at the conclusion of their presentation and after the committee's questions, if any, have been answered.
    e. The Academic Appeal Committee will be free to discuss the case in closed session.
    f. The Committee shall communicate a summary report of the proceedings, including the recommendation(s) of the Academic Appeal Committee to the Dean for Medical Education, who in turn will forward a final recommendation to the Dean of the Biological Sciences Division for approval.
    g. The Dean of the Biological Sciences Division will review the recommendations, make a final decision, and communicate with the student in question following the hearing. In the case of a dismissal, the Dean decides whether to uphold the recommendation or to select another alternative; either a notation of the dismissal is entered on the student's official University transcript, or a letter detailing the conditions of retention is sent to the student. The decision of the Dean is final.

# EXTENDED STUDY OPTIONS

The curriculum at the Pritzker School of Medicine is designed for completion in four years. The Directed Study option offers a student additional time to complete the educational program under certain circumstances. It is intended for a variety of purposes, including personal, financial, to do research (but not pursue an advanced degree), and for academic reasons. Examples of situations in which this option might be considered include: taking a year off to engage in a research project with a faculty member or need for repetition or remediation of one or more courses. University of Chicago Pritzker School of Medicine students must be registered for a minimum of 100 units in order to be to be considered Full-Time for that quarter.

Students may, with the approval of the Committee on Academic Promotions, take no more than six years of academic enrollment to complete the program, (i.e., no more than one additional year for the preclinical biennium, and/or one additional year for the clinical biennium). In addition to discussions with the Associate Dean for Undergraduate Medical Education or the Associate Dean for Medical Student Advising and Advancement, students who are considering taking advantage of the Directed Study Option should also meet with the Associate Director of Financial Aid to clarify the potential implications of this decision on financial aid status. Approval to extend the curriculum must be obtained from the Committee on Academic Promotions.

## INITIATION OF PLACEMENT IN THE DIRECTED STUDY OPTIONS

A request for participation in Directed Study may be initiated by any of the following:

- The Committee on Academic Promotions.
- The Associate Dean for Undergraduate Medical Education or the Associate Dean for Medical Student Advising and Advancement.
- The student. The student's desire for Directed Study should be reviewed with the Associate Dean for Undergraduate Medical Education or Associate Dean for Medical Student Advising and Advancement prior to submitting the petition to the Committee on Academic Promotions.

## TYPES OF EXTENDED DIRECTED STUDY

There are two types available:

**Directed Study – Extended Curriculum Option**: A student may opt for additional time to allow for a decompressed course load and/or remediation after experiencing academic difficulty, or for personal or financial reasons, at any time during the basic science or clinical years. A student may choose to extend the curriculum of either, or both, the basic sciences or clinical sciences segment in order to pursue research. Students on an Extended Curriculum Option status must demonstrate, on a quarterly basis, that they are making academic progress during this period.

**Directed Study – Research**: The Directed Study – Research status is intended for students who wish to pursue an additional year of research or other scholarly activity. This status is not intended for students in combined degree programs, who are considered to be on a leave of absence. Students in the Directed Study – Research status are not covered by malpractice insurance and are not eligible to register for courses.

# LEAVE OF ABSENCE

## LEAVE OF ABSENCE GUIDELINES

All requests for an official Leave of Absence from the Pritzker School of Medicine must be submitted in writing on a petition to the Chair of the Committee on Academic Promotions. An accompanying letter to the Committee on Academic Promotions may also be requested. The Dean for Medical Education or the Associate Dean for Medical Student Advising and Advancement may approve an emergency Leave of Absence for academic reasons, for extenuating personal circumstances, or when required by law.

Withdrawal from any portion of the curriculum without approval through an official Leave of Absence will result in automatic grade(s) of Failure (F) for the course(s). All programmatic alterations for academic reasons must be reviewed with the Dean for Medical Education.

The maximum length of a Leave of Absence is one year. A second Leave of Absence will be considered only in the most exceptional circumstances. Students in established combined-degree programs, such as the MSTP or MBA programs, may be on a Leave of Absence for the period they are enrolled in their non-MD graduate studies. All students matriculating to a degree granting program in another unit must petition the Committee on Academic Promotions and must provide a copy of their acceptance letter.

If a Leave of Absence is taken for more than one year, a student may be required to audit coursework upon return. Prior to re-entry following a Leave of Absence, regardless of length, a student must submit a letter in writing to the Associate Dean for Medical Student Advising and Advancement stating all reasons why re-entry at this time is desired and complete the re-entry section on the petition to the Committee on Academic Promotions. Students returning from a Leave of Absence to fulfill a military service requirement must promptly be readmitted with the same academic status to up to three years after completing their service requirement.

Students petitioning to return from a medical Leave of Absence will generally require medical clearance from their treating physician(s). The Committee on Academic Promotions may request additional documentation of readiness to return as appropriate.

If a petition to re-enter after a Leave of Absence is denied, the student is considered to be dismissed from the Pritzker School of Medicine. If a student on a Leave of Absence fails to petition to re-enter at the conclusion of that leave, the student is considered to have withdrawn from the Pritzker School of Medicine.

## INVOLUNTARY LEAVE OF ABSENCE POLICY

As a community, our first concern is always the health and well-being of each student. To help students achieve their fullest potential and participate robustly and successfully in University life, the University provides students with a host of services, including the Student Counseling Service (SCS). SCS provides a wide range of mental health care to University of Chicago students, including assessments, emergency services, crisis intervention, medication management, academic skills counseling, short term individual, couples, and/or group psychotherapies, and referral services. SCS also provides consultation to University officials who have concerns about a student.

Sometimes, a student's behavior raises concerns about the safety and well-being of the student or others or causes significant disruption to the functioning of the University. Anyone aware of such circumstances should immediately contact the Dean for Medical Education or their designee. In response, the Dean will meet with the student to discuss their behavior and appropriate next steps. The Dean may require that the student be assessed by the Student Counseling Service. The Dean may determine that, in the best interest of the student and/or others, the student (1) may remain

enrolled without conditions, (2) may remain enrolled with conditions that are to be described in writing, or (3) should, in some circumstances, must take a Leave of Absence.

If a Leave of Absence is indicated, the student normally will be given the opportunity to take the Leave of Absence voluntarily. Often, the student may be in a better position to engage in treatment and return to stable, good health at home or in a less stressful environment. If the student declines to take a voluntary Leave of Absence, the Dean for Medical Education has the authority to place the student on an involuntary Leave of Absence by restricting or canceling the student's existing and further registration, irrespective of the student's academic standing. In particular, the Dean for Medical Education may require an involuntary Leave of Absence when they determine: (1) that the student has engaged, or threatened to engage, in behavior which has or could cause significant property damage, or that has or could directly and substantially impede the rightful activities of others; and/or (2) in consultation with the SCS Director (or their designee) and based on an individualized assessment of the student's ability to safely participate in the University's programs, that the student is unable to function as a student and/or the student's continued presence on campus poses a substantial risk to the safety and well-being of the student and/or others.

When in the judgment of the Dean for Medical Education a student's continued presence is likely to pose an imminent and substantial risk to the safety and well-being of the student or to others, the student may be placed on an emergency interim Leave before a final determination, as described above, is made. Every reasonable attempt will be made for the Dean for Medical Education to meet with the student before deciding on an interim Leave and the student will be informed in writing. The emergency Leave will remain in effect until a final decision has been made or a determination has been made that the reasons for imposing the interim Leave no longer exists.

When the Dean for Medical Education decides that a Leave of Absence is appropriate, the decision and the conditions for resumption of studies will be communicated in writing. A student on a Leave of Absence no longer attends classes or uses University facilities, must vacate University housing, and may be entitled to refunds of tuition, fees, and room and board charges as appropriate given the timing of the start of the Leave of Absence. When the Dean for Medical Education mandates a Leave of Absence, generally such Leave will be retroactive to the beginning of the quarter.

A student placed on an involuntary Leave of Absence may request, within 15 days of the date of the decision, in person or writing from the Office of Campus and Student Life the a review of the decision. The Vice President and Dean of Students in the University (or his or her designee) will review appropriate records and documentation and when feasible the Vice President and Dean of Students in the University will meet with the student. A signed release from the student for medical records may be necessary to conduct the review. The Vice President and Dean of Students in the University may discuss the request with the Dean for Medical Education and if appropriate the SCS Director. They will communicate a final decision in writing as soon as practicable. The Leave of Absence will remain in effect during the period that the Vice President and Dean of Students in the University considers the student's request.

A student on a leave of absence will not be permitted to resume their studies until the Dean for Medical Education and the Committee on Academic Promotions makes a fact-specific assessment of the circumstances and concludes that the student no longer poses a significant disruption to the functioning of the University and/or no longer poses a significant risk to the health and safety of the student or others. In making this determination, usually the Dean for Medical Education and/or the Committee on Academic Promotions will require the student to authorize their treating professionals to contact the Director of SCS to discuss the student's clinical condition, whether the student continues to pose a direct threat to the safety and well-being of themselves and/or others, as well as the student's preparedness for (1) a return to the academic rigor of the University, (2) the ability to navigate self-sufficiently as a functioning, non-disruptive member of the University community, and (3) the capability for continuing appropriate treatment via SCS or other resources, if necessary. The student may also be required to undergo an independent Fitness for Duty evaluation. If the student is to continue treatment while resuming studies, the Dean for Medical Education and/or the Committee on Academic Promotions will ask the student to sign a release that authorizes the treating professional to notify the Dean for Medical Education and/ or the Committee on Academic Promotions if the student does not adhere to the treatment plan.

## NOTIFICATION OF OTHERS

The Dean for Medical Education (or their designee) may notify a student's parents, emergency contact, or others when in the Dean's judgment the student is unable to make the notification themselves or the student's behavior poses an imminent danger to students or others or requires an immediate disclosure of information to avert or diffuse serious threats to the safety or health of the student or others.

A leave of absence does not preclude the application of the University disciplinary systems.

# GUIDING PRINCIPLES OF PROFESSIONALISM

A mark of a great medical school is the ability to create an environment which nurtures future physicians who possess knowledge of the most advanced scientific fundamentals and who demonstrate clinical competencies while behaving in ways that honor the profession of medicine. Helping students to achieve this level of professionalism is as important to a medical school as is its success in educating students in the biological and clinical sciences.

Below are the fundamental attributes to which we ascribe as members of the Pritzker School of Medicine community in our professional responsibilities, relationships and ethic.

**Professional Responsibilities**

As a medical student and future physician, I have chosen to pursue a profession which requires personal integrity, compassion, and a constant awareness of the commitment I have made to myself, to my patients, and to the other members of the teams with whom I work. Exhibiting personal behaviors consistent with a respect for my chosen profession and having pride in my work are central tenets of professionalism which I will strive to incorporate into my daily life. To demonstrate my commitment to these responsibilities while enrolled at the Pritzker School of Medicine, I will:

1. Seek and accept feedback and constructive instruction from teachers, peers, residents and faculty in order to continually improve my educational experience, knowledge, and clinical skills.
2. Commit to the highest standards of competence both for myself and for those with whom I work.
3. Recognize the importance of life-long learning and commit to maintaining competence throughout my medical career.
4. Be mindful of my demeanor, language, and appearance in the classroom, in the presence of patients, and in all health care settings.
5. Be accountable to all members of the Pritzker community, including students, residents, faculty, and support staff.
6. Admit to and assume responsibility for mistakes in a mature and honest manner and develop productive strategies for correcting them.
7. Refrain from using illicit substances. Refrain from using alcohol, non-prescription or prescription drugs in a manner that may compromise my judgment or my ability to contribute to safe and effective patient care.
8. Be considerate and respectful of others' (teachers, peers, residents and faculty) time, rights, values, religious, ethnic and socioeconomic backgrounds, lifestyles, opinions, and choices, even when they differ from my own.
9. Meet the expectations for participation and timeliness that are communicated to me by those who teach me.
10. Take an active role in caring for the diverse patient population served by the University of Chicago Medical Center.
11. Recognize my limitations and seek help when my expertise, knowledge, or level of experience is inadequate to handle a situation in the classroom, hospital, or research setting.

**Professional Relationships**

Establishing productive and respectful relationships with patients, faculty, residents, staff, and colleagues is an essential component of providing the best possible health care. To strive for professionalism and kindness in all of my daily encounters, I will:

1. Maintain appropriate relationships with patients, teachers, peers, residents and faculty.
2. Treat all members of the UCM and Pritzker community, patients, and their families with respect, compassion, and dignity.
3. Be mindful to avoid intentionally embarrassing or deriding others.
4. Provide feedback to others (both colleagues and superiors) in a constructive manner, with the goal of helping them to improve.
5. Treat those who participate in my education (e.g. standardized patients) with dignity and respect.

6. Actively work to create an atmosphere in classrooms, clinical settings and in laboratories that is conducive to optimal, interactive learning.
7. Help and support my peers during difficult times in their academic, professional, and personal lives.
8. Attend to my own physical and emotional well-being.

**Professional Ethic**

Certain personal values and behaviors will be expected of me as a care-giver and as an ambassador of the Pritzker School of Medicine. Through my behaviors, I will demonstrate a commitment to honoring and upholding the expectations of the medical profession, and, in so doing, I will contribute to maintaining society's trust in it. In particular, I will:

1. Maintain the highest standards of academic and scholarly honesty throughout my medical education, by behaving in a trustworthy manner.
2. Recognize and function in a manner consistent with my role as a student on a team.
3. Maintain a commitment to patient confidentiality, recognizing that patients will trust me with sensitive information.
4. Place my patients' interests and well-being at the center of my educational and professional behavior and goals.
5. Treat cadaveric and other scientific specimens with respect.
6. Adhere to the standards of the profession as put forth by the American Board of Internal Medicine Physician Charter (abimfoundation.org - Medical Professionalism in the New Millennium: A Physician Charter.) whose fundamental principles are social justice, patient autonomy, and the primacy of patient welfare.
7. Learn about and avoid conflicts of interest as I carry out my responsibilities, including but not limited to adhering to The University of Chicago Medicine Policy and Guidelines for Interactions with the Pharmaceutical, Biotechnology, Medical Device, and Research Equipment and Supplies and Services Industries.
8. Contribute to medical knowledge through active scholarship and discovery.

**Medical Student Professionalism Concern Report**

Faculty or staff who observe a significant lapse in a student's professional behavior may notify a faculty dean, course or clerkship director. The faculty dean, course or clerkship director may choose to provide the student with feedback on their behavior directly. However, if the breach is significant enough they may report the situation to the Associate Dean for Undergraduate Medical Education and fill out a Professionalism Concern Report (PCR) form.

If the Professionalism Concern Report Form (PCR) is filed, the student will meet individually with the course/clerkship director to discuss the situation. The form is referred to the Associate Dean for Medical Student Advising and Advancement and kept in the student's file. If no other professionalism issues occur throughout the student's medical school career, the form is destroyed upon graduation. No record of the incident would be recorded in the student's academic record.

If a student accumulates more than two PCR forms and/or the Associate Dean for Medical Student Advising and Advancement observes a pattern of unprofessional behavior, or believes that a single incident represents an egregious lapse of professionalism they will meet directly with the student. After meeting with the student, they may refer the student to the Committee on Academic Promotions. The Committee may recommend remediation, placement on Monitored Academic Status or Academic Probation, or inclusion of the professionalism concerns in the student's MSPE. Recommendation for inclusion in the MSPE is made to the Dean for Medical Education, who would make the final decision about inclusion of the concerns in the MSPE. Ultimately, the Committee on Academic Promotions has the authority to dismiss a student from medical school for academic reasons, including failure to demonstrate appropriate ethical or professional behavior.

If the lapse in professionalism falls within the parameters of the University disciplinary system (e.g. plagiarism; falsification of documents; verbal or physical assault; sexual harassment), the Associate Dean for Medical Student Advising and Advancement may refer the student to a University Disciplinary Committee (see page 43).

To view a copy of the Professionalism Concern Report form, please visit:
*pritzker.uchicago.edu/page/student-professionalism*

# POLICIES

## FACULTY EVALUATOR – STUDENT AS PATIENT POLICY

Faculty who provide or have provided healthcare services to Pritzker School of Medicine students should have no current or future involvement in the academic assessment of, or in decisions about, the promotion of that student.

**Policy**

1. In an urgent situation or in medical conditions requiring specialized care, a student may be seen by a faculty member with educational responsibilities. Such faculty members must recuse themselves from all future assessment and promotion decisions regarding the aforementioned student.

2. Providers at the University of Chicago Student Health and Counseling Services are prohibited from participating in formative or summative assessment of medical students or in any decisions regarding academic advancement or graduation.

3. All medical school faculty are required to disclose any conflict of interest in evaluating a student and recuse themselves from providing an assessment of student's academic performance if they have provided care to the student.

4. Faculty who have provided care to a student may not provide an academic assessment of that student, assign grades or participate in any decisions about academic promotion. In the event no other faculty member is available to supervise said student, the Associate Dean for Undergraduate Medical Education must review the circumstances.

5. Faculty who have provided care to a student may function as a large group classroom instructor or small group preceptor as long as they do not participate in assessment or grading of said student.

6. All faculty members participating in the Committee on Academic Promotions, Academic Progress Committees and career advisors involved in the residency advising system must sign a confidentiality agreement to certify that they will recuse themselves from discussions of and assessments of students' academic performance if they served as that students' physician.

Additional Resource: *pritzker.uchicago.edu/about/pritzker-and-university-policies*

# Financial Aid Policy for Satisfactory Academic Progress

Federal law and regulations require that all students receiving financial assistance from Federal Title IV funds maintain satisfactory academic progress. The following policy presents the standards adopted by the University of Chicago Pritzker School of Medicine. The policy applies to all students receiving financial aid.

The academic requirements for the MD degree include the satisfactory completion of the curriculum designated by the faculty. The progress of each student working toward a MD degree is monitored carefully and the determination for satisfactory academic progress (SAP) for financial aid eligibility is made annually after the Summer Quarter of the Committee on Academic Promotions (CAP).

The Financial Aid Committee reviews and monitors the qualitative and quantitative assessment of performance for each student given by the faculty in all courses for which the student has enrolled. A student who does not satisfactorily complete all course requirements may be permitted to remediate. In this case, a student is assigned a plan and schedule by the Committee on Academic Promotions. This plan deviates from the norm and will require the student to achieve a satisfactory qualitative assessment in all enrolled courses for one academic year. Throughout this period they will be on financial aid remediation. A student in this status must achieve remediation on the schedule outlined by the Committee on Academic Promotions.

The normal timeframe for completion of required course work for the MD degree is four academic years. Due to academic or personal difficulties, a student may require additional time. In such situations a schedule may be established for the student that departs from the norm and that may require repeating a year of study. To be considered to be making Satisfactory Academic Progress for financial aid eligibility, the student must complete the first two years of the curriculum by the end of the third year after initial enrollment. The maximum time permitted for financial aid eligibility for the MD completion is six years.

A student may be granted a personal or medical leave of absence for a variety of reasons. The period of leave for which the student has been approved may be excluded from the maximum time frame in which an individual student will be expected to complete the program. This determination will be made by consideration of an appeal, submitted by the student, to the Financial Aid Committee. The period of time for which a student is registered to pursue full-time research or other academic interest shall be excluded from the maximum time frame in which an individual student will be expected to complete the degree.

Medical students who are accepted for transfer from other medical schools will be evaluated with respect to levels of academic progress attained, and a determination will be made as to remaining years of financial aid eligibility. This determination will be made by the Financial Aid Committee.

Since the Academic Promotions Committee may give approval for an individual student to repeat a portion or all of a school year (subsequent to incomplete or unsatisfactory course work or an approved leave of absence), the maximum time for financial aid eligibility is six years, excluding time spent on an approved academic leave of absence. The required number of units to be completed at the end of each enrollment period will vary in these cases, according to what portion of the curriculum must be repeated. Students approved to repeat course work are meeting the school's standards for Satisfactory Academic Progress.

A student on financial aid remediation may appeal that status by indicating in writing to the Dean for Medical Education existence of mitigating circumstances which should result in reinstatement of financial aid eligibility. The Financial Aid Committee will consider each appeal on its merits.

The Associate Director of Financial Aid shall have primary responsibility for conducting the annual review of Satisfactory Academic Progress and reporting the results of the review to the Financial Aid Committee. This

committee will be appointed annually by the Dean for Medical Education and is composed of the Pritzker faculty deans and senior staff leadership. The committee is staffed by the Associate Director of Financial Aid. The Office of Financial Aid shall provide a copy of this policy to each student at the time of initial enrollment. Faculty are made aware of this policy each year through distribution of the Academic Standard Guidelines.

Additional Resource: *pritzker.uchicago.edu/about/pritzker-and-university-policies*

## DUTY HOURS POLICY

Medical student learning during the third and fourth years comes from many sources, which include, but are not limited to, clinical interactions with patients and the health care team, didactic sessions from lecturers and preceptors, and individual reading. Moreover, in addition to clinical activities and duties that medical students may perform, students have the responsibility of taking exams, creating presentations, and engaging in self-directed learning. Thus, students must have adequate time to integrate clinical knowledge through self-directed learning.

Third Year Students:

1. During the clinical clerkship year and post-clerkship clinical experiences, clinical and educational student duty hours must be limited to no more than 80 hours per week, averaged over a four-week period, inclusive of all in-house clinical and educational activities including those completed virtually or in-person. Clerkship-based didactics, preceptor groups and ambulatory experiences all count toward the students' duty hours. Time spent studying (e.g., shelf exams, OSCEs, preparing for daily clinical activity) does not count toward a student's duty hours.

2. Third- and fourth-year medical students on clinical rotations must have eight (8) hours off between scheduled clinical work and educational periods.

3. Third- and fourth-year medical students must have at least 14 hours free of clinical and educational work after 24 hours of continuous on-site duty (in-house call).

4. Third- and fourth-year medical students must be scheduled for a minimum of one day in seven that is free of clinical work and required education, when averaged over four weeks. Clerkship and sub-internship directors should stipulate the rules for their individual experiences in their orientation material.
    a. These days off may include any weekend days that are free of clinical activity, (e.g., students on ambulatory rotations with weekends off will not receive additional week days free of clinical duties).

5. Clinical and educational work periods for clinical medical students must not exceed 24 hours of continuous scheduled clinical work. Up to four (4) hours of additional time may be used for activities related to patient safety, such as providing effective transitions of care and/or education.
    a. In some circumstances where third-year medical students are engaged in clinical work that involves continuous on-site clinical duty (i.e., call), students should be dismissed no later than midnight. In order for students to meet this 12 a.m. deadline, residents should not assign new patients to students after 10 p.m. These deadlines are intended to provide students enough time to finish write ups, discuss patients with their resident, read about their patients, and leave remaining time for an adequate amount of sleep for the next day's learning activities.

6. Specific daily work schedules will vary by clerkship and are most appropriately determined by the clerkship director.

Additional Resource: *pritzker.uchicago.edu/about/pritzker-and-university-policies*

## HOLIDAY POLICY FOR MEDICAL STUDENTS

Considerable variation has occurred regarding the granting of major holidays off to students. Due to this variability, the Pritzker School of Medicine adopted a policy for holidays recognizing official university holidays in July of 2004. Experience with this policy confirms that certain issues remain problematic. Specifically, given the limited clinical exposure of students to certain clerkships, and that the bulk of that exposure occurs during intensive patient care periods when students are "on-call" or "post-call" with their respective resident and/or attending teams, a holiday can often compromise the learning experience for certain students. In addition, the original policy only referred to official university holidays, with no mention of time off for religious holidays, or other national holidays that may be observed by students. Likewise, the original policy did not account for student requests for time off on non-holidays for personal/family reasons. Because of these reasons, the Curriculum Review Committee (CRC) Working Group on Student Duty Hours recommends the adoption of a "Flexible Holiday and Leave" policy to allow students greater flexibility with the requests that they make for time off, while preserving student clinical exposure during a rotation.

The Flexible Holiday Policy includes the following:

While students are participating in third year core clerkships, they are expected to participate in routine education or patient care activities whenever their assigned resident and/or attending team is on duty (i.e. on-call, post-call, etc.). The only standard exception to this is Thanksgiving Day when all students will have the day off. The day after Thanksgiving is not an official holiday and students should assume they will participate in all clinical activities on that day unless explicitly told otherwise by the team leadership.

Before the clerkship begins, students may make a request to their clerkship director that they are off on a specific day for legitimate purpose (i.e. observing a national or religious holiday, personal/ family conflict, etc.). These requests will be evaluated and processed by the clerkship director on a case by case basis.

Please note that this holiday policy does not refer to 4th year students on sub-internships who will be expected to work the schedule of an intern on their respective team. In addition, Christmas Day and New Year's Day fall during winter break and therefore automatically off.

Additional Resource: *pritzker.uchicago.edu/about/pritzker-and-university-policies*

# DIGITAL MEDIA USE POLICY

The University of Chicago Policy on Audio and Video Recording on Campus can be found in the Student manual at: *studentmanual.uchicago.edu/administrative-policies/additional-administrative-regulations/petitions-audio-video-recording-on-campus*

## Audio & Video Recording on Campus

### Public Lectures and Less Formal or Pedagogical Presentations

"Public" lectures or talks are to be distinguished from lectures that are either part of or closely associated with courses, workshops, or other organized instructional activities. Typically, "public" lectures will be those where the speaker presents in her professional role as a scholar or expert, rather than as a teacher. Public lectures also should be distinguished from settings in which it is customary to present work-in-progress: the kind of thing that might be marked, "Please do not quote." Thus, just because a lecture is advertised within a department does not make it public.

### Lectures and Presentations by Guests

Units of the University that sponsor public lectures by invited outside speakers often record the lectures. Unless written permission has been obtained from the speakers, however, the sponsoring unit, and the University, will not have the right to distribute or disseminate these recordings. Without this right, these recordings have limited usefulness. Therefore, permission to record and to make use of the recording should be obtained using a permission form prepared by the Office of Legal Counsel which is available online at: *lib.uchicago.edu/copyrightinfo* & *lib.uchicago.edu/copyrightinfo/pubdomain.*

### Lectures and Presentations by University Faculty Members and Academic Staff

The circulation or publication of the text of "public" lectures by University faculty or academic staff has long been considered normal and unproblematic; at the same time any reservation or refusal expressed by the presenter has always been respected. Consistent with this practice, public lectures by University faculty and staff may be recorded and used by the University, subject to University policy. The University may use for non-commercial purposes recordings of public lectures or presentations delivered by its employees within the scope of employment, even if copyright ownership is ceded to the author(s). Concomitantly, ONLY the University, acting through the appropriate University officials, has the right to make and use recordings of the faculty's public lectures on campus unless special arrangements are made with the University. In keeping with past practice, any reservation or refusal expressed by the faculty member should be respected.

### Classroom Activity and Non-"Public" Lectures

Recording classroom activities or informal talks may be useful for some purposes. Units should be thoughtful about setting their own policies within the broad framework of University guidelines and expectations, to ensure that the act of recording does not impede expression or class participation and that the recording is not misused.
Members of the faculty may record, or have recorded, their own classes for their personal use or for the purpose of exchange with colleagues, e.g., for the purpose of developing or demonstrating pedagogical skills.

Instructors may permit a student to record a class session for the convenience of the student, for the benefit of another student who is unavoidably absent, or as part of an accommodation for a student with a disability. Students must understand that under University policy, permission given by a member of the faculty to record a class is limited to permission to record for personal use only. It is, for example, never permissible to copy, file-share, sell, distribute, or Web-serve such recordings. Members of the faculty who believe that their classes are being inappropriately recorded, or that recordings are being misused, should contact their Dean of Students.

The University may from time to time wish to record, preserve, or disseminate the exemplary work of distinguished colleagues in the classroom or lecture room. When the University undertakes to make recordings of this sort, it will secure appropriate permissions.

University policies do not permit members of the faculty to "publish" recordings of their classroom or lecture room efforts, or to grant to others the right to distribute recordings, in any medium, of teaching or lecturing undertaken in fulfillment of teaching assignments, without prior approval by the Provost. The University has a sufficient interest in the intellectual property (Statute 18 and New Technology policy) and in the University's reputation to justify its setting this limitation on what a member of the faculty may do. Moreover, there is a potential conflict of commitment: a teacher may feel some pressure to modify what or how he teaches to make it more marketable.

**Recordings by Student Groups (RSO or Other Recognized Groups)**

Recordings by student groups of University events, academic or non- academic, may be made only with the consent of a cognizant official of the University. RSO's should seek consent to record from the Office of the Reynolds Club and Student Activities and other student groups (whether recoguized or not) should seek permission from their dean of students. After permission has been given, the students are then responsible for securing appropriate permissions from performers, speakers, and participants. Such recordings and any derivatives made from them are the property of the University. Students may not copy, make derivatives from, distribute, or disseminate such recordings in any medium without the permission of the University. By longstanding policy, the University asserts no copyright in creative work such as film or video that is authored by students or student groups using resources normally available to them. Video or audio content posted on the internet may only utilize the Pritzker or University of Chicago name with the written approval of the Dean's office.

**Copyright of Recordings**

Recordings made at the University should be marked, "Copyright [date], The University of Chicago." While the copyright of the recording is in the name of the University, the author of the underlying recorded work retains all applicable rights to that work. As is the case with University publications, Websites, and other similar properties, recordings should carry the copyright of the University and not the individual unit.

**YouTube or Other Types of Posting of Recordings**

Students should not use the full University of Chicago Pritzker School of Medicine name or logo in videos of student productions (senor skit, talent shows) unless they receive permission from James Woodruff, MD (Dean of Students) and Tyler Lockman (tlockman@bsd.uchicago.edu). Students should get permission to post the video from all classmates who appear in the production before posting online.

**STUDENT USE OF THE PRITZKER GRAPHIC IDENTITY**

**Student Organizations**

When creating an item for a student organization (apparel, tote bag, travel mug, etc.) with the Pritzker name included, students should also try to include the official Pritzker logo on some visible portion of the item, unless it is cost-prohibitive (i.e. requires extra screens or color). The logo should not be warped, nor should it be manipulated so as to include only a portion of the complete logo. T-shirts, specifically, should include the Pritzker logo on the back of the shirt. Contact Candi Gard (cgard@bsd.uchicago.edu) with logo requests and for Pritzker approval of the item.

**Scholarship Use**

When presenting a scholarly poster highlighting research work, students may use the official Pritzker logo on the poster to indicate an affiliation with the institution. If a student is presenting a poster on Pritzker-sanctioned student-related activities or volunteer work (e.g. JOURNEES), they may also use the Pritzker logo. Contact Candi Gard (cgard@bsd.uchicago.edu) with logo requests.

Additional Media Usage Information: *pritzker.uchicago.edu/page/logo-use-and-student-websites*

**SPECIFIC ISSUES FOR STUDENTS IN THE PRITZKER SCHOOL OF MEDICINE IN ADDITION TO THE UNIVERSITY POLICY**

1. Patient experiences (both real and simulated) cannot be recorded by any student's personal recording device. This includes wearable technology with mics and/or video cameras (i.e. smart watches).

2. While in the presence of patients [either real or simulated], students cannot have personal devices with audio or video-recording ability in view of the patient.

3. Video-taped encounters with students and standardized patients in any clinical skills or clerkship experience cannot be publicized on any personal website, media-share site social networking site or used in the context of a student-run skit or performance.

4. Students may not post content of lectures (video or audiotaped) on the internet.

5. Any recorded material posted on the internet must have the written consent of all participants in the material.

6. Recording in violation of this policy may subject you to personal criminal and civil liability under the Illinois Criminal Code and common law.

7. Students should not use the full University of Chicago Pritzker School of Medicine name or logo in videos of student productions unless they receive permission *(see YouTube or Other Types of Posting of Recording on page 39)*.

8. Permission is needed from the Pritzker School of Medicine for any use of the University of Chicago Graphic Identity (including the Pritzker School of Medicine Identity).

## POLICY FOR ACADEMIC RESOURCES

The Pritzker School of Medicine is committed to providing access to carefully curated and updated resources necessary for students to master the curriculum. In addition to the availability of faculty, staff, and peer educators, these academic resources include printed or digital materials (including but not limited to course syllabi, lecture slides, study guides, wikis, laboratories, problem sets) made available by individual course directors and other leaders at the Pritzker School of Medicine. All materials are intended for Pritzker School of Medicine student use and reference but should be considered internal materials not for dissemination as outlined in the "Digital Media Usage Policy".

1. Course and clerkship materials will be provided in the learning management system (Canvas or MedHub) whenever possible. If other resources are used, links or directions should be clearly marked and functional from the Canvas or MedHub site.

2. Lectures and presentations will be recorded and made available to students for review through the lecture capture system (Panopto). Course and clerkship directors may, at their discretion, choose not to record lectures if the session meets one of the following criteria:
    a. Involves patients and/or sensitive patient information.
    b. Includes discussion of sensitive or controversial topics where recording may inhibit free faculty or student participation.

3. Small group activities or laboratory sessions may be recorded and made available to students for review at the discretion of the course director(s).

4. Encounters with standardized patients may be recorded for later review by faculty or staff, but require special consideration to ensure the privacy of the student and the patient. As such, all such recording should be managed by the Clinical Performance Center.

5. Encounters with patients should only be recorded in compliance with University of Chicago Medicine and University of Chicago Medical Center guidelines.

6. Course materials, including individualized annotated versions, will remain available to students throughout the course of study provided that the storage and access to these materials do not place an undue technical and financial burden on the Pritzker School of Medicine.

# Medical Center Policies

The Medical Center has many important polices with which student should become familiar.

**UCMC Intranet Home Page:**
home.uchospitals.edu

**Policies and Procedures Portal:**
home.uchospitals.edu/portal/dt?TabEmpTools.setSelected=PagePolicyProc&last=false&JSPTabContainer.setSelected=TabEmpTools

**All Policies:**
services.uchospitals.edu/sites/PoliciesAndProcedures/SitePages/Home.aspx

**HIPAA:**
hipaa.bsd.uchicago.edu
services.uchospitals.edu/sites/PoliciesAndProcedures/HIPAA%20Privacy/Forms/AllItems.aspx

**Safety Policy:**
safety.uchicago.edu

home.uchospitals.edu/portal/dt?JSPTabContainer. setSelected=TabQualitySafety&last=false&TabQualitySafety. setSelected=hiddenPageQualitySafety

**Infection Control**
services.uchospitals.edu/sites/PoliciesAndProcedures/Infection%20Control/Forms/AllItems.aspx

**Patient Care**
https://services.uchospitals.edu/sites/PoliciesAndProcedures/Pages/Patient-Care.aspx

# Policy on Harassment, Discrimination, and Sexual Misconduct[2]

The University of Chicago is a community of scholars dedicated to research, academic excellence and the pursuit and cultivation of learning. Members of the University community cannot thrive unless each is accepted as an autonomous individual and is treated without regard to characteristics irrelevant to participation in the life of the University. Freedom of expression is vital to our share goal of the pursuit of knowledge and should not be restricted by a multitude of rules. At the same time, unlawful discrimination, including harassment, compromises the integrity of the University The University is committed to taking necessary action to prevent, correct, and, where indicate discipline unlawful discrimination.

Sexual misconduct may violate the law, does violate the standards of our community, and i unacceptable at the University of Chicago. Sexual misconduct can be devastating to the person who experiences it directly and can adversely impact family, friends, and the larger community Regardless of the definitions within the policy, people who believe they have experienced an sexual misconduct are encouraged to report the incident and to seek medical care and support a soon as possible.

Below is the outline of the University's policy on harassment, discrimination and sexual misconduct.

Policy effective: 14 August 2020

To view the full policy, see: *harassmentpolicy.uchicago.edu/policy*

**Table of Contents**

**Policy**

I. Introduction
II. Policy Basis and Application
III. Unlawful Harassment and Discrimination
IV. Sexual Misconduct and Definitions
V. Consent
VI. Consensual Relations
VII. Reporting Options
VIII. Institutional Obligation to Respond
IX. Conflicts of Interest
X. Emergency Removals or Leaves of Absence
XI. Confidentiality
XII. Leniency for Other Policy Violations
XIII. Non-Retaliation
XIV. Response to a Report or Complaint
XV. Administrative Resolution of Complaints
XVI. Resolution of Complaints by the Hearing Bodies
XVII. Informal Resolution
XVIII. Required Training for Policy Personnel
XIX. Time Limits
XX. Bad Faith and False Information
XXI. Prevention and Education Programs

[2] Sexual misconduct includes but is not limited to sexual harassment, sexual abuse, sexual assault, domestic violence, dating violence, and stalking.

**Appendices**

I. Support Services and Resources for Those Who Have Experienced Sexual Misconduct
II. Yearly Report on Harassment and Sexual Misconduct to the Council of the University Senate
III. Compliance and Locating This Policy
IV. Related Policies

For specific information regarding the University's disciplinary systems for students, please see: *studentmanual.uchicago.edu/disciplinary*

## POLICY ON TREATMENT OF STUDENTS

The Pritzker School of Medicine at the University of Chicago is committed to maintaining an academic and clinical environment in which faculty, fellows, residents and students work together freely to further education and research and provide the highest level of patient care, whether in the classroom, the laboratory or the hospital and clinics. The School's goal is to train physicians to meet high standards of professionalism and practice in an environment where effective, humane and compassionate patient care is demanded and expected. To this end, the School recognizes that each member of the medical school community should be accepted as an autonomous individual and treated civilly, without regard to his or her race, color, religion, sex, sexual orientation, sexual identity, national or ethnic origin, age, disability or any other class protected by law. Diversity in background, outlook and interest among faculty, fellows, residents, students and patients inherent in the practice of medicine, and appreciation and understanding of such diversity, is an important aspect of medical training. As part of that training, the School strives to inculcate values of professional and collegial attitudes and behaviors in interactions among members of the School community, and between these members and patients and their families.

The School has appointed two faculty members to serve as Ombudsmen to facilitate confidential reporting of potential mistreatment and to raise awareness of appropriate standards of behavior among the members of the medical school community.

Dr. Shellie Willliams (pager 4833)
Dr. Steven Zangan (pager 2816)

Additional Resource: *pritzker.uchicago.edu/student-life/ombudspersons*

# MEDICAL STUDENT PERFORMANCE EVALUATION

## INFORMATION PROVIDED IN THE MSPE

The Pritzker School of Medicine provides each student with a MSPE letter when applying for post-graduate training to supplement the transcript.

The letter is intended to provide a fair summary of student performance. It includes a review of student's academic history, including a summary of the clinical skills sequence, third-year clerkship summaries and the listing of the clerkship internal designators. The Pritzker School of Medicine retains some latitude in editing departmental comments in order to provide accurate information about student performance. Any disciplinary sanctions imposed during medical school will be included in the MSPE. The MSPE will include information about required remediation of academic performance, as appropriate. Pritzker-sponsored honors and awards, participation in research projects, community service work, summer activities and other relevant activities may be mentioned. Reference to academic performance during the basic science years will occur when warranted.

The Pritzker School of Medicine does not use a numeric ranking system. Generalized descriptors given to each student including "exceptional," "outstanding," "excellent," "very good," and "good" are based on a holistic evaluation of the student's performance in our curriculum in scholarship, and in service. The MSPE appendix includes two graphs showing 1) the distribution of clerkship internal designators within the class and 2) the distribution of summary designators within the class.

# Sample Medical Student Performance Evaluation

# Sample MSPE and Appendices

THE UNIVERSITY OF CHICAGO
UChicago Medicine
Pritzker School of Medicine

924 East 57th Street • BSLC 104
Chicago, Illinois 60637
Phone: 773-702-1939 • Fax: 773-702-2598
http://pritzker.uchicago.edu

## MEDICAL STUDENT PERFORMANCE EVALUATION

**Alex Doe**

NOT REAL STUDENT DATA

September 28, 2022

**Identifying Information**
Alex Doe is currently a fourth year medical student at the University of Chicago Pritzker School of Medicine in Chicago, Illinois.

Alex matriculated at the University of Chicago Pritzker School of Medicine in Autumn 2019 and has distinguished themselves in the following activities as a medical student.

**Noteworthy Characteristics**

- Alex channeled their passion for improving health care access for underserved patients by serving as a leader in one of our school's free student-run clinics and through volunteering at the four other free clinics.
- Alex understands the impact research has on improving health care outcomes and has focused their scholarly work on health care delivery science in order to improve new screening methodologies for risk of falls in the inpatient and critical care units, with resulting presentations at Society of General Internal Medicine and American Geriatrics Society conferences.
- Alex is committed to mentorship and has sought out opportunities to work with youth on Chicago's South Side, including efforts in the Health Professions Recruitment and Exposure Program (HPREP) as well as the summer pathway programs. In these roles Alex provided education about the health disparities facing their communities and inspiring them to pursue healthcare careers to advocate for these communities.

Scholarship and Discovery:
As a part of the Pritzker curriculum, all students are required to participate in Scholarship and Discovery, a longitudinal scholarly program that incorporates core coursework, research, electives, service activities, and dissemination of scholarship with the goal of providing each student with an advanced level of knowledge and expertise in a given track. Alex selected the Healthcare Delivery Sciences Track through which they investigated the topic of: "Evaluation of a new screening assessment as part of fall prevention interventions in hospitalized older adults."

**Academic History**
Transfer student: Not applicable
Initial Matriculation at Medical School: Autumn 2019
Expected Graduation from Medical School: Spring 2023

Extensions, Leave(s) of Absence, Gaps or Breaks: NA
Dual/Joint/Combined Degree: NA

**Selected Honors/Awards**

Student Member, University of Chicago Pritzker School of Medicine Admissions Committee, 2022-23: Through a competitive selection process, Alex was chosen by faculty as one of twelve senior medical students to serve as a voting member of the Admissions Committee.

Students Teaching Students Award, 2021: In 2021, Alex was selected through a peer nomination and selection for one of two teaching awards given by students in the preclinical curriculum. Alex was chosen for their excellence as a teaching assistant

**Academic Progress**

**Preclinical/Basic Science Curriculum:**

The Pritzker School of Medicine uses a Pass/Fail grading system. Alex received passing grades in all courses in Years 1 and 2.

The following summary evaluation was submitted regarding Alex's performance in the two year Clinical Skills course sequence:

> Alex showed an ability to organize and describe clinical assessments at a level typically seen in much more seasoned medical students, focusing specifically on how each piece of information gathered through their history, exam, and studies led to differential diagnosis and plan. Their written products were equally excellent, managing to describe complex patients comprehensively but efficiently. They asked pointed, specific questions and incorporating that feedback into their next presentation.

**Professionalism:**

The following comments were made about Alex's professionalism:

- "Alex demonstrated outstanding empathy at the bedside and established trusting relationships with their patients and other patients on the team. They were excellent at establishing rapport with patients, and patients loved him."
- "Their work with patients stood out as mature. They were thoughtful, mature, and caring."
- "They brought an enthusiastic, positive, and compassionate attitude to work each and every day."
- "What really made Alex stand out was their incredible communication and bedside manner. They showed genuine compassion in caring for their patients, and their face lit up when speaking of patients."

**Core Clinical Clerkships and Elective Rotations:**

The following summaries are edited for length and grammar. The clerkships are presented in chronological order. If the student took a year off, the graphs represent the year in which they completed their clerkships.

**Clerkship #1 -- Medicine (High Pass):**

*Overall grade composition: Clinical Performance: 50%; Shelf Exam: 15%; OSCE: 15%; Observed Patient Encounter: 10%; EBM Presentation: 5%*

Alex's overall performance in the Medicine clerkship was Excellent. Alex showed a good ability to obtain a history and interpret those findings into meaningful clinical application. Alex gave clear and concise presentations which were very complete and detailed. Alex provided sound and thoughtful differential diagnoses for their patients. They consistently asked great questions and appreciated feedback, demonstrating that they were interested in learning beyond the scope of their particular patients. Alex demonstrated outstanding empathy at the bedside and established trusting relationships with their patients and other patients on the team. They were excellent at establishing rapport with patients who loved them. Alex was a very valuable team member and worked well with everyone. They learned quickly how systems worked in the hospital and they took initiative to research clinical questions. Alex was always professional in their interactions with the team and their patients.




**Clerkship #2 -- Neurology (PASS):**

*Overall grade composition: Clinical Performance: 50%; Shelf Exam: 25%; OSCE: 25%*

In the 2021-2022 academic year, the required Neurology Clerkship was shortened to a two-week experience. No clerkship designators were provided; grading is pass/fail. Alex's overall performance in the Neurology Clerkship received a passing grade.

**Clerkship #3 -- Psychiatry (High Pass):**

*Overall grade composition: Clinical Performance: 40%; Shelf Exam: 35%; OSCE: P/F; Patient Write-Up: 10%*

Alex's overall performance in the Psychiatry clerkship was Excellent. Their work with patients was consistently outstanding. They spent considerable time with patients and their families, who often pointed out that they were a great doctor. Their psychiatric observations were astute. They were reliable, dependable, and insightful about behavioral disorders. They worked with patients closely and provided real help at the bedside. Their knowledge of psychiatry emerged; they had good insights about patients and considered multiple factors when trying to understand them. Alex had outstanding interpersonal skills; everyone on the team liked working with them. Their case presentations and write-ups were at the level of a first-year resident. They were thoughtful, mature, and caring with a calm presence with patients who respected them. Their work on rounds was exemplary, and they demonstrated sharp clinical reasoning. They will be an outstanding resident with an unlimited future in medicine.



**Clerkship #4 -- Obstetrics and Gynecology (High Pass):**

*Overall grade composition: Clinical Performance: 50%; Shelf Exam: 25%; OSCE: 15%; Case Presentation: 5%; Case Log Completion: 5%*

Alex's overall performance in the Obstetrics and Gynecology clerkship was Excellent. Alex demonstrated a solid medical knowledge base and was hardworking throughout their OB/GYN clerkship. They gathered thorough and appropriate histories for patients. They were able to do a great job completing an annual physical exam. They adequately performed the maneuvers of a vaginal delivery. Alex was eager to learn and was very receptive to the feedback they received. Alex was a great student. They did a very good job during their OB/GYN clerkship. They demonstrated an excellent level of professionalism and worked hard to be part of the team. They will do very well in whatever field of medicine they choose.




**Clerkship #5 -- Pediatrics (High Pass):**

*Overall grade composition: Clinical Performance: 60%; Shelf Exam: 25%; General Care Nursery: 10%; Case Log Completion: 5%*

Alex's overall performance in the Pediatrics clerkship was Excellent. They demonstrated excellent clinical ability and took thorough yet concise histories. They presented in a clear, effective, and easy to understand manner to their team and families alike. Alex conveyed thoughtful differential diagnoses, and their assessments and plans were practical and on point. They proactively inquired about and attempted to address important social determinants of health affecting their patients. They brought an enthusiastic, positive, and compassionate attitude to work each and every day. Alex was skilled at getting input from various sources in making their plans - including patients and their families, nursing and multidisciplinary support staff. Although all of these traits were impressive, what really made Alex stand out was their incredible communication skills and bedside manner. They showed genuine compassion in caring for their patients, and their face lit up when speaking of patients. Alex clearly enjoyed working with children, and they directly sought out feedback from everyone - including families and even children in order to improve. Multiple times the team noted that on the day of discharge for their patients, when the team was exiting the room, they would hang back to address the child and ask them about their experience and any questions they might have. Alex will no doubt be an asset to whatever field they choose.



**Clerkship #6 -- Surgery (Pass):**

*Overall grade composition: Clinical Performance: 60%; Shelf Exam: 20%; OSCE: 7%; Oral Exams: 10%; Case Log Completion: 3%*




Alex's overall performance in the Surgery clerkship was Very Good. Alex had a good knowledge base. He was able to apply their knowledge in their day-to-day activities. Alex was thorough in their history taking. They were able to complete a good physical exam and apply their findings to the care of the patient. Alex was able to formulate an appropriate differential diagnosis and an accurate assessment. They had appropriate clinical decision-making, incorporating imaging and physical exam findings. Alex showed effective self-directed learning and was prepared for each day's work, having read about their patients and their cases. Alex was extremely accurate in the information that they presented. They were a valuable member of their teams and well-liked by the residents. Alex conducted themselves in a professional manner at all times. They were always respectful towards their team members, their patients, as well as their families. Alex was an engaged, interested, and knowledgeable student, hardworking and reliable. They integrated well with their teams and was well liked by staff. They were reliable, mature, and polite to their patients, families, and members of their teams. Alex will be an excellent resident and physician.

**Summary**

Clerkship Grades:

**(H=Honors; HP=High Pass; P=Pass)**

Clerkship #1 - Medicine: **HP**
Clerkship #2 - Neurology: **P**
Clerkship #3 - Psychiatry: **HP**
Clerkship #4 - Obstetrics and Gynecology: **HP**
Clerkship #5 - Pediatrics: **HP**
Clerkship #6 - Surgery: **HP**

Throughout their clinical rotations, Alex took a vested interest in their patients. He sought to better understand the greater context of their lives in order to provide the best possible care. In order to improve their level of understanding, Alex employed a strong bedside manner; attendings praised them for their maturity, compassion, and ability to form meaningful connections with their patients. As Alex focuses on becoming the best physician they can be, they are driven by their strong work ethic, an open-mindedness that seeks cultural understanding, and a desire to collaborate with and empower his patients. Alex's interest in truly understanding and helping others manifested in their extracurricular activities, as well. One prominent example is their role as leader of one of the student-run free clinics and significant contributions through the Health Professions Recruitment and Exposure Program. This is a testament to their other-centered nature and their inherent drive to connect with others. In all things, Alex understands the importance of culture and history as pieces that help inform what a person needs. A dedicated learner and reliable teammate, Alex will surely be a welcomed addition to their residency program and by their future patients. Our holistic evaluation of Alex's performance in our curriculum, in scholarship, and in service demonstrates that they are a **very good** candidate for your residency training program.

*The University of Chicago's evaluation system was not designed to provide information comparing one student to another and for that reason no ranking regarding Alex Doe can be provided. The grading system is pass/fail and there are no class rankings. The curriculum has been designed for a competency-based evaluation system. The students are measured by their achievement of the competency, not in terms of comparative performance. Descriptors provided for the third-year clerkships reflect the degree to which Alex has attained the competencies taught in that clinical experience. For that reason, we encourage review of this evaluation letter in its entirety.*

*Sincerely,*

| | |
|---|---|
| *H. Barrett Fromme, MD, MHPE* | *Vineet Arora, MD, MAPP* |
| *Professor of Pediatrics* | *Professor of Medicine* |
| *MSPE Director, Pritzker School of Medicine* | *Dean for Medical Education* |

*Attachments: MSPE Appendices*

# MSPE
# APPENDICES

THE UNIVERSITY OF CHICAGO
UChicago Medicine
Pritzker School of Medicine

# 20XX Medical Student Performance Evaluation Appendices

## Appendix A – Pre-Clerkship/Basic Science Performance

The University of Chicago Pritzker School of Medicine has a Pass/Fail System. Therefore, no graphic representation of the student's performance relative to his or her peers in pre-clerkship/basic science courses can be provided.

## Appendix B – Clinical Clerkship Performance

The University of Chicago Pritzker School of Medicine utilizes a Pass (P) / Fail (F) grading system, with the exception of five of the six core clinical clerkships:

— Internal Medicine (10 weeks, including electives)
— Surgery (10 weeks, including electives and a Perioperative Care rotation)
— Pediatrics (5 weeks)
— Obstetrics and Gynecology (5 weeks)
— Psychiatry (5 weeks)
— Neurology (2 weeks)

During the third year, students are given designators for five of the six required core clerkships (Honors, High Pass, Pass, or Fail) based on the extent to which they meet or exceed a given competency. In the 2021-2022 academic year, the required Neurology clerkship was shortened to a two-week experience. Grading for Neurology is Pass/Fail. In each of the clerkships, clinical performance is evaluated by the clerkship directors as to the extent to which the student achieves the performance objectives of the clerkship. Accordingly, this evaluation system does not assume a normal distribution of grades as students are assessed against performance objectives, not each other. The distribution of the internal designators by clerkship for the Class of 20XX is outlined below.

| | Honors | High Pass | Pass | Incomplete | Failure | Total |
|---|---|---|---|---|---|---|
| **Medicine** | 52% | 46% | 2% | 0% | 0% | 100% |
| **Surgery** | 40% | 55% | 5% | 0% | 0% | 100% |
| **Pediatrics** | 61% | 36% | 3% | 0% | 0% | 100% |
| **Obstetrics-Gynecology** | 54% | 43% | 3% | 0% | 0% | 100% |
| **Psychiatry** | 58% | 34% | 8% | 0% | 0% | 100% |
| **Neurology** | | | 100% | | | 100% |

**University of Chicago Pritzker School of Medicine**
**Class of 20XX Clerkship Distribution**




## Appendix C – Professional Attributes

Professional attributes are considered in the Pass/Fail designation and addressed in the clinical performance evaluation summaries prepared by the Clerkship Directors. Therefore, no graphic representation of the students' professional attributes relative to his or her peers can be provided. Professional attributes assessed in the clerkships include the extent to which students:

- Demonstrate enthusiasm, interest, and self-motivation
- Pursue self-directed learning
- Exhibit responsibility, integrity, and caring in establishing trusting relationships with patients and family members
- Interact appropriately and respectfully with other health professionals
- Are punctual and prepared

## Appendix D – Overall Comparative Performance

Our Students receive a summary designator based on a holistic review of their academic performance during their clerkship rotations, their performance in research/scholarship, and their time spent in institutional and community service. This holistic review is aligned with the holistic review our Admissions Committee uses when evaluating prospective students.

We reserve the right to not use all designators in a given year. Below is the distribution of these designators for the Class of 20XX:

Exceptional ........................................................23%
Outstanding........................................................31%
Excellent.............................................................40%
Very Good..........................................................6%
Good.................................................................
Acceptable..........................................................




## Appendix E – Medical School Information Page

Specific Programmatic Emphases of the Medical School and its Educational Programs:

Mission Statement: "At the University of Chicago, in an atmosphere of interdisciplinary scholarship and discovery, the Pritzker School of Medicine is dedicated to inspiring diverse students of exceptional promise to become leaders and innovators in science and medicine for the betterment of humanity."

Pritzker attracts and recruits culturally diverse student leaders with strong academic backgrounds and personal accomplishments. The curriculum emphasizes the importance of humanistic care and skills of critical analysis. With the exception of the clinical clerkship year, Pritzker operates on a Pass/Fail grading system to encourage students to develop teamwork skills, to discover and develop their unique talents, and to promote cooperative learning through focused curricular and co-curricular activities.

These medical education programs include the following:

- Integration of basic science and clinical medicine across the four years of the curriculum.

- Students who are enrolled in a joint MD/PhD program at the University of Chicago participate in a longitudinal curriculum designed to provide enhanced training in fundamental concepts and scholarly skills.

- The Scholarship & Discovery component of the Pritzker curriculum reaffirms the core mission of the University to generate new knowledge to improve human life. The cornerstone of Scholarship and Discovery is the completion of a mentored scholarly project by the time of

graduation, focusing on one of five scholarly tracks: **(1) Scientific Investigation (Basic/Translational Sciences, Clinical Research, or Health Services & Data Science), (2) Medical Education, (3) Healthcare Delivery Improvement Sciences**, **(4) Community Health,** and **(5) Global Health**. Guidance is provided by core faculty throughout the students' time at Pritzker. During the first year, students participate in coursework and throughout subsequent years, students also participate in activities related to their scholarly track, including a focused scholarly block to work on their research. Examples of additional scholarly activities include advanced elective coursework, conference participation, or track specific activities (i.e. a service-learning project for Community Health, out-of-country rotations for Global Health, serving as a Teaching Assistant for Medical Education, etc.). During the fourth year, students either complete their scholarly project or continue their advanced training in their scholarly area with guidance from faculty Track Leaders. All students, including MD-PhD students who are exempt from the Scholarship and Discovery requirement, are encouraged to disseminate their work at the Pritzker Senior Scientific Session and share their findings with a broader regional and national audience whenever possible.

— Summer research training supporting over **85%** of the students to explore their research aptitudes before entering the second year. The experience often serves as a scholarly foundation from which students continue their scholarly work throughout their medical school tenure, often resulting in dissemination via presentation or publication.

— Clinical experiences with patients and standardized patients beginning the first quarter of medical school aided by the formative feedback provided by review of recorded patient encounters with full-time faculty preceptors.

— A comprehensive group of required core clerkships beginning in the third year and combining ambulatory and inpatient experiences taught by full-time faculty together with highly selected residents to promote and model clinical proficiency.

— Opportunities to participate in MD/PhD and MD/MBA programs, master degree programs (MPP, AM, MS, JD) and research "year off" experiences.

— An extensive array of co-curricular activities that provide the arena for students to develop further their altruism, leadership, professionalism, and self-care.

— Integration of humanism in medicine through programs such as the First Year Orientation and White Coat Ceremony, Gold Humanism Honor Society Induction Ceremony, and Student Clinician Ceremony. In these and other student programs, upperclassmen and residents model a mentoring demeanor promoting collegial approaches to medical education.

Average Length of Enrollment (Initial Matriculation to Graduation):

The average duration of enrollment was approximately **4.6 years**.

Of the 83 students anticipated to be in the graduating Class of 20XX, **20** took more than 4 years to complete medical school:

- **10** students completed joint MD/PhD training, which added an average of **4.4** years to their medical education.
- **1** student completed joint MD/MBA training at University of Chicago.
- **1** student completed a Master's program in Harris School of Public Policy at University of Chicago.
- **7** students participated in additional scholarly and clinical experiences for an additional year. Of these 7 students, 2 obtained support via Pritzker Fellowship, 1 obtained a NorthShore Fellowship.
- **4** students chose to utilize the Extended Curriculum Option to decompress an academic year for personal, family and/or medical reasons.

Guidelines for Medical Schools Regarding Academic Transcripts:

The Pritzker School of Medicine is compliant with the AAMC "Guidelines for Medical Schools Regarding Academic Transcripts."

Description of the Evaluation System Used at This Medical School:

Please see Appendix A, B, C, and D.

AOA Membership

The University of Chicago is home to the Illinois Beta Chapter of Alpha Omega Alpha, the national medical honor society. Election to the chapter occurs at the beginning of Pritzker students' fourth year and is guided by the regulations for election as set out in the AΩA constitution.

All students at Pritzker School of Medicine are eligible for AΩA. The selection process starts with a holistic review of all M4 students, which is aligned with the holistic review our Admissions Committee uses when evaluating prospective students and with the mission statement of the Pritzker School of Medicine. This holistic review includes:

1) Academic performance during clerkship rotations
2) Participation and achievements in research/scholarship
3) Review of leadership, volunteerism and institutional service as reported in the Student Management System and in students' CVs
4) Peer assessment as determined by an anonymous, end-of-academic year survey of MS3s (the peer assessment score given to students who take time off comes from the cohort with whom they completed the MS3 year)

Up to 20% of the class is then selected for membership in AΩA by a committee appointed by the Dean for Medical Education. The AΩA constitution calls on the committee to consider not only scholastic achievement but also capacity for leadership, professionalism, a strong sense of ethics,

and a commitment to service in the school and community, along with outstanding achievement in research.

Medical School Requirements for Successful Completion of the USMLE Step 1 and Step 2 for Promotion and/or Graduation

To graduate from the University of Chicago Pritzker School of Medicine, students must have registered and taken Step 1 and Step 2 (CK) of the USMLE exam. Passing the exams is not required for graduation.

Medical School Requirements for Successful Completion of Objective/Observed Structured Clinical Evaluation (OSCE) at Medical School.

Observed Structured Clinical Evaluations (OSCEs) are used for formative feedback during the first- and second-year Clinical Skills course, both throughout the course and during the assessment in the final exams. Following the third year, all students participate in a required Clinical Performance Exercise (CPX) which simulates USMLE Step 2-CS. The CPX experiences are for self-assessment and feedback. All third year core clerkships include an Objective Structured Clinical Evaluation that students must complete.

Utilization of Narrative Comments from the Medical School Course, Clerkship, or Elective Director in the Composition of the MSPE.

The narrative comments from the six required third-year clerkships have been edited for length but not for content.

Process of MSPE Composition at the Medical School.

The Medical Student Performance Evaluation is prepared by the Medical Student Performance Evaluation Director. Administrative support is provided by the Manager of Career Advising and Student Services, the Office Administrator, and members of the Curriculum administrative team.

MSPE Review by Students.

Students at the Pritzker School of Medicine are permitted to review the MSPE letter in its entirety prior to its transmission and can request changes for factual information.

# Tab 2
# Arora Exhibit 84

THE UNIVERSITY OF CHICAGO
UChicago Medicine

Pritzker School of Medicine

# Academic Guidelines

2023-2024



EXHIBIT
84

# INTRODUCTION

This document provides a summary of the University of Chicago Pritzker School of Medicine's Academic Guidelines. As a condition of enrollment in the Pritzker School of Medicine, every student must familiarize themselves with these guidelines and must comply with them. The University of Chicago Pritzker School of Medicine will not accept any assertion of ignorance of these provisions as a basis for exception to them. No student or group of students should expect to be warned individually to conform to any of the guidelines contained in this publication. Students are advised to pay special attention to all deadlines given in the Academic Guidelines. Students who have questions or concerns about these guidelines should bring them to the Dean for Medical Education, the Associate Dean for Medical Student Advising and Advancement, or the Associate Dean for Undergraduate Medical Education.

These guidelines are subject to revision. The online Academic Guidelines booklet represents the most current version and takes precedence over previously published versions:

pritzker.uchicago.edu/current/students/AcademicGuidelines.pdf

Publication Date: August 7, 2023

# TABLE OF CONTENTS

**CONTACT INFORMATION** ........ 4
**MISSION STATEMENT** ........ 6
**EDUCATIONAL PROGRAM OBJECTIVES** ........ 7
**PROGRAM OF STUDIES** ........ 9
YEAR 2 (CLASS OF 2025) ........ 9
YEAR 3 (CLASS OF 2024) ........ 9
YEAR 4 (CLASS OF 2023) ........ 9
**TECHNICAL REQUIREMENTS FOR MATRICULATION & PROMOTION** ........ 11
REQUIREMENTS FOR MATRICULATION ........ 11
STUDENT DISABILITY SERVICES ........ 11
REQUIREMENTS FOR ADVANCEMENT ........ 12
SPECIFIC REQUIREMENTS FOR YEAR 1 ........ 12
SPECIFIC REQUIREMENTS FOR YEAR 2 ........ 12
SPECIFIC REQUIREMENTS FOR YEAR 3 ........ 12
SPECIFIC REQUIREMENTS FOR YEAR 4 ........ 12
REQUIREMENTS FOR GRADUATION ........ 14
**GRADING SYSTEM** ........ 15
THE PASS/FAIL GRADING SYSTEM ........ 15
HONORS (H) ........ 15
HIGH PASS (HP) ........ 15
PASS (P) ........ 15
FAILURE (F) ........ 15
NON-GRADE DESIGNATORS ........ 16
INCOMPLETE (I) ........ 16
WITHDRAWAL (W) ........ 16
**HONORS & AWARDS** ........ 17
GRADUATION WITH HONORS ........ 17
OTHER GRADUATION AWARDS ........ 17
ALPHA OMEGA ALPHA ........ 17
FACULTY/RESIDENT & FELLOW/ALUMNI CRITERIA ........ 18
GOLD HUMANISM HONOR SOCIETY ........ 18
**ACADEMIC COMMITEES** ........ 19
ACADEMIC PROGRESS COMMITTEES (APC) ........ 19
COMMITTEE ON ACADEMIC PROMOTIONS (CAP) ........ 19
**REMEDIATION** ........ 21
REMEDIATION OF COURSEWORK ........ 21
TIMING & SCHEDULING OF REMEDIATION ........ 21
YEARS 1 & 2 ........ 21

Years 3 & 4 .......... 21

Year 4 .......... 22

Appeal of Grades and/or Designators Used for Year 3 .......... 22

**ACADEMIC DEFICIENCIES .......... 22**

Monitored Academic Status .......... 22

Academic Probation .......... 23

Removal of Monitored Academic Status or Academic Probation .......... 23

Auditing Courses .......... 23

**ACADEMIC GRIEVANCES .......... 24**

Departmental Grievances .......... 24

Grades, Evaluations, Departmental Remediation Requirements .......... 24

Committee on Academic Promotions Grievance .......... 24

Appeal of Decision of Committee on Academic Promotions .......... 24

**EXTENDED STUDY OPTIONS .......... 26**

Initiation of Placement in the Directed Study Options .......... 26

Types of Extended Directed Study .......... 26

Directed Study – Extended Curriculum Option .......... 26

Directed Study – Research .......... 26

**LEAVE OF ABSENCE .......... 27**

Leave of Absence Guidelines .......... 27

Involuntary Leave of Absence Policy .......... 27

Notification of Others .......... 29

**GUIDING PRINCIPLES OF PROFESSIONALISM .......... 30**

**POLICIES .......... 33**

Faculty Evaluator – Student As Patient Policy .......... 33

Financial Aid Policy for Satisfactory Academic Progress .......... 34

Duty Hours Policy .......... 36

Holiday Policy for Medical Students .......... 37

Digital Media Use Policy .......... 38

Policy for Academic Resources .......... 41

Medical Center Policies .......... 42

Policy on Harassment, Discrimination, and Sexual Misconduct .......... 43

Policy on Treatment of Students .......... 44

**MEDICAL STUDENT PERFORMANCE EVALUATION .......... 45**

Information provided in the MSPE .......... 45

Sample Medical Student Performance Evaluation .......... 46

MSPE Appendices .......... 53

# CONTACT INFORMATION

## Pritzker Administration

**Office of the Dean**

| | | |
|---|---|---|
| Dean for Medical Education | Vineet Arora, MD, MAPP | 773.834.2138<br>Dean-for-meded@bsd.uchicago.edu |
| Associate Dean for Medical School Administration | Korry Schwanz, MHA | 773.834.1954<br>kschwanz1@bsd.uchicago.edu |

**Medical Education**

| | | |
|---|---|---|
| Director of Medical School Education | Adam Eickmeyer, MPH | 773.702.5306<br>adambruce@bsd.uchicago.edu |
| Assistant Director of Medical School Education | Mel Pollay, MEd | 773.702.1220<br>mpollay@bsd.uchicago.edu |
| Registrar | Michael McGinty | 773.834.1334<br>mmcginty@bsd.uchicag.edu |
| Associate Dean for Undergraduate Medical Education | Jeanne Farnan, MD, MHPE | 773.834.3401<br>jfarnan@bsd.uchicago.edu |
| Assistant Dean of Medical School Research | Rachel Wolfson, MD | 773.834.7099<br>rwolfson@bsd.uchicago.edu |
| Director of Medical Student Performance Evaluation & Associate Dean for Faculty Development in Medical Education | H. Barrett Fromme, MD, MHPE | 773.834.9042<br>hfromme@bsd.uchicago.edu |

**Student Affairs & Programs**

| | | |
|---|---|---|
| Dean of Students | James Woodruff, MD | 773.795.1051<br>jwoodruf@bsd.uchicago.edu |
| Associate Dean of Students & Professional Development | Wei Wei Lee, MD, MPH | 773.702.6840<br>wlee3@bsd.uchicago.edu |
| Associate Dean for Medical Student Academic Advising & Advancement | Chelsea Dorsey, MD | 773.702.9841<br>cdorsey@bsd.uchicago.edu |
| Executive Director of Student Affairs & Programs, UME Finance, and Continuum Strategy | Kate Blythe | 773.702.5944<br>kblythe@bsd.uchicago.edu |

**Office of Health Equity, Diversity, and Inclusion**

| | | |
|---|---|---|
| Associate Dean for Health Equity, Diversity, & Inclusion | Dayle Davenport, MD, FACEP | 773.702.5941<br>dayle.davenport@bsd.uchicago.edu |
| Director for Health Equity, Diversity, & Inclusion | Melissa Harrell Robinson | 773.834.7563<br>melissa.harrellrobinson@bsd.uchicago.edu |

**Admissions**

| | | |
|---|---|---|
| Associate Dean for Admissions | Keme Carter, MD | 773.702.1937<br>pritzkeradmissions@bsd.uchicago.edu |
| Assistant Dean for Admissions | Julia Rosebush, MD | 773.702.1937<br>pritzkeradmissions@bsd.uchicago.edu |
| Director of Admissions | Emily Sharp-Kellar, JD | 773.702.4652<br>esharpkellar@bsd.uchicago.edu |

## Pritzker Ombudsmen

| | | |
|---|---|---|
| Shellie Williams, MD | 773.702.8840<br>pager 188.4833 | swillia2@bsd.uchicago.edu |
| Steven Zangan, MD | 773.702.3844<br>pager 188.2816 | szangan@bsd.uchicago.edu |

## NorthShore University HealthSystem Contacts

| | | |
|---|---|---|
| Associate Dean & Chief Academic Officer | Richard Silver, MD | 847.570.1478<br>rsilver@northshore.org |
| Assistant Vice President Academic Affairs | Heather Winn, MHSA | 847.570.1086<br>hwinn@northshore.org |

# MISSION STATEMENT

**At the University of Chicago, in an atmosphere of interdisciplinary scholarship and discovery, the Pritzker School of Medicine is dedicated to inspiring diverse students of exceptional promise to become leaders and innovators in science and medicine for the betterment of humanity.**

# EDUCATIONAL PROGRAM OBJECTIVES[1]

**Patient Care**

Provide patient-centered care that is compassionate, appropriate, and effective for the treatment of health problems and the promotion of health:

*Students will:*

1. Apply medical knowledge to achieve appropriate patient care.
2. Acquire a high level of clinical proficiency in history taking, physical examination, differential diagnosis, and the effective use of medicine's evolving diagnostic and procedural capabilities including therapeutic and palliative modalities.
3. Demonstrate in clinical care an understanding of the impact of psychological, social, and economic factors on human health and disease.
4. Apply the knowledge and skills necessary to address the needs of a diverse patient population.
5. Counsel and educate patients and their families to empower them to participate in their care and enable shared decision-making.
6. Perform medical, diagnostic, and surgical procedures considered essential for entering residency.
7. Organize and prioritize responsibilities to provide care that is safe, effective, and efficient.
8. Provide continuity of patient care throughout transitions between providers or settings.
9. Provide appropriate documentation for clinical encounters in the medical record.

**Medical Knowledge (Knowledge for Practice)**

Demonstrate knowledge of established and evolving biomedical, clinical, epidemiological and social- behavioral sciences, as well as the application of this knowledge to patient care:

*Students will:*

10. Demonstrate a thorough understanding of the basic and clinical sciences and their application tothe practice of medicine and to discovery.
11. Contribute to the creation, dissemination, application, and translation of new health care knowledge and practices.

**Practice-based Learning and Improvement**

Demonstrate the ability to investigate and evaluate one's care of patients, to appraise and assimilate scientific evidence, and to improve patient care based on self-evaluation and life-long learning:

*Students will:*

12. Identify strengths, deficiencies, and limits in one's knowledge and expertise.
13. Incorporate feedback into practice.
14. Use information technology to optimize learning.
15. Develop and utilize the skills necessary to critically evaluate the medical literature and integrate new developments into medical practice in an appropriate manner.
16. Display effective teaching skills in the education of colleagues, other health professionals and patients.
17. Possess the skills to analyze practice using quality improvement methods, and to suggest changes with the goal of practice improvement.
18. Identify the factors that may affect the quality and safety of health care delivery

---

[1] The educational objectives of the University of Chicago Pritzker School Of Medicine's curriculum are grouped by competencies as defined by the Accreditation Council for Graduate Medical Education (ACGME) and the Physician Competency Reference Set as defined by the Association of American Medical Colleges (AAMC).

**Interpersonal and Communication Skills**
Demonstrate interpersonal and communication skills that result in the effective exchange of information and collaboration with patients, their families, and health professionals:
Students Will:

19. Communicate effectively with patients, families, and the public, as appropriate, across a broad range of socioeconomic and cultural backgrounds.
20. Demonstrate respect and empathy with patients, patient families, colleagues and staff.
21. Communicate effectively with others as a member of the health care team or other professional groups.

**Professionalism**
Demonstrate a commitment to carrying out professional responsibilities and an adherence to ethical principles:
*Students will:*

22. Demonstrate sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.
23. Exhibit the highest moral and ethical standards in the care of patients and in their interactions with others.

**Systems-based Practice**
Demonstrate an awareness of and responsiveness to the larger context and system of health care, as well as the ability to call effectively on other resources in the system to provide optimal health care:
*Students will:*

24. Demonstrate an understanding of various types of health care systems, their role and their impact on health care delivery.
25. Work effectively in various health care delivery settings and systems.
26. Incorporate considerations of cost awareness and risk-benefit analysis in patient and/or population-based care.
27. Participate in identifying system errors and suggesting potential systems solutions.

**Interprofessional Collaboration**
Demonstrate the ability to engage in an interprofessional team in a manner that optimizes safe, effective patient- and population-centered care:
*Students will:*

28. Work with other health professionals to establish and maintain a climate of mutual respect, dignity, diversity, ethical integrity, and trust.
29. Use the knowledge of one's own role and the roles of other health professionals to appropriately assess and address the health care needs of the patients and populations served.

**Personal and Professional Development**
Demonstrate the qualities required to sustain lifelong personal and professional growth
*Students will:*

30. Demonstrate the ability to use self-awareness of knowledge, skills, physical and emotional limitations to engage in appropriate help-seeking behaviors.
31. Demonstrate healthy coping mechanisms to respond to stress.
32. Manage conflict between personal and professional responsibilities.
33. Carry out professional and educational commitments in a professional manner.

# OUTLINE OF THE MEDICAL DEGREE PROGRAM OF STUDIES FOR 2023-2024 ACADEMIC YEAR

## YEAR 2 (CLASS OF 2026)

| | | |
|---|---|---|
| **Summer Quarter** | | Vacation / Summer Research |
| **Autumn Quarter** | | Neurobiology |
| | | Pharmacology |
| | *(First Half)* | Human Behavior in Health & Illness |
| | | Clinical Skills 2A |
| | *(Second Half)* | Clinical Pathophysiology & Therapeutics |
| | | Clinical Skills 2A |
| **Winter Quarter** | | Clinical Pathophysiology & Therapeutics |
| | | Clinical Skills 2B |
| **Spring Quarter** | | Independent Study |
| | | Scholarship & Discovery Block |
| | | Electives |

*Additional Resource: pritzker.uchicago.edu/page/second-year-courses*

## YEAR 3 (CLASS OF 2025)

| | | | | | |
|---|---|---|---|---|---|
| **Medicine** | 10 weeks | **Neurology** | 2 weeks | **IPE** | 1 week |
| **Surgery** | 10 weeks | **Psychiatry** | 5 weeks | **Elective** | 2 weeks |
| **Ob/Gyn** | 5 weeks | **Pediatrics** | 5 weeks | | |

*Additional Resource: pritzker.uchicago.edu/page/third-year-clerkships*

## YEAR 4 (CLASS OF 2024)

All fourth-year students are required to complete a total of 1350 units of credit during the senior year.

1. Required experiences during senior year:

   a. Sub-internship (inpatient selective)* 150 units
   b. Scientific Basis of Medical Practice Selective(s)# 150 units
   c. Emergency Medicine Clerkship 150 units
   d. Clinical Electives 150 units
   e. Scholarship & Discovery 100 units
   f. Step 2 CK
   g. Additional electives to total 650 credits for the year

2. Other potential sources of credit:

   a. Presentation at Senior Scientific Session (SSS) 100 units
      i. Presentation at SSS does not count toward requirement for basic science
   b. Peer Educators in medical school courses
      i. Credit varies by course 25-150 units
   c. Credit for research
      i. MD/PhD students who have completed the second degree may petition the Committee on Academic Promotions for up to 300 units of credit for research performed while pursuing their PhD.
      ii. Students who take time off during medical school in order to pursue research in a non-degree program may petition the Committee on Academic Promotions to receive up to 100 units of credit for the research performed during this time.
      iii. Research performed while registered as a fourth year student may receive up to 100 units of credit for each month (maximum of three months) if the course director verifies that the student spent at least 25 hours per week pursuing research.

***Sub-internship**

Students are expected to assume the role of a PGY1 house officer, including: assuming primary responsibility and ownership for patient care at the level of an intern in that specialty; organizing setting priorities for the work inherent to managing an inpatient service; participating in cross cover duties and transitions of care (handoff/cross coverage). Sub-internships are a full month in length with a full time, rigorous schedule.

**#Scientific Basis of Medical Practice Selective(s)**

These courses are designed to challenge students to refresh their understanding of basic science principles in the context of their developing clinical experiences, providing a "return to basic science" after completing the third year. Students may choose from the many offerings in the on- line catalog, including select Peer Educator (PE) opportunities. Up to 75 units of PE credit from basic science courses may be applied to the Scientific Basis of Medical Practice Selective requirement of 150 units. Under some circumstances, the basic science selective requirement might be met by an independent study program supervised and taught by a University of Chicago faculty member. Appropriate documentation and prior approval of the Associate Dean for Undergraduate Medical Education would be required. Research performed during the course of the fourth year does not fulfill this selective requirement.

*Additional Resource: pritzker.uchicago.edu/page/fourth-year-electivesselectives*

# TECHNICAL REQUIREMENTS FOR MATRICULATION & PROMOTION

## REQUIREMENTS FOR MATRICULATION

The curricular goals of the University of Chicago Pritzker School of Medicine are intended to develop physicians from diverse segments of society whose personal attributes are manifest in their high moral, ethical, and compassionate care of patients; who are responsible to social and societal needs; and who have been thoroughly educated in the art and science of medicine so that they demonstrate sustained competence in medicine.

In order to meet these goals, the faculty of the University of Chicago Pritzker School of Medicine have developed, in accordance with the Americans with Disabilities Act of 1990, the following essential function requirements for medical students. All students, for matriculation and promotion should, with or without reasonable accommodation:

- Possess the neuromuscular control and eye-hand coordination needed to efficiently, safely, and independently carry out all necessary procedures involved in the learning of the basic and clinical sciences, as well as those required in the hospital and clinical environment. These include, but are not limited to, anatomic dissection, basic science laboratory exercises, basic and advanced cardiac life support activities, physical examinations, surgical, clinical laboratory, and other technical procedures as required for diagnosis and treatment.

- Possess the sensory ability, as well as the mental capacity, to rapidly assimilate large volumes of technically detailed and complex information presented in formal lectures, small group discussions, and individual clinical settings. Students should possess the intellectual abilities to acquire, assimilate, integrate and apply information obtained from written, oral, and visual sources.

- Possess the use of senses to allow for effective observation and communication in the classroom, scientific laboratory, and clinical setting.

- In the clinical setting, the use of a trained intermediary cannot be used to fulfill essential requirements.

- Possess the emotional and physical health required for full utilization of their intellectual abilities, the exercise of good judgment, the prompt completion of all responsibilities attendant to the diagnosis and care of patients, and the development of mature, sensitive and effective relationships with patients.

**Student Disability Services**

The University of Chicago is committed to ensuring the full participation of all students in its programs. If you have a documented disability (or think you may have a disability) and, as a result, need a reasonable accommodation to participate in class, complete course requirements, or benefit from the University's programs or services, you are encouraged to contact Student Disability Services as soon as possible. To receive reasonable accommodation, you must be appropriately registered with Student Disability Services. Please contact the office at 773-702-6000/TTY 773-795-1186 or disabilities@uchicago.edu, or visit the website at *disabilities.uchicago.edu*. Student Disability Services is located at 5501 S. Ellis Avenue.

## Requirements for Advancement

Passing grades in individual courses are necessary but not alone sufficient for attainment of the MD degree from the Pritzker School of Medicine. Failure to demonstrate appropriate ethical or professional behavior may in itself be a cause for dismissal from the Pritzker School of Medicine despite passing academic performance. In addition, students are expected to demonstrate commitment to their professional responsibility by participating in the full educational experience, including attending classes, required orientations and symposia; completing assignments and requirements in a timely manner; participating in the course evaluation process; and demonstrating respectful behavior towards patients, staff, students, faculty, and others.

The Committee on Academic Promotions (see page 19) has specified the minimum academic requirements for advancement for each academic year, as well as minimum requirements to maintain enrollment. Failure to meet any one of these requirements may result in dismissal for poor scholarship. In all curriculum years, any repeated course must be passed. A grade of Failure (F) followed by a second grade of Failure (F to F) may result in dismissal. A grade of Incomplete (I) in a repeated course is the equivalent of a Failure (F).

An enrolled student in the regular MD program must complete all coursework within a maximum of six academic years. A leave of absence time period is not included in this count.

Enrollment in the Pritzker School of Medicine is a full-time endeavor requiring sustained focus and concentration. Enrollment in courses outside of Pritzker or application to other University of Chicago programs while a full-time student at Pritzker requires prior review by the Associate Dean for Medical Student Advising and Advancement or the Committee on Academic Promotions.

### Specific Requirements for Year 1

To advance to the second year, all first-year courses must be passed by the end of the Summer Quarter.

### Specific Requirements for Year 2

To advance to the third year, all second-year courses must be passed by the end of the Spring Quarter.

### Specific Requirements for Year 3

Students are required to complete five core clerkships during their third year (Medicine, Surgery, Pediatrics, Obstetrics/Gynecology, and Psychiatry). In addition to core clerkships, students must also complete an Interprofessional Experience, Neurology Clerkship, as well as a two-week elective. In the Spring Quarter, students must take and pass the Clinical Performance Experience (CPX).

All third-year coursework must be passed before starting the fourth year.

### Specific Requirements for Year 4

Assignment of Credit Units in the Fourth Year

The fourth-year experience at the Pritzker School of Medicine is intended to consolidate the knowledge, skills, and habits that students will need to be successful residents and practicing physicians; it consists of both required and elective experiences. In total, students must complete a minimum of 1350 units of work over the course of the year.

Required and elective courses are assigned units based on:

- Intensity of workload
- Comparability to other Pritzker courses
- Time commitment
- Curricular priority

Units for standing courses and clinical experiences are assigned by a committee (Associate Dean for Undergraduate Medical Education, Pritzker Registrar, and Director of Medical School Education) and are reviewed and approved by the Curriculum and Educational Policy Committee (CEPC). All new elective proposals are reviewed in detail by the CEPC and are assigned credit units by that committee.

Required experiences include a minimum of 400 units:

- Sub-internships (150 units)
- Scholarship & Discovery (100-300 units)
- Clinical Electives (150 units)
- Emergency Medicine (150 units)
- Scientific Basis of Medical Practice Selectives (150 units total)

The remainder of the senior schedule is comprised of elective courses and clerkships, peer educator roles, mentored independent study, and away (offsite) rotations.

**Determination of Units for Away Rotations**

Students may do up to one month of clinical elective coursework at outside institutions. Students should work with their career advisors to choose off-site rotations that will enhance their career and learning goals. They fill out a form that includes a detailed description of the off-site rotation, including learning goals, assessment methods, time commitment, and responsibilities. The form is signed by the student's career advisor. A committee consisting of the Associate Dean for Undergraduate Medical Education, the Pritzker Registrar, and the Director of Medical School Education assign credit units based on comparable courses or clerkships at Pritzker. Sometimes additional information is required from the student or the school in order to assign appropriate units. If a student believes that the unit assignment is not appropriate, the student can ask for additional review and to provide additional information and details about the proposed experience.

**Determination of Units for Independent Study Electives**

Students may work with faculty members to create independent study electives for research, basic science, or clinical experiences. Students fill out an online independent study form that is signed by the faculty member with whom they will be working. This form requires a detailed description of the proposed experience, including learning goals, time commitment, and evaluation methods. Credit units are assigned in a manner parallel to that for away rotations.

## REQUIREMENTS FOR GRADUATION

- Successfully complete all coursework, as determined by the departments and the Committee on Academic Promotions.

- Demonstrate professionalism and ethical conduct in all personal and professional actions and interactions, as determined by departments, medical school administration, and the Committee on Academic Promotions.

- Complete fourteen (14) quarters of full-time enrollment and full-time tuition payment.

- Register for and record a score for the United States Medical Licensing Examination (USMLE) Step 1 and Step 2 CK. Students are responsible for meeting NBME deadlines.

  - Step 1 is usually taken during the spring quarter following the completion of all second-year courses.
  - Step 2 CK must be taken by December 1 of the senior year if the student has a numeric Step 1 score. If the student has a Pass/Fail Step 1 score, the deadline is July 31.
  - Students may not receive the MD degree from the Pritzker School of Medicine if these exams are not completed as required.
  - If a student fails the Step 1 exam, they should retake the exam prior to beginning the residency application process.

- Complete core course requirements by April 30 of senior year.

- Complete course evaluations following each course, clerkship or elective.

- Discharge all financial obligations to the University at least four weeks prior to the June Convocation date.

- Apply to graduate no later than the first week of the quarter in which the degree is expected (Spring Quarter of fourth year).

Upon successful completion of the curriculum of the Pritzker School of Medicine, the student is recommended to the Board of Trustees of the University of Chicago for the degree of Doctor of Medicine.

# GRADING SYSTEM

## THE PASS/FAIL GRADING SYSTEM

The Pritzker curriculum has been designed for a competency-based evaluation process. Student performance is measured by the degree of achievement of the appropriate competencies rather than by a predetermined grade distribution.

Passing grades in individual courses are necessary but not alone sufficient for attainment of the MD degree from the Pritzker School of Medicine. Failure to demonstrate appropriate ethical or professional behavior may in itself be a cause for dismissal from the Pritzker School of Medicine despite passing academic performance.

The Pritzker School of Medicine utilizes a Pass (P)/Fail (F) grading system, with the exception of the core clinical clerkships (Medicine, Obstetrics and Gynecology, Pediatrics, Psychiatry, and Surgery). Clerkship grades (Honors (H), High Pass (HP), Pass (P), Failure (F)) are included on the official University of Chicago transcript. In addition, a narrative summary is submitted to the Pritzker School of Medicine that supports the rationale for the designator grade assigned to the students. The material supplied by each department serves as the basis for the Medical Student Performance Evaluation Letter, which is sent to postgraduate programs for residency selection purposes.

In the preclinical biennium (Years 1 and 2), and in year 4, no specific data is recorded in the Dean's Office about student performance except for students who are noted by course directors to be performing at a borderline or failing level. Students having difficulty will be counseled by course directors about ways to improve and may be advised by the Academic Progress Committee or the Committee on Academic Promotions to seek assistance from a learning specialist or other counselor.

**Honors (H)** *(Core Clerkships only)*

A grade of Honors (H) is awarded to students whose outstanding performance and demonstrated qualities of intellectual curiosity, integrity and self-discipline significantly exceed the competency level expected for third year students.

**High Pass (HP)** *(Core Clerkships only)*

A grade of High Pass (HP) is awarded to students whose performance clearly exceeds the Pass requirements but does not reach Honors caliber.

**Pass (P)**

A grade of Pass (P) is awarded to students, with the exception of those defined above, whose performance in a subject meets the competency requirements established by the department.

**Failure (F)**

Those students whose performance in a subject is below departmental passing standards shall be given a grade of Failure (F). The failure grade (F) will be recorded on the student's transcript, followed by the passing grade when the required course has been retaken and passed. A designator of Incomplete (I) or Withdrawal (W) in a previously failed course equals a grade of Failure. A grade of Failure (F) followed by a second grade of Failure (F to F) may result in dismissal.

All elective courses (including senior electives and selectives) utilize the Pass/Fail grading system.

## NON-GRADE DESIGNATORS

### Incomplete (I)

The designator of Incomplete (I) will be assigned when a student has not successfully completed all the required work in a course or clerkship for academic or non-academic reasons. For instance, if a course offers multiple exams during the quarter, and a student fails to pass one or two of those exams, they can be given a designation of Incomplete (I) and be provided with an opportunity for remediation if approved by the course director and the Committee on Academic Promotions.

All Incomplete designations should be remediated within four quarters from the original time of course registration, irrespective of student registration status. All Incomplete designations must be remediated before the student can advance to the next academic level.

- If the coursework is completed within four quarters from the original time of course registration, the student will be awarded a grade of Pass (P) and the Incomplete (I) will be removed from the official transcript.
- If the coursework is completed more than four quarters from the original time of registration for the course, the Incomplete (I) designation will remain on the official transcript with the grade listed alongside it (e.g., I/P).
- If the student does not fulfill the course requirements in a satisfactory manner, a final grade of Failure (F) will be reported. This Failure (F) will be noted on the permanent transcript. In such cases, students must retake and pass the course or clerkship.
- Failure to pass a previously failed course may result in dismissal from the medical school.
- A student in the fourth year who receives an Incomplete (I) must have completed coursework in the designated area in which the Incomplete (I) has been received prior to April 30 of the final year of enrollment in order to graduate in that academic year.

### Withdrawal (W)

The designator of Withdrawal (W) signifies withdrawal from a course or clerkship. Once a course begins, a student who withdraws from a course must retake the entire course in order to receive credit. Withdrawal from a course or clerkship requires approval from the Associate Dean for Medical Student Advising and Advancement and the Committee on Academic Promotions. Designations of Withdrawal (W) remain on the student's official transcript. A student may not withdraw from a course more than once, unless under exceptional circumstances (such as serious illness) approved by the Associate Dean for Medical Student Advising and Advancement and the Committee on Academic Promotions.

# HONORS & AWARDS

## GRADUATION WITH HONORS

The Honors and Awards Committee, consisting of selected faculty, course directors and clerkship directors, is appointed by the Dean for Medical Education. The committee, chaired by a faculty member designated by the Dean for Medical Education, is charged with determining selection of students for graduation with Honors and designation of specific awards at graduation.

Determination of Graduation with Honors is at the discretion of the Honors and Awards Committee. Generally, only 10% of the graduating class receive the "Graduation with Honors" designation.

A student may receive a designation of "Graduation with Honors" on their diploma if so designated by the Honors and Awards Committee. In order to qualify for Graduation with Honors, students must have:

1. Demonstrated academic excellence during their years at the University of Chicago Pritzker School of Medicine.
2. Demonstrated outstanding professionalism during their years at the University of Chicago Pritzker School of Medicine.
3. Performed significant research while enrolled as a student in the medical school. Ordinarily, such research will have led to publication of results in scientific journals, presentation of the research at professional meetings, or presentation at the Senior Scientific Session during senior year.

## OTHER GRADUATION AWARDS

The Pritzker School of Medicine awards several specific named awards as well as several departmental awards to graduating students. Each award has specific criteria. Such designations are decided by the Honors and Awards Committee with consultation from the departmental chair or representative.

Departmental representatives may also designate awards to members of the graduating class who demonstrated outstanding proficiency in their respective departments or sections.

For a listing of the available awards, please visit: *pritzker.uchicago.edu/page/academic-honors-and-awards*

## ALPHA OMEGA ALPHA

The University of Chicago is home to the Illinois Beta Chapter of Alpha Omega Alpha, the national medical honor society. Election to the chapter occurs at the beginning of Pritzker students' fourth year.

To ensure that the selection of students to AΩA is fair and inclusive, a committee of staff members uses the holistic review process to identify the top third of the class. From this group, up to 20% of the class is then selected for membership in AΩA by a separate AΩA selection committee appointed by the Dean for Medical Education. The AΩA constitution calls on the committee to consider not only scholastic achievement but also capacity for leadership, professionalism, a strong sense of ethics, and a commitment to service in the school and community, along with outstanding achievement in research.

**Faculty/Resident & Fellow/Alumni Criteria**

Once elected, AΩA Students confer AΩA membership onto selected alumni, faculty, and residents. They select these members based on the following criteria:

- Resident & Fellow Membership: elected based on continued achievement, promise, and leadership qualities
- Alumni: eligible 10 years or more following graduation and judged on the basis of their achievement to date
- Faculty: elected based on their demonstrated commitment to scholarly excellence and medical education
- AΩA Inductees also bestow the annual Volunteer Clinical Faculty Award to recognize a community physician who contributes with distinction to the education and training of clinical students.

For more information, visit: *http://alphaomegaalpha.org/ (National AΩA Website)* and *pritzker.uchicago.edu/academics/alpha-omega-alpha-honor-medical-society*

## GOLD HUMANISM HONOR SOCIETY

In 2005, the Pritzker School of Medicine established a Gold Humanism Honor Society (GHHS) chapter at the University of Chicago. This latest initiative from the Arnold P. Gold Foundation honors senior medical students, residents, role-model physician teachers and other exemplars recognized for "demonstrated excellence in clinical care, leadership, compassion and dedication to service."

The election process is based upon the recommendations of third year student peers of the Pritzker School of Medicine and from the GHHS Selection Committee deliberations. The selection committee is composed of faculty and staff who interact with students in a variety of settings.

For more information, visit: *pritzker.uchicago.edu/academics/gold-humanism-page*

# ACADEMIC COMMITEES

## Academic Progress Committees (APC)

Three Academic Progress Committees (Year 1, Year 2, and Years 3 & 4) are responsible for monitoring student progress throughout the academic year. The committees are composed of course / clerkship directors for the respective year. The committees are chaired by Associate Dean for Medical Student Advising and Advancement. The committees provide formative feedback and advice for students about their academic performance and progress as students proceed through the curriculum. The responsible Academic Progress Committee will hear any Professional Concern Report filed about a student in the previous quarter.

The Academic Progress Committees report to the Curriculum and Educational Policy Committee (CEPC) and make recommendations to the Committee on Academic Promotions (CAP) for monitoring, remediation, referral to learning specialists, Extended Curriculum Option, or other interventions to facilitate student success at Pritzker. The Academic Progress Committees meet quarterly.

## Committee on Academic Promotions (CAP)

The Committee on Academic Promotions is responsible for overall evaluation of student performance, determination of appropriate remediation for academic difficulty, and oversight of academic issues related to student retention and progress. Ultimately, it is the Committee on Academic Promotions' responsibility to assure that students graduating from the Pritzker School of Medicine meet the academic, ethical, and professional standards to enter the medical profession. The Committee is appointed by the Dean for Medical Education and consists of senior faculty members who are experienced with medical student education. The Associate Dean for Medical Student Advising and Advancement serves as chair. The Director of Medical School Education staffs the Committee. The Committee reports to the Dean for Medical Education.

The Committee on Academic Promotions reviews all medical students for promotion to the next year or for graduation. The Committee reviews concerns brought to its attention by the Academic Progress Committees for each year; in some cases, the Committee may request that a member of an Academic Progress Committee report directly to the Committee regarding a particular issue. The Committee evaluates the success of the academic remediation; reviews the progress of students on Extended Curriculum Option; and reviews petitions from students for changes in the academic timeline, for academic credit outside the standard curriculum, or for re-entry into medical school from a leave of absence.

The deliberations of the Committee on Academic Promotions are constructive in approach and directed toward helping students succeed. Ultimately, however, Pritzker students must be able to meet the minimum academic performance standards of the competency-based curriculum outlined in this document. When evaluating student performance, the Committee takes into account such matters as fund of knowledge, ability to organize and logically present information, test-taking skills, understanding, judgment, and professional behavior. When a student is not performing adequately, the Committee will consider all relevant information. Students may be brought to the attention of the Committee on Academic Promotions through the Academic Progress Committees or through the Dean for Medical Education and their designees.

Ultimately, it is within the Committee's discretion to determine whether a student is permitted to continue at the school and whether any remediation of course work should be permitted or required. The Committee on Academic Promotions may consider the status of any student at any time, even if the academic record is satisfactory. The Committee may, for reasons including but not limited to improper conduct, recommend to the Dean for Medical Education that a student be dismissed from the Pritzker School of Medicine.

Voting, when necessary, is limited to full, appointed members of the committee. The Chair of the Committee is a non-voting member. Decisions of the Committee on Academic Promotions are based on information submitted by Academic Progress Committees or by the Dean for Medical Education and/or designees. In some circumstances, the Committee may request and consider outside evaluations (e.g., by learning specialists), or information from the student under consideration.

If, in the opinion of the Associate Dean for Medical Student Advising and Advancement, a decision that could affect a student's status or advancement (including placing a student on academic probation) will be made at an upcoming meeting, the dean will meet with the student to notify them. The student will be informed that they may provide a written statement to the Committee in advance of the meeting. If submitted, the Associate Dean for Medical Student Advising and Advancement will present this to the Committee.

Whenever the Committee on Academic Promotions votes to take action that affects a student's status or advancement (including placing a student on academic probation), a letter will be sent to the student informing them that this decision will take effect in two (2) weeks (10 working days). The student will be informed that they may respond to the decision in writing. If the student responds, the entire Committee will review the response and revisit the decision.

A student may appeal the decision of the Committee on Academic Promotions in a manner described on page 25 of these Guidelines. The Committee on Academic Promotions meets three to five times per year, or at other times as necessary.

# REMEDIATION

## REMEDIATION OF COURSEWORK

A course or clerkship director's recommendation about whether remediation for academic work is permitted or expected is subject to review by the Academic Progress Committee or the Committee on Academic Promotions, having available to it a number of options, including dismissal.

Students who are required to remediate one or more courses must meet with the Associate Dean for Medical Student Advising and Advancement to discuss various options and to develop a remediation plan. While a department may have available various forms of remediation, the Committee on Academic Promotions has the sole authority and discretion to identify the methods of remediation required for each student on an individual basis. The course director is to be consulted in the selection of the plan. The course director and the Associate Dean for Medical Student Advising and Advancement must approve each remediation plan. Remediation is to be fair, reasonable, and commensurate with the type of activity in which the deficiency occurred. No student will receive credit for any form of remediation that has not first been approved in writing by the appropriate department, the Associate Dean for Medical Student Advising and Advancement, and the Committee on Academic Promotions.

For remediation of failed examinations, students will be informed by the course coordinator of the content areas and date of a re-examination. Remediation will occur in the same format as the original exam. The standards used to evaluate a student's performance when remediating a course shall not differ from the standards applied to evaluate the student's academic year immediately preceding the remediation. Standards for performance are not to be raised or lowered.

## TIMING & SCHEDULING OF REMEDIATION

**Years 1 & 2**

Remediation of academic difficulty in Year 1 courses should be completed by the end of June of the first year. In all cases, such remediation must be fully completed and documented before the beginning of second year classes.

Remediation of academic difficulty in Year 2 courses must be completed prior to the start of 3rd Year coursework. In some cases, at the discretion of the Committee on Academic Promotions, students may be permitted to defer a Year 3 summer clinical rotation in order to complete remediation and allow for graduation on schedule.

A department course director has priority in scheduling the date when the makeup of a course should occur.

**Years 3 & 4**

Remediation of academic difficulty in coursework in Year 3 must occur prior to commencing Year 4 electives and required selectives.

On rare occasions, a student may be allowed to proceed with fourth-year electives before completing remediation of a third-year clerkship. In such cases, failure to successfully complete the remediation will result in failure of the clerkship and requirement to retake and pass the clerkship prior to continuing any other fourth-year courses.

A request to reorder the sequence of third-year rotations for the purpose of remediation must be approved by the Committee on Academic Promotions or the Associate Dean for Medical Student Advising and Advancement. Designated free time, vacation time or, if necessary, an additional academic year may be used to schedule remedial clinical coursework. When repeating one or more third-year courses, all remediation should be completed at the earliest possible time, and prior to taking any offsite electives so that evaluative comments regarding clerkship

performance can be included in the MSPE. Should a student's MSPE letter need to be sent before remediation is completed, clarification of the nature of the problem and current grade information for all incomplete courses must be included in the letter.

In instances when only a segment of a clerkship requires remediation (usually retaking an examination), the clerkship director has the option to specify when the remediation is to be done. When possible, make-up dates should coincide with breaks in the curriculum, and not at times when the student's performance in an ongoing clerkship could be compromised.

**Year 4**

Remediation of academic difficulty in Year 4 electives must be completed by April 30th in order for the student to graduate on time at the end of the academic year.

## Appeal of Grades and/or Designators Used for Year 3

The appeal of a grade or designator is considered a grievance. Grievances should first be brought for resolution to the department that issued the grade or designator. Should a student have reason to appeal further, the procedure is described in the Academic Grievances section on page 25.

# ACADEMIC DEFICIENCIES

## Monitored Academic Status

A student may be placed on Monitored Academic Status by the Committee on Academic Promotions if the student, in its sole judgment and discretion:

- Is at risk for failing to achieve satisfactory academic progress
- Is performing at a borderline level in one or more courses or clerkships
- Has failed to pass three or more exams in a given academic year
- Has received multiple Incomplete designations in courses or clerkships
- Demonstrates persistent professionalism concerns

The nature of Monitored Academic Status is one of indicating to the student that their studies must come first and that every effort should be expended in assuring success. Extracurricular activities should be minimized, with a primary focus on academic achievement. The Committee has the discretion to impose additional requirements as part of Monitored Academic Status, (e.g. counseling or evaluation by a learning specialist). Failure to remediate could lead to the Committee recommending the student be placed on academic probation.

## Academic Probation

A student may be placed on Academic Probation by the Committee on Academic Promotions if the student, in its sole judgment and discretion:

- Is at risk for failing to achieve successful completion of the academic program
- Has failed one or more courses or clerkships
- Has failed to remediate concerns that led to being placed on Monitored Academic Status
- Has received multiple Professionalism Concern Reports
- Has engaged in unprofessional behavior that, in the committee's judgment, calls into question the student's suitability to become a physician

The nature of the Academic Probation status is one of indicating significant risk of failure to complete the academic program of the medical school. In addition to the need to focus fully on academic issues, as in the case of Monitored Academic Status, the student must meet regularly with the Associate Dean for Medical Student Advising and Advancement to ensure that appropriate progress is being made toward remediation of outstanding academic issues and requirements. A student who fails to pass a course or clerkship while on Academic Probation (including a designation of Incomplete) is subject to dismissal from medical school. The committee will recommend to the Associate Dean for Medical Student Advising and Advancement whether prior or existing academic probation or professionalism concerns should be reported on the MSPE.

The designation of Academic Probation does not require a prior designation of Monitored Academic Status. In addition, the Committee on Academic Promotions may recommend dismissal from medical school without a period of Monitored Academic Status or Academic Probation.

**Removal of Monitored Academic Status or Academic Probation**

Generally, to be removed from Monitored Academic Status or Academic Probation a student must maintain at least two successive quarters with passing grades in courses and clerkships and have any concerns about unprofessional behavior resolved to the satisfaction of the Committee. The Committee has the sole discretion and authority to require longer periods of monitoring or probation.

## AUDITING COURSES

All courses in the Pritzker School of Medicine are closed to students who are not enrolled in the medical school. Under exceptional circumstances, course directors may allow auditing of a medical school course. Such circumstances require the written approval of the Associate Dean for Medical Student Advising and Advancement.

At times, especially prior to returning from a Leave of Absence, a Pritzker student may be required to audit designated courses or portions of courses by the Committee on Academic Promotions. Students who audit may take all exams if given departmental permission, but without a grade or credit granted.

# ACADEMIC GRIEVANCES

Should a student have cause to request a review of any treatment that they receives during any portion of the academic program while enrolled in the Pritzker School of Medicine, and should no satisfactory course of action be concluded, the student has a right to file a grievance. Grievances, by their nature are intended to be individual. The two categories of grievances (departmental grievances and Committee on Academic Promotions Grievances) and their procedures are outlined below.

## DEPARTMENTAL GRIEVANCES

**Grades, Evaluations, Departmental Remediation Requirements**

Grievances of an academic nature should first be brought to the attention of the appropriate course director. The course director and student may work to resolve the grievance at this point. If the grievance involves the course director personally or if the student remains dissatisfied, the complaint should be brought, in writing, to the department chair. If the course director and the department chair are the same person, or if the student remains dissatisfied, the grievance should be brought, in writing, to the Dean for Medical Education. The student must present the written grievance to the department or Dean for Medical Education within four weeks (20 working days) of the incident or receipt of the course grade or evaluation.

In the departmental grievance, the department chair conducts the review, consulting as appropriate with other faculty and staff, and informs the student and the Dean's Office, in writing, of the department's decision regarding the grievance. The department should strive to reach a decision within three weeks (15 working days) of receipt of the written grievance. If the issue cannot be resolved at the departmental level, the Dean for Medical Education will review the department's decision, and if considered to be appropriate, may institute a review mechanism through the appointment of an Ad Hoc Committee. This committee will function in the same manner as an Academic Appeal Committee, outlined below.

## COMMITTEE ON ACADEMIC PROMOTIONS GRIEVANCE

**Appeal of Decision of Committee on Academic Promotions**

For those grievances that relate to decisions of an academic nature or relate to decisions of the Committee on Academic Promotions, the following procedural guidelines pertain:

1. A student appealing any academic decision beyond the departmental level, including decisions of the Committee on Academic Promotions, must make the request (in writing) to the Dean for Medical Education within three (3) weeks of the receipt of the written notification of the decision. The request should include the basis for the appeal as well as any relevant new information. Upon receipt of the written request, the Dean for Medical Education will be required to constitute an Academic Appeal Committee, which consists of the following:
    a. A minimum of five (5) senior faculty members including department chairs, committee chairs or section chiefs, and/or other senior faculty, preferably none of whom have been directly involved in the student's educational program.
    b. The medical student initiating the appeal may request that a medical student be added to the Committee. This student must be an upperclassman and will be chosen to serve by the Dean for Medical Education.
    c. The Dean for Medical Education (non-voting) and/or their designee.

2. The Academic Appeal Committee shall consider all pertinent materials, including any new information, and determine whether the Committee on Academic Promotions has rendered the appropriate decision. The appeal committee is not a legal proceeding and does not follow the procedures of a court of law.

3. The student may request to appear before the Academic Appeal Committee to answer questions or to present any new relevant information. This request will be granted unless the appearance would raise issues of safety for the committee members.
   a. If and when the student appears before the Academic Appeal Committee, the student shall be allowed to select an advisor for assistance. If an advisor is to be present, the student must notify the Dean for Medical Education at the time a request for appeal is made. The advisor may not participate in the presentation or discussion.

4. The Academic Appeal Committee may request that the student appear before the committee to answer questions or to present any new relevant information.
   a. If and when the student appears before the Academic Appeal Committee, the student shall be allowed to select an advisor for assistance. If an advisor is to be present, the student must notify the Dean for Medical Education at the time a request for appeal is made. The advisor may not participate in the presentation or discussion.

5. The Academic Appeal Committee will review all pertinent material in the academic file of the student, including the letter of review and any additional supporting documentation that has been procured for the purpose of the hearing. The student shall have the right to inspect these documents. The procedure to be followed for the hearing will be:
   a. If and when the student appears before the Academic Appeal Committee, the student shall be allowed to select an advisor for assistance. If an advisor is to be present, the student must notify the Dean for Medical Education at the time a request for appeal is made. The advisor may not participate in the presentation or discussion.
   b. The Dean for Medical Education or their designee will present information from the Committee on Academic Promotions that led to the decision being contested by the student.
   c. New information from the student may be considered, at the discretion of the Academic Appeal Committee, but not if it could have been presented to the Committee on Academic Promotions at the time of its decision.
   d. If so decided by the Academic Appeal Committee, the student may be requested or permitted to appear before the committee. The student will leave the meeting at the conclusion of their presentation and after the committee's questions, if any, have been answered.
   e. The Academic Appeal Committee will be free to discuss the case in closed session.
   f. The Committee shall communicate a summary report of the proceedings, including the recommendation(s) of the Academic Appeal Committee to the Dean for Medical Education, who in turn will forward a final recommendation to the Dean of the Biological Sciences Division for approval.
   g. The Dean of the Biological Sciences Division will review the recommendations, make a final decision, and communicate with the student in question following the hearing. In the case of a dismissal, the Dean decides whether to uphold the recommendation or to select another alternative; either a notation of the dismissal is entered on the student's official University transcript, or a letter detailing the conditions of retention is sent to the student. The decision of the Dean is final.

# EXTENDED STUDY OPTIONS

The curriculum at the Pritzker School of Medicine is designed for completion in four years. The Directed Study option offers a student additional time to complete the educational program under certain circumstances. It is intended for a variety of purposes, including personal, financial, to do research (but not pursue an advanced degree), and for academic reasons. Examples of situations in which this option might be considered include: taking a year off to engage in a research project with a faculty member or need for repetition or remediation of one or more courses. University of Chicago Pritzker School of Medicine students must be registered for a minimum of 100 units in order to be to be considered Full-Time for that quarter.

Students may, with the approval of the Committee on Academic Promotions, take no more than six years of academic enrollment to complete the program, (i.e., no more than one additional year for the preclinical biennium, and/or one additional year for the clinical biennium). In addition to discussions with the Associate Dean for Undergraduate Medical Education or the Associate Dean for Medical Student Advising and Advancement, students who are considering taking advantage of the Directed Study Option should also meet with the Associate Director ofFinancial Aid to clarify the potential implications of this decision on financial aid status. Approval to extend the curriculum must be obtained from the Committee on Academic Promotions.

## INITIATION OF PLACEMENT IN THE DIRECTED STUDY OPTIONS

A request for participation in Directed Study may be initiated by any of the following:

- The Committee on Academic Promotions.
- The Associate Dean for Undergraduate Medical Education or the Associate Dean for Medical Student Advising and Advancement.
- The student. The student's desire for Directed Study should be reviewed with the Associate Dean for Undergraduate Medical Education or Associate Dean for Medical Student Advising and Advancement prior to submitting the petition to the Committee on Academic Promotions.

## TYPES OF EXTENDED DIRECTED STUDY

There are two types available:

**Directed Study – Extended Curriculum Option**: A student may opt for additional time to allow for a decompressed course load and/or remediation after experiencing academic difficulty, or for personal or financial reasons, at any time during the basic science or clinical years. A student may choose to extend the curriculum of either, or both, the basic sciences or clinical sciences segment in order to pursue research. Students on an Extended Curriculum Option status must demonstrate, on a quarterly basis, that they are making academic progress during this period.

**Directed Study – Research**: The Directed Study – Research status is intended for students who wish to pursue an additional year of research or other scholarly activity. This status is not intended for students in combined degree programs, who are considered to be on a leave of absence. Students in the Directed Study – Research status are not covered by malpractice insurance and are not eligible to register for courses.

# LEAVE OF ABSENCE

## LEAVE OF ABSENCE GUIDELINES

All requests for an official Leave of Absence from the Pritzker School of Medicine must be submitted in writing on a petition to the Chair of the Committee on Academic Promotions. An accompanying letter to the Committee on Academic Promotions may also be requested. The Dean for Medical Education or the Associate Dean for Medical Student Advising and Advancement may approve an emergency Leave of Absence for academic reasons, for extenuating personal circumstances, or when required by law.

Withdrawal from any portion of the curriculum without approval through an official Leave of Absence will result in automatic grade(s) of Failure (F) for the course(s). All programmatic alterations for academic reasons must be reviewed with the Dean for Medical Education.

The maximum length of a Leave of Absence is one year. A second Leave of Absence will be considered only in the most exceptional circumstances. Students in established combined-degree programs, such as the MSTP or MBA programs, may be on a Leave of Absence for the period they are enrolled in their non-MD graduate studies. All students matriculating to a degree granting program in another unit must petition the Committee on Academic Promotions and must provide a copy of their acceptance letter.

If a Leave of Absence is taken for more than one year, a student may be required to audit coursework upon return. Prior to re-entry following a Leave of Absence, regardless of length, a student must submit a letter in writing to the Associate Dean for Medical Student Advising and Advancement stating all reasons why re-entry at this time is desired and complete the re-entry section on the petition to the Committee on Academic Promotions. Students returning from a Leave of Absence to fulfill a military service requirement must promptly be readmitted with the same academic status to up to three years after completing their service requirement.

Students petitioning to return from a medical Leave of Absence will generally require medical clearance from their treating physician(s). The Committee on Academic Promotions may request additional documentation of readiness to return as appropriate.

If a petition to re-enter after a Leave of Absence is denied, the student is considered to be dismissed from the Pritzker School of Medicine. If a student on a Leave of Absence fails to petition to re-enter at the conclusion of that leave, the student is considered to have withdrawn from the Pritzker School of Medicine.

## INVOLUNTARY LEAVE OF ABSENCE POLICY

As a community, our first concern is always the health and well-being of each student. To help students achieve their fullest potential and participate robustly and successfully in University life, the University provides students with a host of services, including the Student Counseling Service (SCS). SCS provides a wide range of mental health care to University of Chicago students, including assessments, emergency services, crisis intervention, medication management, academic skills counseling, short term individual, couples, and/or group psychotherapies, and referral services. SCS also provides consultation to University officials who have concerns about a student.

Sometimes, a student's behavior raises concerns about the safety and well-being of the student or others or causes significant disruption to the functioning of the University. Anyone aware of such circumstances should immediately contact the Dean for Medical Education or their designee. In response, the Dean will meet with the student to discuss their behavior and appropriate next steps. The Dean may require that the student be assessed by the Student Counseling Service. The Dean may determine that, in the best interest of the student and/or others, the student (1) may remain

enrolled without conditions, (2) may remain enrolled with conditions that are to be described in writing, or (3) should, in some circumstances, must take a Leave of Absence.

If a Leave of Absence is indicated, the student normally will be given the opportunity to take the Leave of Absence voluntarily. Often, the student may be in a better position to engage in treatment and return to stable, good health at home or in a less stressful environment. If the student declines to take a voluntary Leave of Absence, the Dean for Medical Education has the authority to place the student on an involuntary Leave of Absence by restricting or canceling the student's existing and further registration, irrespective of the student's academic standing. In particular, the Dean for Medical Education may require an involuntary Leave of Absence when they determine: (1) that the student has engaged, or threatened to engage, in behavior which has or could cause significant property damage, or that has or could directly and substantially impede the rightful activities of others; and/or (2) in consultation with the SCS Director (or their designee) and based on an individualized assessment of the student's ability to safely participate in the University's programs, that the student is unable to function as a student and/or the student's continued presence on campus poses a substantial risk to the safety and well-being of the student and/or others.

When in the judgment of the Dean for Medical Education a student's continued presence is likely to pose an imminent and substantial risk to the safety and well-being of the student or to others, the student may be placed on an emergency interim Leave before a final determination, as described above, is made. Every reasonable attempt will be made for the Dean for Medical Education to meet with the student before deciding on an interim Leave and the student will be informed in writing. The emergency Leave will remain in effect until a final decision has been made or a determination has been made that the reasons for imposing the interim Leave no longer exists.

When the Dean for Medical Education decides that a Leave of Absence is appropriate, the decision and the conditions for resumption of studies will be communicated in writing. A student on a Leave of Absence no longer attends classes or uses University facilities, must vacate University housing, and may be entitled to refunds of tuition, fees, and room and board charges as appropriate given the timing of the start of the Leave of Absence. When the Dean for Medical Education mandates a Leave of Absence, generally such Leave will be retroactive to the beginning of the quarter.

A student placed on an involuntary Leave of Absence may request, within 15 days of the date of the decision, in person or writing from the Office of Campus and Student Life the a review of the decision. The Vice President and Dean of Students in the University (or his or her designee) will review appropriate records and documentation and when feasible the Vice President and Dean of Students in the University will meet with the student. A signed release from the student for medical records may be necessary to conduct the review. The Vice President and Dean of Students in the University may discuss the request with the Dean for Medical Education and if appropriate the SCS Director. They will communicate a final decision in writing as soon as practicable. The Leave of Absence will remain in effect during the period that the Vice President and Dean of Students in the University considers the student's request.

A student on a leave of absence will not be permitted to resume their studies until the Dean for Medical Education and the Committee on Academic Promotions makes a fact-specific assessment of the circumstances and concludes that the student no longer poses a significant disruption to the functioning of the University and/or no longer poses a significant risk to the health and safety of the student or others. In making this determination, usually the Dean for Medical Education and/or the Committee on Academic Promotions will require the student to authorize theirtreating professionals to contact the Director of SCS to discuss the student's clinical condition, whether the student continues to pose a direct threat to the safety and well-being of themselves and/or others, as well as the student's preparedness for (1) a return to the academic rigor of the University, (2) the ability to navigate self-sufficiently as a functioning, non-disruptive member of the University community, and (3) the capability for continuing appropriate treatment via SCS or other resources, if necessary. The student may also be required to undergo an independent Fitness for Duty evaluation. If the student is to continue treatment while resuming studies, the Dean for Medical Education and/or the Committee on Academic Promotions will ask the student to sign a release that authorizes the treating professional to notify the Dean for Medical Education and/ or the Committee on Academic Promotions if the student does not adhere to the treatment plan.

## Notification of Others

The Dean for Medical Education (or their designee) may notify a student's parents, emergency contact, or others when in the Dean's judgment the student is unable to make the notification themselves or the student's behavior poses an imminent danger to students or others or requires an immediate disclosure of information to avert or diffuse serious threats to the safety or health of the student or others.

A leave of absence does not preclude the application of the University disciplinary systems.

# GUIDING PRINCIPLES OF PROFESSIONALISM

A mark of a great medical school is the ability to create an environment which nurtures future physicians who possess knowledge of the most advanced scientific fundamentals and who demonstrate clinical competencies while behaving in ways that honor the profession of medicine. Helping students to achieve this level of professionalism is as important to a medical school as is its success in educating students in the biological and clinical sciences.

Below are the fundamental attributes to which we ascribe as members of the Pritzker School of Medicine community in our professional responsibilities, relationships and ethic.

**Professional Responsibilities**

As a medical student and future physician, I have chosen to pursue a profession which requires personal integrity, compassion, and a constant awareness of the commitment I have made to myself, to my patients, and to the other members of the teams with whom I work. Exhibiting personal behaviors consistent with a respect for my chosen profession and having pride in my work are central tenets of professionalism which I will strive to incorporate into my daily life. To demonstrate my commitment to these responsibilities while enrolled at the Pritzker School of Medicine, I will:

1. Seek and accept feedback and constructive instruction from teachers, peers, residents and faculty in order to continually improve my educational experience, knowledge, and clinical skills.
2. Commit to the highest standards of competence both for myself and for those with whom I work.
3. Recognize the importance of life-long learning and commit to maintaining competence throughout my medical career.
4. Be mindful of my demeanor, language, and appearance in the classroom, in the presence of patients, and in all health care settings.
5. Be accountable to all members of the Pritzker community, including students, residents, faculty, and support staff.
6. Admit to and assume responsibility for mistakes in a mature and honest manner and develop productive strategies for correcting them.
7. Refrain from using illicit substances. Refrain from using alcohol, non-prescription or prescription drugs in a manner that may compromise my judgment or my ability to contribute to safe and effective patient care.
8. Be considerate and respectful of others' (teachers, peers, residents and faculty) time, rights, values, religious, ethnic and socioeconomic backgrounds, lifestyles, opinions, and choices, even when they differ from my own.
9. Meet the expectations for participation and timeliness that are communicated to me by those who teach me.
10. Take an active role in caring for the diverse patient population served by the University of Chicago Medical Center.
11. Recognize my limitations and seek help when my expertise, knowledge, or level of experience is inadequate to handle a situation in the classroom, hospital, or research setting.

**Professional Relationships**

Establishing productive and respectful relationships with patients, faculty, residents, staff, and colleagues is an essential component of providing the best possible health care. To strive for professionalism and kindness in all of my daily encounters, I will:

1. Maintain appropriate relationships with patients, teachers, peers, residents and faculty.
2. Treat all members of the UCM and Pritzker community, patients, and their families with respect, compassion, and dignity.
3. Be mindful to avoid intentionally embarrassing or deriding others.
4. Provide feedback to others (both colleagues and superiors) in a constructive manner, with the goal of helping them to improve.
5. Treat those who participate in my education (e.g. standardized patients) with dignity and respect.

6. Actively work to create an atmosphere in classrooms, clinical settings and in laboratories that is conducive to optimal, interactive learning.
7. Help and support my peers during difficult times in their academic, professional, and personal lives.
8. Attend to my own physical and emotional well-being.

**Professional Ethic**

Certain personal values and behaviors will be expected of me as a care-giver and as an ambassador of the Pritzker School of Medicine. Through my behaviors, I will demonstrate a commitment to honoring and upholding the expectations of the medical profession, and, in so doing, I will contribute to maintaining society's trust in it. In particular, I will:

1. Maintain the highest standards of academic and scholarly honesty throughout my medical education, by behaving in a trustworthy manner.
2. Recognize and function in a manner consistent with my role as a student on a team.
3. Maintain a commitment to patient confidentiality, recognizing that patients will trust me with sensitive information.
4. Place my patients' interests and well-being at the center of my educational and professional behavior and goals.
5. Treat cadaveric and other scientific specimens with respect.
6. Adhere to the standards of the profession as put forth by the American Board of Internal Medicine Physician Charter (abimfoundation.org - Medical Professionalism in the New Millennium: A Physician Charter.) whose fundamental principles are social justice, patient autonomy, and the primacy of patient welfare.
7. Learn about and avoid conflicts of interest as I carry out my responsibilities, including but not limited to adhering to The University of Chicago Medicine Policy and Guidelines for Interactions with the Pharmaceutical, Biotechnology, Medical Device, and Research Equipment and Supplies and Services Industries.
8. Contribute to medical knowledge through active scholarship and discovery.

**Professionalism Feedback and Concern Processes**

In response to student lapses in professionalism, any Faculty Member, Faculty Dean, Course Director, Clerkship Director, Staff Director, Track Leader or Research Mentor may provide the student with feedback on this behavior and report the situation to the Associate Dean for Medical Student Academic Advising & Advancement using a Professionalism Feedback Form (PFF) or Professionalism Concern Report (PCR). To best account for context regarding lapses in judgment, the decision to use a PFR versus a PCR is at the discretion of the Associate Dean for Medical Student Academic Advising & Advancement or their designee.

Professionalism Feedback Report

Offenses judged by the Associate Dean for Medical Student Academic Advising & Advancement to be less serious will be reported through a Professionalism Feedback Report (PFR). The purpose of this form is to encourage student feedback on professionalism and to document feedback delivered to the student by the Faculty Dean, Course, or Clerkship Director. In general, PFRs will not be part of the student's permanent academic record and will be destroyed upon graduation. Should the student's behavior trigger more than 5 PFR submissions, the Associate Dean for Medical Student Academic Advising & Advancement will present the case to the Committee on Academic Promotion (CAP). The CAP will determine whether such behavior should be documented in the student's Medical Student Performance Evaluation (MSPE/Dean's Letter) and permanent record.

Examples of behaviors that might lead to a PFR:

- Fails to accept and internalize feedback
- Is unwilling to expand knowledge and competence
- Fails to complete required tasks or requires constant reminders
- Fails to notify appropriate staff of absences in a timely manner

- Repeatedly fails to respond to communication from staff, faculty, etc.
- Consistently late to commitments

Professionalism Concern Report (PCR)

Offenses judged by the Associate Dean for Medical Student Academic Advising & Advancement to be more serious may be reported by an of the aforementioned individuals through a Professionalism Concern Report (PCR). The purpose of the form is to document feedback delivered to the student by the Faculty Dean, Course, or Clerkship Director and to provide documentation to the Committee on Academic Promotion for mandatory review. All PCRs will be reviewed by CAP. Should the student's behavior trigger more than 2 PCRs, the student's behavior may warrant further sanction and may be documented in the student's Medical Student Performance Evaluation (MSPE/Dean's Letter).

Examples of student behaviors that might lead to a PCR:

- Use of illicit substances
- Use of drugs or alcohol in a way that effects patient care
- Fails to accept responsibility for own errors
- Engages in inappropriate relationships with patients, teachers, staff, residents and/or faculty
- Behaves in a dishonest manner
- Misrepresents self, others, or members of the team to others
- Breaches patient confidentiality
- Acts in disregard for patient welfare
- Takes credit for the work of others
- Misuses cadavers or other scientific specimens

If the lapse in professionalism falls within the parameters of the University disciplinary system (e.g. plagiarism; falsification of documents; verbal or physical assault; sexual harassment), the Associate Dean for Medical School Education may refer the student to a University Disciplinary Committee or the PSOM Dean of Students for a possible Area Disciplinary Process.

To view a copy of the Professionalism Concern Report form, please visit:
*pritzker.uchicago.edu/about/pritzker-and-university-policies*

# POLICIES

## FACULTY EVALUATOR – STUDENT AS PATIENT POLICY

Faculty who provide or have provided healthcare services to Pritzker School of Medicine students should have no current or future involvement in the academic assessment of, or in decisions about, the promotion of that student.

**Policy**

1. In an urgent situation or in medical conditions requiring specialized care, a student may be seen by a faculty member with educational responsibilities. Such faculty members must recuse themselves from all future assessment and promotion decisions regarding the aforementioned student.

2. Providers at the University of Chicago Student Health and Counseling Services are prohibited from participating in formative or summative assessment of medical students or in any decisions regarding academic advancement or graduation.

3. All medical school faculty are required to disclose any conflict of interest in evaluating a student and recuse themselves from providing an assessment of student's academic performance if they have provided care to the student.

4. Faculty who have provided care to a student may not provide an academic assessment of that student, assign grades or participate in any decisions about academic promotion. In the event no other faculty member is available to supervise said student, the Associate Dean for Undergraduate Medical Education must review the circumstances.

5. Faculty who have provided care to a student may function as a large group classroom instructor or small group preceptor as long as they do not participate in assessment or grading of said student.

6. All faculty members participating in the Committee on Academic Promotions, Academic Progress Committees and career advisors involved in the residency advising system must sign a confidentiality agreement to certify that they will recuse themselves from discussions of and assessments of students' academic performance if they served as that students' physician.

Additional Resource: *pritzker.uchicago.edu/about/pritzker-and-university-policies*

# Financial Aid Policy for Satisfactory Academic Progress

Federal law and regulations require that all students receiving financial assistance from Federal Title IV funds maintain satisfactory academic progress. The following policy presents the standards adopted by the University of Chicago Pritzker School of Medicine. The policy applies to all students receiving financial aid.

The academic requirements for the MD degree include the satisfactory completion of the curriculum designated by the faculty. The progress of each student working toward a MD degree is monitored carefully and the determination for satisfactory academic progress (SAP) for financial aid eligibility is made annually after the Summer Quarter of the Committee on Academic Promotions (CAP).

The Financial Aid Committee reviews and monitors the qualitative and quantitative assessment of performance for each student given by the faculty in all courses for which the student has enrolled. A student who does not satisfactorily complete all course requirements may be permitted to remediate. In this case, a student is assigned a plan and schedule by the Committee on Academic Promotions. This plan deviates from the norm and will require the student to achieve a satisfactory qualitative assessment in all enrolled courses for one academic year. Throughout this period they will be on financial aid remediation. A student in this status must achieve remediation on the schedule outlined by the Committee on Academic Promotions.

The normal timeframe for completion of required course work for the MD degree is four academic years. Due to academic or personal difficulties, a student may require additional time. In such situations a schedule may be established for the student that departs from the norm and that may require repeating a year of study. To be considered to be making Satisfactory Academic Progress for financial aid eligibility, the student must complete the first two years of the curriculum by the end of the third year after initial enrollment. The maximum time permitted for financial aid eligibility for the MD completion is six years.

A student may be granted a personal or medical leave of absence for a variety of reasons. The period of leave for which the student has been approved may be excluded from the maximum time frame in which an individual student will be expected to complete the program. This determination will be made by consideration of an appeal, submitted by the student, to the Financial Aid Committee. The period of time for which a student is registered to pursue full-time research or other academic interest shall be excluded from the maximum time frame in which an individual student will be expected to complete the degree.

Medical students who are accepted for transfer from other medical schools will be evaluated with respect to levels of academic progress attained, and a determination will be made as to remaining years of financial aid eligibility. This determination will be made by the Financial Aid Committee.

Since the Academic Promotions Committee may give approval for an individual student to repeat a portion or all of a school year (subsequent to incomplete or unsatisfactory course work or an approved leave of absence), the maximum time for financial aid eligibility is six years, excluding time spent on an approved academic leave of absence. The required number of units to be completed at the end of each enrollment period will vary in these cases, according to what portion of the curriculum must be repeated. Students approved to repeat course work are meeting the school's standards for Satisfactory Academic Progress.

A student on financial aid remediation may appeal that status by indicating in writing to the Dean for Medical Education existence of mitigating circumstances which should result in reinstatement of financial aid eligibility. The Financial Aid Committee will consider each appeal on its merits.

The Associate Director of Financial Aid shall have primary responsibility for conducting the annual review of Satisfactory Academic Progress and reporting the results of the review to the Financial Aid Committee. This

committee will be appointed annually by the Dean for Medical Education and is composed of the Pritzker faculty deans and senior staff leadership. The committee is staffed by the Associate Director of Financial Aid. The Office of Financial Aid shall provide a copy of this policy to each student at the time of initial enrollment. Faculty are made aware of this policy each year through distribution of the Academic Standard Guidelines.

Additional Resource: *pritzker.uchicago.edu/about/pritzker-and-university-policies*

## Duty Hours Policy

Medical student learning during the third and fourth years comes from many sources, which include, but are not limited to, clinical interactions with patients and the health care team, didactic sessions from lecturers and preceptors, and individual reading. Moreover, in addition to clinical activities and duties that medical students may perform, students have the responsibility of taking exams, creating presentations, and engaging in self-directed learning. Thus, students must have adequate time to integrate clinical knowledge through self-directed learning.

Third Year Students:

1. During the clinical clerkship year and post-clerkship clinical experiences, clinical and educational student duty hours must be limited to no more than 80 hours per week, averaged over a four-week period, inclusive of all in-house clinical and educational activities including those completed virtually or in-person. Clerkship-based didactics, preceptor groups and ambulatory experiences all count toward the students' duty hours. Time spent studying (e.g., shelf exams, OSCEs, preparing for daily clinical activity) does not count toward a student's duty hours.

2. Third- and fourth-year medical students on clinical rotations must have eight (8) hours off between scheduled clinical work and educational periods.

3. Third- and fourth-year medical students must have at least 14 hours free of clinical and educational work after 24 hours of continuous on-site duty (in-house call).

4. Third- and fourth-year medical students must be scheduled for a minimum of one day in seven that is free of clinical work and required education, when averaged over four weeks. Clerkship and sub-internship directors should stipulate the rules for their individual experiences in their orientation material.
    a. These days off may include any weekend days that are free of clinical activity, (e.g., students on ambulatory rotations with weekends off will not receive additional week days free of clinical duties).

5. Clinical and educational work periods for clinical medical students must not exceed 24 hours of continuous scheduled clinical work. Up to four (4) hours of additional time may be used for activities related to patient safety, such as providing effective transitions of care and/or education.
    a. In some circumstances where third-year medical students are engaged in clinical work that involves continuous on-site clinical duty (i.e., call), students should be dismissed no later than midnight. In order for students to meet this 12 a.m. deadline, residents should not assign new patients to students after 10 p.m. These deadlines are intended to provide students enough time to finish write ups, discuss patients with their resident, read about their patients, and leave remaining time for an adequate amount of sleep for the next day's learning activities.

6. Specific daily work schedules will vary by clerkship and are most appropriately determined by theclerkship director.

Additional Resource: *pritzker.uchicago.edu/about/pritzker-and-university-policies*

# HOLIDAY POLICY FOR MEDICAL STUDENTS

Considerable variation has occurred regarding the granting of major holidays off to students. Due to this variability, the Pritzker School of Medicine adopted a policy for holidays recognizing official university holidays in July of 2004. Experience with this policy confirms that certain issues remain problematic. Specifically, given the limited clinical exposure of students to certain clerkships, and that the bulk of that exposure occurs during intensive patient care periods when students are "on-call" or "post-call" with their respective resident and/or attending teams, a holiday can often compromise the learning experience for certain students. In addition, the original policy only referred to official university holidays, with no mention of time off for religious holidays, or other national holidays that may be observed by students. Likewise, the original policy did not account for student requests for time off on non-holidays for personal/family reasons. Because of these reasons, the Curriculum Review Committee (CRC) Working Group on Student Duty Hours recommends the adoption of a "Flexible Holiday and Leave" policy to allow students greater flexibility with the requests that they make for time off, while preserving student clinical exposure during a rotation.

The Flexible Holiday Policy includes the following:

While students are participating in third year core clerkships, they are expected to participate in routine education or patient care activities whenever their assigned resident and/or attending team is on duty (i.e. on-call, post-call, etc.). The only standard exception to this is Thanksgiving Day when all students will have the day off. The day after Thanksgiving is not an official holiday and students should assume they will participate in all clinical activities on that day unless explicitly told otherwise by the team leadership.

Before the clerkship begins, students may make a request to their clerkship director that they are off on a specific day for legitimate purpose (i.e. observing a national or religious holiday, personal/ family conflict, etc.). These requests will be evaluated and processed by the clerkship director on a case by case basis.

Please note that this holiday policy does not refer to 4th year students on sub-internships who will be expected to work the schedule of an intern on their respective team. In addition, Christmas Day and New Year's Day fall during winter break and therefore automatically off.

Additional Resource: *pritzker.uchicago.edu/about/pritzker-and-university-policies*

# Digital Media Use Policy

The University of Chicago Policy on Audio and Video Recording on Campus can be found in the Student manual at: *studentmanual.uchicago.edu/administrative-policies/additional-administrative-regulations/petitions-audio-video-recording-on-campus*

## Audio & Video Recording on Campus

### Public Lectures and Less Formal or Pedagogical Presentations

"Public" lectures or talks are to be distinguished from lectures that are either part of or closely associated with courses, workshops, or other organized instructional activities. Typically, "public" lectures will be those where the speaker presents in her professional role as a scholar or expert, rather than as a teacher. Public lectures also should be distinguished from settings in which it is customary to present work-in-progress: the kind of thing that might be marked, "Please do not quote." Thus, just because a lecture is advertised within a department does not make it public.

### Lectures and Presentations by Guests

Units of the University that sponsor public lectures by invited outside speakers often record the lectures. Unless written permission has been obtained from the speakers, however, the sponsoring unit, and the University, will not have the right to distribute or disseminate these recordings. Without this right, these recordings have limited usefulness. Therefore, permission to record and to make use of the recording should be obtained using a permission form prepared by the Office of Legal Counsel which is available online at: *lib.uchicago.edu/copyrightinfo* & *lib.uchicago.edu/copyrightinfo/pubdomain.*

### Lectures and Presentations by University Faculty Members and Academic Staff

The circulation or publication of the text of "public" lectures by University faculty or academic staff has long been considered normal and unproblematic; at the same time any reservation or refusal expressed by the presenter has always been respected. Consistent with this practice, public lectures by University faculty and staff may be recorded and used by the University, subject to University policy. The University may use for non-commercial purposes recordings of public lectures or presentations delivered by its employees within the scope of employment, even if copyright ownership is ceded to the author(s). Concomitantly, ONLY the University, acting through the appropriate University officials, has the right to make and use recordings of the faculty's public lectures on campus unless special arrangements are made with the University. In keeping with past practice, any reservation or refusal expressedby the faculty member should be respected.

### Classroom Activity and Non-"Public" Lectures

Recording classroom activities or informal talks may be useful for some purposes. Units should be thoughtful about setting their own policies within the broad framework of University guidelines and expectations, to ensure that the act of recording does not impede expression or class participation and that the recording is not misused.
Members of the faculty may record, or have recorded, their own classes for their personal use or for the purpose of exchange with colleagues, e.g., for the purpose of developing or demonstrating pedagogical skills.

Instructors may permit a student to record a class session for the convenience of the student, for the benefit of another student who is unavoidably absent, or as part of an accommodation for a student with a disability. Students must understand that under University policy, permission given by a member of the faculty to record a class is limited to permission to record for personal use only. It is, for example, never permissible to copy, file-share, sell, distribute, or Web-serve such recordings. Members of the faculty who believe that their classes are being inappropriately recorded, or that recordings are being misused, should contact their Dean of Students.

The University may from time to time wish to record, preserve, or disseminate the exemplary work of distinguished colleagues in the classroom or lecture room. When the University undertakes to make recordings of this sort, it will secure appropriate permissions.

University policies do not permit members of the faculty to "publish" recordings of their classroom or lecture room efforts, or to grant to others the right to distribute recordings, in any medium, of teaching or lecturing undertaken in fulfillment of teaching assignments, without prior approval by the Provost. The University has a sufficient interest in the intellectual property (Statute 18 and New Technology policy) and in the University's reputation to justify its setting this limitation on what a member of the faculty may do. Moreover, there is a potential conflict of commitment: a teacher may feel some pressure to modify what or how he teaches to make it more marketable.

**Recordings by Student Groups (RSO or Other Recognized Groups)**

Recordings by student groups of University events, academic or non- academic, may be made only with the consent of a cognizant official of the University. RSO's should seek consent to record from the Office of the Reynolds Club and Student Activities and other student groups (whether recognized or not) should seek permission from their dean of students. After permission has been given, the students are then responsible for securing appropriate permissions from performers, speakers, and participants. Such recordings and any derivatives made from them are the property of the University. Students may not copy, make derivatives from, distribute, or disseminate such recordings in any medium without the permission of the University. By longstanding policy, the University asserts no copyright in creative work such as film or video that is authored by students or student groups using resources normally available to them. Video or audio content posted on the internet may only utilize the Pritzker or University of Chicago name with the written approval of the Dean's office.

**Copyright of Recordings**

Recordings made at the University should be marked, "Copyright [date], The University of Chicago." While the copyright of the recording is in the name of the University, the author of the underlying recorded work retains all applicable rights to that work. As is the case with University publications, Websites, and other similar properties, recordings should carry the copyright of the University and not the individual unit.

**YouTube or Other Types of Posting of Recordings**

Students should not use the full University of Chicago Pritzker School of Medicine name or logo in videos of student productions (senor skit, talent shows) unless they receive permission from James Woodruff, MD (Dean of Students) and Tyler Lockman (tlockman@bsd.uchicago.edu). Students should get permission to post the video from all classmates who appear in the production before posting online.

## STUDENT USE OF THE PRITZKER GRAPHIC IDENTITY

**Student Organizations**

When creating an item for a student organization (apparel, tote bag, travel mug, etc.) with the Pritzker name included, students should also try to include the official Pritzker logo on some visible portion of the item, unless it is cost-prohibitive (i.e. requires extra screens or color). The logo should not be warped, nor should it be manipulated so as to include only a portion of the complete logo. T-shirts, specifically, should include the Pritzker logo on the back of the shirt. Contact Candi Gard (cgard@bsd.uchicago.edu) with logo requests and for Pritzker approval of the item.

**Scholarship Use**

When presenting a scholarly poster highlighting research work, students may use the official Pritzker logo on the poster to indicate an affiliation with the institution. If a student is presenting a poster on Pritzker-sanctioned student-related activities or volunteer work (e.g. JOURNEES), they may also use the Pritzker logo. Contact Candi Gard (cgard@bsd.uchicago.edu) with logo requests.

Additional Media Usage Information: *pritzker.uchicago.edu/page/logo-use-and-student-websites*

**SPECIFIC ISSUES FOR STUDENTS IN THE PRITZKER SCHOOL OF MEDICINE IN ADDITION TO THE UNIVERSITY POLICY**

1. Patient experiences (both real and simulated) cannot be recorded by any student's personal recording device. This includes wearable technology with mics and/or video cameras (i.e. smart watches).

2. While in the presence of patients [either real or simulated], students cannot have personal devices with audio or video-recording ability in view of the patient.

3. Video-taped encounters with students and standardized patients in any clinical skills or clerkship experience cannot be publicized on any personal website, media-share site social networking site or used in the context of a student-run skit or performance.

4. Students may not post content of lectures (video or audiotaped) on the internet.

5. Any recorded material posted on the internet must have the written consent of all participants in the material.

6. Recording in violation of this policy may subject you to personal criminal and civil liability under the Illinois Criminal Code and common law.

7. Students should not use the full University of Chicago Pritzker School of Medicine name or logo in videos of student productions unless they receive permission *(see YouTube or Other Types of Posting of Recording on page 39)*.

8. Permission is needed from the Pritzker School of Medicine for any use of the University of Chicago Graphic Identity (including the Pritzker School of Medicine Identity).

## POLICY FOR ACADEMIC RESOURCES

The Pritzker School of Medicine is committed to providing access to carefully curated and updated resources necessary for students to master the curriculum. In addition to the availability of faculty, staff, and peer educators, these academic resources include printed or digital materials (including but not limited to course syllabi, lecture slides, study guides, wikis, laboratories, problem sets) made available by individual course directors and other leaders at the Pritzker School of Medicine. All materials are intended for Pritzker School of Medicine student use and reference but should be considered internal materials not for dissemination as outlined in the "Digital Media Usage Policy".

1. Course and clerkship materials will be provided in the learning management system (Canvas or MedHub) whenever possible. If other resources are used, links or directions should be clearly marked and functional from the Canvas or MedHub site.

2. Lectures and presentations will be recorded and made available to students for review through the lecture capture system (Panopto). Course and clerkship directors may, at their discretion, choose not to record lectures if the session meets one of the following criteria:
    a. Involves patients and/or sensitive patient information.
    b. Includes discussion of sensitive or controversial topics where recording may inhibit free faculty or student participation.

3. Small group activities or laboratory sessions may be recorded and made available to students for review at the discretion of the course director(s).

4. Encounters with standardized patients may be recorded for later review by faculty or staff, but require special consideration to ensure the privacy of the student and the patient. As such, all such recording should be managed by the Clinical Performance Center.

5. Encounters with patients should only be recorded in compliance with University of Chicago Medicine and University of Chicago Medical Center guidelines.

6. Course materials, including individualized annotated versions, will remain available to students throughout the course of study provided that the storage and access to these materials do not place an undue technical and financial burden on the Pritzker School of Medicine.

## Medical Center Policies

The Medical Center has many important polices with which student should become familiar.

**UCMC Intranet Home Page:**
home.uchicagomedicine.org

**Policies and Procedures Portal:**
home.uchicagomedicine.org/SitePages/Policies-and-Procedures.aspx

**HIPAA:**
spservices.uchicagomedicine.org/sites/PoliciesAndProcedures/Pages/HIPAA-Privacy.aspx

**Safety Policy:**
safety.uchicago.edu

spservices.uchicagomedicine.org/sites/PoliciesAndProcedures/Pages/Safety.aspx

**Infection Control:**
spservices.uchicagomedicine.org/sites/PoliciesAndProcedures/Pages/Infection-Control.aspx

**Patient Care:**
spservices.uchicagomedicine.org/sites/PoliciesAndProcedures/Pages/Patient-Care-Protocols-and-Guidelines.aspx

# POLICY ON HARASSMENT, DISCRIMINATION, AND SEXUAL MISCONDUCT[2]

The University of Chicago is a community of scholars dedicated to research, academic excellence and the pursuit and cultivation of learning. Members of the University community cannot thrive unless each is accepted as an autonomous individual and is treated without regard to characteristics irrelevant to participation in the life of the University. Freedom of expression is vital to our share goal of the pursuit of knowledge and should not be restricted by a multitude of rules. At the same time, unlawful discrimination, including harassment, compromises the integrity of the University The University is committed to taking necessary action to prevent, correct, and, where indicate discipline unlawful discrimination.

Sexual misconduct may violate the law, does violate the standards of our community, and i unacceptable at the University of Chicago. Sexual misconduct can be devastating to the person who experiences it directly and can adversely impact family, friends, and the larger community Regardless of the definitions within the policy, people who believe they have experienced an sexual misconduct are encouraged to report the incident and to seek medical care and support a soon as possible.

Below is the outline of the University's policy on harassment, discrimination and sexual misconduct.

Policy effective: 14 August 2020

To view the full policy, see: *harassmentpolicy.uchicago.edu/policy*

**Table of Contents**

**Policy**

I. Introduction
II. Policy Basis and Application
III. Unlawful Harassment and Discrimination
IV. Sexual Misconduct and Definitions
V. Consent
VI. Consensual Relations
VII. Reporting Options
VIII. Institutional Obligation to Respond
IX. Conflicts of Interest
X. Emergency Removals or Leaves of Absence
XI. Confidentiality
XII. Leniency for Other Policy Violations
XIII. Non-Retaliation
XIV. Response to a Report or Complaint
XV. Administrative Resolution of Complaints
XVI. Resolution of Complaints by the Hearing Bodies
XVII. Informal Resolution
XVIII. Required Training for Policy Personnel
XIX. Time Limits
XX. Bad Faith and False Information
XXI. Prevention and Education Programs

[2] Sexual misconduct includes but is not limited to sexual harassment, sexual abuse, sexual assault, domestic violence, dating violence, and stalking.

**Appendices**

I. Support Services and Resources for Those Who Have Experienced Sexual Misconduct
II. Yearly Report on Harassment and Sexual Misconduct to the Council of the University Senate
III. Compliance and Locating This Policy
IV. Related Policies

For specific information regarding the University's disciplinary systems for students, please see: *studentmanual.uchicago.edu/disciplinary*

## POLICY ON TREATMENT OF STUDENTS

The Pritzker School of Medicine at the University of Chicago is committed to maintaining an academic and clinical environment in which faculty, fellows, residents and students work together freely to further education and research and provide the highest level of patient care, whether in the classroom, the laboratory or the hospital and clinics. The School's goal is to train physicians to meet high standards of professionalism and practice in an environment where effective, humane and compassionate patient care is demanded and expected. To this end, the School recognizes that each member of the medical school community should be accepted as an autonomous individual and treated civilly, without regard to his or her race, color, religion, sex, sexual orientation, sexual identity, national or ethnic origin, age, disability or any other class protected by law. Diversity in background, outlook and interest among faculty, fellows, residents, students and patients inherent in the practice of medicine, and appreciation and understanding of such diversity, is an important aspect of medical training. As part of that training, the School strives to inculcate values of professional and collegial attitudes and behaviors in interactions among members of the School community, and between these members and patients and their families.

The School has appointed two faculty members to serve as Ombudsmen to facilitate confidential reporting of potential mistreatment and to raise awareness of appropriate standards of behavior among the members of the medical school community.

Dr. Shellie Willliams (pager 4833)
Dr. Steven Zangan (pager 2816)

Additional Resource: *pritzker.uchicago.edu/student-life/ombudspersons*

# MEDICAL STUDENT PERFORMANCE EVALUATION

## INFORMATION PROVIDED IN THE MSPE

The Pritzker School of Medicine provides each student with a MSPE letter when applying for post-graduate training to supplement the transcript.

The letter is intended to provide a fair summary of student performance. It includes a review of student's academic history, including a summary of the clinical skills sequence, third-year clerkship summaries and the listing of the clerkship internal designators. The Pritzker School of Medicine retains some latitude in editing departmental comments in order to provide accurate information about student performance. Any disciplinary sanctions imposed during medical school will be included in the MSPE. The MSPE will include information about required remediation of academic performance, as appropriate. Pritzker-sponsored honors and awards, participation in research projects, community service work, summer activities and other relevant activities may be mentioned. Reference to academic performance during the basic science years will occur when warranted.

The Pritzker School of Medicine does not use a numeric ranking system. Generalized descriptors given to each student including "exceptional," "outstanding," "excellent," "very good," and "good" are based on a holistic evaluation of the student's performance in our curriculum in scholarship, and in service. The MSPE appendix includes two graphs showing 1) the distribution of clerkship internal designators within the class and 2) the distribution of summary designators within the class.

# SAMPLE MEDICAL STUDENT PERFORMANCE EVALUATION

# Sample MSPE and Appendices

THE UNIVERSITY OF CHICAGO
UChicago Medicine
Pritzker School of Medicine

**MEDICAL STUDENT PERFORMANCE EVALUATION**

**Alex Doe**

September 28, 2023

NOT REAL STUDENT DATA

**Identifying Information**

Alex Doe is currently a fourth year medical student at the University of Chicago Pritzker School of Medicine in Chicago, Illinois.

Alex matriculated at the University of Chicago Pritzker School of Medicine in Autumn 2020 and has distinguished themselves in the following activities as a medical student.

**Noteworthy Characteristics**

- Alex channeled their passion for improving health care access for underserved patients by serving as a leader in one of our school's free student-run clinics and through volunteering at the four other free clinics.
- Alex understands the impact research has on improving health care outcomes and has focused their scholarly work on health care delivery science in order to improve new screening methodologies for risk of falls in the inpatient and critical care units, with resulting presentations at Society of General Internal Medicine andAmerican Geriatrics Society conferences.
- Alex is committed to mentorship and has sought out opportunities to work with youth on Chicago's South Side, including efforts in the Health Professions Recruitment and Exposure Program (HPREP) as well as the summer pathway programs. In these roles Alex provided education about the health disparities facing their communities and inspiring them to pursue healthcare careers to advocate for these communities.

Scholarship and Discovery:

As a part of the Pritzker curriculum, all students are required to participate in Scholarship and Discovery, a longitudinal scholarly program that incorporates core coursework, research, electives, service activities, and dissemination of scholarship with the goal of providing each student with an advanced level of knowledge and expertise in a given track. Alex selected the Healthcare Delivery Sciences Track through which they investigated the topic of: "Evaluation of a new screening assessment as part of fall prevention interventions in hospitalized older adults."

**Academic History**

Transfer student: Not applicable
Initial Matriculation at Medical School: Autumn 2020
Expected Graduation from Medical School: Spring 2024

Extensions, Leave(s) of Absence, Gaps or Breaks: NA
Dual/Joint/Combined Degree: NA

**Selected Honors/Awards**
Student Member, University of Chicago Pritzker School of Medicine Admissions Committee, 2023-24: Through a competitive selection process, Alex was chosen by faculty as one of twelve senior medical students to serve as a voting member of the Admissions Committee.

Students Teaching Students Award, 2022: In 2022, Alex was selected through a peer nomination and selection for one of two teaching awards given by students in the preclinical curriculum. Alex was chosen for their excellence as a teaching assistant

**Academic Progress**

**Preclinical/Basic Science Curriculum:**
The Pritzker School of Medicine uses a Pass/Fail grading system. Alex received passing grades in all courses in Years 1 and 2.

The following summary evaluation was submitted regarding Alex's performance in the two year Clinical Skills course sequence:

> Alex showed an ability to organize and describe clinical assessments at a level typically seen in much more seasoned medical students, focusing specifically on how each piece of information gathered through their history, exam, and studies led to differential diagnosis and plan. Their written products were equally excellent, managing to describe complex patients comprehensively but efficiently. They asked pointed, specific questions and incorporating that feedback into their next presentation.

**Professionalism:**
The following comments were made about Alex's professionalism:
- "Alex demonstrated outstanding empathy at the bedside and established trusting relationships with their patients and other patients on the team. They were excellent at establishing rapport with patients, and patients loved him."
- "Their work with patients stood out as mature. They were thoughtful, mature, and caring."
- "They brought an enthusiastic, positive, and compassionate attitude to work each and every day."
- "What really made Alex stand out was their incredible communication and bedside manner. They showed genuine compassion in caring for their patients, and their face lit up when speaking of patients."

**Core Clinical Clerkships and Elective Rotations:**
The following summaries are edited for length and grammar. The clerkships are presented in chronological order. If the student took a year off, the graphs represent the year in which they completed their clerkships.

**Clerkship #1 -- Medicine (High Pass):**

*Overall grade composition: Clinical Performance: 50%; Shelf Exam: 15%; OSCE: 15%; Observed Patient Encounter: 10%; EBM Presentation: 5%*

Alex's overall performance in the Medicine clerkship was Excellent. Alex showed a good ability to obtain a history and interpret those findings into meaningful clinical application. Alex gave clear and concise presentations which were very complete and detailed. Alex provided sound and thoughtful differential diagnoses for their patients. They consistently asked great questions and appreciated feedback, demonstrating that they were interested in learning beyond the scope of their particular patients. Alex demonstrated outstanding empathy at the bedside and established trusting relationships with their patients and other patients on the team. They were excellent at establishing rapport with patients who loved them. Alex was a very valuable team member and worked well with everyone. They learned quickly how systems worked in the hospital and they took initiative to research clinical questions. Alex was always professional in their interactions with the team and their patients.




**Clerkship #2 -- Neurology (PASS):**

*Overall grade composition: Clinical Performance: 50%; Shelf Exam: 25%; OSCE: 25%*

In the 2022-2023 academic year, the required Neurology Clerkship was shortened to a two-week experience. No clerkship designators were provided; grading is pass/fail. Alex's overall performance in the Neurology Clerkship received a passing grade.

**Clerkship #3 -- Psychiatry (High Pass):**

*Overall grade composition: Clinical Performance: 40%; Shelf Exam: 35%; OSCE: P/F; Patient Write-Up: 10%*

Alex's overall performance in the Psychiatry clerkship was Excellent. Their work with patients was consistently outstanding. They spent considerable time with patients and their families, who often pointed out that they were a great doctor. Their psychiatric observations were astute. They were reliable, dependable, and insightful about behavioral disorders. They worked with patients closely and provided real help at the bedside. Their knowledge of psychiatry emerged; they had good insights about patients and considered multiple factors when trying to understand them. Alex had outstanding interpersonal skills; everyone on the team liked working with them. Their case presentations and write-ups were at the level of a first-year resident. They were thoughtful, mature, and caring with a calm presence with patients who respected them. Their work on rounds was exemplary, and they demonstrated sharp clinical reasoning. They will be an outstanding resident with an unlimited future in medicine.



**Clerkship #4 -- Obstetrics and Gynecology (High Pass):**

*Overall grade composition: Clinical Performance: 50%; Shelf Exam: 25%; OSCE: 15%; Case Presentation: 5%; Case Log Completion: 5%*

Alex's overall performance in the Obstetrics and Gynecology clerkship was Excellent. Alex demonstrated a solid medical knowledge base and was hardworking throughout their OB/GYN clerkship. They gathered thorough and appropriate histories for patients. They were able to do a great job completing an annual physical exam. They adequately performed the maneuvers of a vaginal delivery. Alex was eager to learn and was very receptive to the feedback they received. Alex was a great student. They did a very good job during their OB/GYN clerkship. They demonstrated an excellent level of professionalism and worked hard to be part of the team. They will do very well in whatever field of medicine they choose.




**Clerkship #5 -- Pediatrics (High Pass):**

*Overall grade composition: Clinical Performance: 60%; Shelf Exam: 25%; General Care Nursery: 10%; Case Log Completion: 5%*

Alex's overall performance in the Pediatrics clerkship was Excellent. They demonstrated excellent clinical ability and took thorough yet concise histories. They presented in a clear, effective, and easy to understand manner to their team and families alike. Alex conveyed thoughtful differential diagnoses, and their assessments and plans were practical and on point. They proactively inquired about and attempted to address important social determinants of health affecting their patients. They brought an enthusiastic, positive, and compassionate attitude to work each and every day. Alex was skilled at getting input from various sources in making their plans - including patients and their families, nursing and multidisciplinary support staff. Although all of these traits were impressive, what really made Alex stand out was their incredible communication skills and bedside manner. They showed genuine compassion in caring for their patients, and their face lit up when speaking of patients. Alex clearly enjoyed working with children, and they directly sought out feedback from everyone - including families and even children in order to improve. Multiple times the team noted that on the day of discharge for their patients, when the team was exiting the room, they would hang back to address the child and ask them about their experience and any questions they might have. Alex will no doubt be an asset to whatever field they choose.



**Clerkship #6 -- Surgery (Pass):**
*Overall grade composition: Clinical Performance: 60%; Shelf Exam: 20%; OSCE: 7%; Oral Exams: 10%; Case Log Completion: 3%*




Alex's overall performance in the Surgery clerkship was Very Good. Alex had a good knowledge base. He was able to apply their knowledge in their day-to-day activities. Alex was thorough in their history taking. They were able to complete a good physical exam and apply their findings to the care of the patient. Alex was able to formulate an appropriate differential diagnosis and an accurate assessment. They had appropriate clinical decision-making, incorporating imaging and physical exam findings. Alex showed effective self-directed learning and was prepared for each day's work, having read about their patients and their cases. Alex was extremely accurate in the information that they presented. They were a valuable member of their teams and well-liked by the residents. Alex conducted themselves in a professional manner at all times. They were always respectful towards their team members, their patients, as well as their families. Alex was an engaged, interested, and knowledgeable student, hardworking and reliable. They integrated well with their teams and was well liked by staff. They were reliable, mature, and polite to their patients, families, and members of their teams. Alex will be an excellent resident and physician.

**Summary**
Clerkship Grades:
**(H=Honors; HP=High Pass; P=Pass)**

Clerkship #1 - Medicine: **HP**
Clerkship #2 - Neurology: **P**
Clerkship #3 - Psychiatry: **HP**
Clerkship #4 - Obstetrics and Gynecology: **HP**
Clerkship #5 - Pediatrics: **HP**
Clerkship #6 - Surgery: **HP**

Throughout their clinical rotations, Alex took a vested interest in their patients. He sought to better understand the greater context of their lives in order to provide the best possible care. In order to improve their level of understanding, Alex employed a strong bedside manner; attendings praised them for their maturity, compassion, and ability to form meaningful connections with their patients. As Alex focuses on becoming the best physician they can be, they are driven by their strong work ethic, an open-mindedness that seeks cultural understanding, and a desire to collaborate with and empower his patients. Alex's interest in truly understanding and helping others manifested in their extracurricular activities, as well. One prominent example is their role as leader of one of the student-run free clinics and significant contributions through the Health Professions Recruitment and Exposure Program. This is a testament to their other-centered nature and their inherent drive to connect with others. In all things, Alex understands the importance of culture and history as pieces that help inform what a person needs. A dedicated learner and reliable teammate, Alex will surely be a welcomed addition to their residency program and by their future patients. Our holistic evaluation of Alex's performance in our curriculum, in scholarship, and in service demonstrates that they are a **very good** candidate for your residency training program.

*The University of Chicago's evaluation system was not designed to provide information comparing one student to another and for that reason no ranking regarding Alex Doe can be provided. The grading system is pass/fail and there are no class rankings. The curriculum has been designed for a competency-based evaluation system. The students are measured by their achievement of the competency, not in terms of comparative performance. Descriptors provided for the third-year clerkships reflect the degree to which Alex has attained the competencies taught in that clinical experience. For that reason, we encourage review of this evaluation letter in its entirety.*

*Sincerely,*

*H. Barrett Fromme, MD, MHPE*
*Professor of Pediatrics*
*MSPE Director, Pritzker School of Medicine*

*Vineet Arora, MD, MAPP*
*Professor of Medicine*
*Dean for Medical Education*

*Attachments: MSPE Appendices*

# MSPE
# APPENDICES

THE UNIVERSITY OF CHICAGO
UChicago Medicine | Pritzker School of Medicine

# 20XX Medical Student Performance Evaluation Appendices

## Appendix A – Pre-Clerkship/Basic Science Performance

The University of Chicago Pritzker School of Medicine has a Pass/Fail System. Therefore, no graphic representation of the student's performance relative to his or her peers in pre-clerkship/basic science courses can be provided.

## Appendix B – Clinical Clerkship Performance

The University of Chicago Pritzker School of Medicine utilizes a Pass (P) / Fail (F) grading system, with the exception of five of the six core clinical clerkships:

- Internal Medicine (10 weeks, including electives)
- Surgery (10 weeks, including electives and a Perioperative Care rotation)
- Pediatrics (5 weeks)
- Obstetrics and Gynecology (5 weeks)
- Psychiatry (5 weeks)
- Neurology (2 weeks)

During the third year, students are given designators for five of the six required core clerkships (Honors, High Pass, Pass, or Fail) based on the extent to which they meet or exceed a given competency. In the 2021-2022 academic year, the required Neurology clerkship was shortened to a two-week experience. Grading for Neurology is Pass/Fail. In each of the clerkships, clinical performance is evaluated by the clerkship directors as to the extent to which the student achieves the performance objectives of the clerkship. Accordingly, this evaluation system does not assume a normal distribution of grades as students are assessed against performance objectives, not each other. The distribution of the internal designators by clerkship for the Class of 20XX is outlined below.

| | Honors | High Pass | Pass | Incomplete | Failure | Total |
|---|---|---|---|---|---|---|
| **Medicine** | 52% | 46% | 2% | 0% | 0% | 100% |
| **Surgery** | 40% | 55% | 5% | 0% | 0% | 100% |
| **Pediatrics** | 61% | 36% | 3% | 0% | 0% | 100% |
| **Obstetrics-Gynecology** | 54% | 43% | 3% | 0% | 0% | 100% |
| **Psychiatry** | 58% | 34% | 8% | 0% | 0% | 100% |
| **Neurology** | | | 100% | | | 100% |

**University of Chicago Pritzker School of Medicine**
**Class of 20XX Clerkship Distribution**




## Appendix C – Professional Attributes

Professional attributes are considered in the Pass/Fail designation and addressed in the clinical performance evaluation summaries prepared by the Clerkship Directors. Therefore, no graphic representation of the students' professional attributes relative to his or her peers can be provided. Professional attributes assessed in the clerkships include the extent to which students:

- Demonstrate enthusiasm, interest, and self-motivation
- Pursue self-directed learning
- Exhibit responsibility, integrity, and caring in establishing trusting relationships with patients and family members
- Interact appropriately and respectfully with other health professionals
- Are punctual and prepared

## Appendix D – Overall Comparative Performance

Our Students receive a summary designator based on a holistic review of their academic performance during their clerkship rotations, their performance in research/scholarship, and their time spent in institutional and community service. This holistic review is aligned with the holistic review our Admissions Committee uses when evaluating prospective students.

We reserve the right to not use all designators in a given year. Below is the distribution of these designators for the Class of 20XX:

Exceptional ................................................... 23%
Outstanding... ............................................31%
Excellent.......................................................40%
Very Good ...................................................6%
Good...............................................................
Acceptable.........................................................




## Appendix E – Medical School Information Page

Specific Programmatic Emphases of the Medical School and its Educational Programs:

Mission Statement: "At the University of Chicago, in an atmosphere of interdisciplinary scholarship and discovery, the Pritzker School of Medicine is dedicated to inspiring diverse students of exceptional promise to become leaders and innovators in science and medicine for the betterment of humanity."

Pritzker attracts and recruits culturally diverse student leaders with strong academic backgrounds and personal accomplishments. The curriculum emphasizes the importance of humanistic care and skills of critical analysis. With the exception of the clinical clerkship year, Pritzker operates on a Pass/Fail grading system to encourage students to develop teamwork skills, to discover and develop their unique talents, and to promote cooperative learning through focused curricular and co-curricular activities.

These medical education programs include the following:

- Integration of basic science and clinical medicine across the four years of the curriculum.
- Students who are enrolled in a joint MD/PhD program at the University of Chicago participate in a longitudinal curriculum designed to provide enhanced training in fundamental concepts and scholarly skills.
- The Scholarship & Discovery component of the Pritzker curriculum reaffirms the core mission of the University to generate new knowledge to improve human life. The cornerstone of Scholarship and Discovery is the completion of a mentored scholarly project by the time of

graduation, focusing on one of five scholarly tracks: **(1) Scientific Investigation (Basic/Translational Sciences, Clinical Research, or Health Services & Data Science), (2) Medical Education, (3) Healthcare Delivery Improvement Sciences**, **(4) Community Health,** and **(5) Global Health**. Guidance is provided by core faculty throughout the students' time at Pritzker. During the first year, students participate in coursework and throughout subsequent years, students also participate in activities related to their scholarly track, including a focused scholarly block to work on their research. Examples of additional scholarly activities include advanced elective coursework, conference participation, or track specific activities (i.e. a service-learning project for Community Health, out-of-country rotations for Global Health, serving as a Teaching Assistant for Medical Education, etc.). During the fourth year, students either complete their scholarly project or continue their advanced training in their scholarly area with guidance from faculty Track Leaders. All students, including MD-PhD students who are exempt from the Scholarship and Discovery requirement, are encouraged to disseminate their work at the Pritzker Senior Scientific Session and share their findings with a broader regional and national audience whenever possible.

— Summer research training supporting over **85%** of the students to explore their research aptitudes before entering the second year. The experience often serves as a scholarly foundation from which students continue their scholarly work throughout their medical school tenure, often resulting in dissemination via presentation or publication.

— Clinical experiences with patients and standardized patients beginning the first quarter of medical school aided by the formative feedback provided by review of recorded patient encounters with full-time faculty preceptors.

— A comprehensive group of required core clerkships beginning in the third year and combining ambulatory and inpatient experiences taught by full-time faculty together with highly selected residents to promote and model clinical proficiency.

— Opportunities to participate in MD/PhD and MD/MBA programs, master degree programs (MPP, AM, MS, JD) and research "year off" experiences.

— An extensive array of co-curricular activities that provide the arena for students to develop further their altruism, leadership, professionalism, and self-care.

— Integration of humanism in medicine through programs such as the First Year Orientation and White Coat Ceremony, Gold Humanism Honor Society Induction Ceremony, and Student Clinician Ceremony. In these and other student programs, upperclassmen and residents model a mentoring demeanor promoting collegial approaches to medical education.

Average Length of Enrollment (Initial Matriculation to Graduation):

The average duration of enrollment was approximately **4.6 years**.

Of the 83 students anticipated to be in the graduating Class of 20XX, **20** took more than 4 years to complete medical school:

- **10** students completed joint MD/PhD training, which added an average of **4.4** years to their medical education.
- **1** student completed joint MD/MBA training at University of Chicago.
- **1** student completed a Master's program in Harris School of Public Policy at Universityof Chicago.
- **7** students participated in additional scholarly and clinical experiences for an additional year. Of these 7 students, 2 obtained support via Pritzker Fellowship, 1 obtained a NorthShore Fellowship.
- **4** students chose to utilize the Extended Curriculum Option to decompress an academic year for personal, family and/or medical reasons.

Guidelines for Medical Schools Regarding Academic Transcripts:

The Pritzker School of Medicine is compliant with the AAMC "Guidelines for Medical Schools Regarding Academic Transcripts."

Description of the Evaluation System Used at This Medical School:

Please see Appendix A, B, C, and D.

AOA Membership

The University of Chicago is home to the Illinois Beta Chapter of Alpha Omega Alpha, the national medical honor society. Election to the chapter occurs at the beginning of Pritzker students' fourth year and is guided by the regulations for election as set out in the AΩA constitution.

All students at Pritzker School of Medicine are eligible for AΩA. The selection process starts with a holistic review of all M4 students, which is aligned with the holistic review our Admissions Committee uses when evaluating prospective students and with the mission statement of the Pritzker School of Medicine. This holistic review includes:

1) Academic performance during clerkship rotations
2) Participation and achievements in research/scholarship
3) Review of leadership, volunteerism and institutional service as reported in the Student Management System and in students' CVs
4) Peer assessment as determined by an anonymous, end-of-academic year survey of MS3s (the peer assessment score given to students who take time off comes from the cohort with whom they completed the MS3 year)

Up to 20% of the class is then selected for membership in AΩA by a committee appointed by the Dean for Medical Education. The AΩA constitution calls on the committee to consider not only scholastic achievement but also capacity for leadership, professionalism, a strong sense of ethics,

and a commitment to service in the school and community, along with outstanding achievement in research.

Medical School Requirements for Successful Completion of the USMLE Step 1 and Step 2 for Promotion and/or Graduation

To graduate from the University of Chicago Pritzker School of Medicine, students must have registered and taken Step 1 and Step 2 (CK) of the USMLE exam. Passing the exams is not required for graduation.

Medical School Requirements for Successful Completion of Objective/Observed Structured Clinical Evaluation (OSCE) at Medical School.

Observed Structured Clinical Evaluations (OSCEs) are used for formative feedback during the first- and second-year Clinical Skills course, both throughout the course and during the assessment in the final exams. Following the third year, all students participate in a required Clinical Performance Exercise (CPX) which simulates USMLE Step 2-CS. The CPX experiences are for self-assessment and feedback. All third year core clerkships include an Objective Structured Clinical Evaluation that students must complete.

Utilization of Narrative Comments from the Medical School Course, Clerkship, or Elective Director in the Composition of the MSPE.

The narrative comments from the six required third-year clerkships have been edited for length but not for content.

Process of MSPE Composition at the Medical School.

The Medical Student Performance Evaluation is prepared by the Medical Student Performance Evaluation Director. Administrative support is provided by the Manager of Career Advising and Student Services, the Office Administrator, and members of the Curriculum administrative team.

MSPE Review by Students.

Students at the Pritzker School of Medicine are permitted to review the MSPE letter in its entirety prior to its transmission and can request changes for factual information.

# Tab 3
# Hight Exhibit 64

THE UNIVERSITY OF CHICAGO
(https://www.uchicago.edu/)

Pritzker School of Medicine

**For more information about the Pritzker School of Medicine, visit the Facts & Figures page:**
/about/pritzker-facts-figures... (/about/pritzker-facts-figures)

ABOUT (/ABOUT)

# Student Treatment

**Statement of Policy**

The Pritzker School of Medicine at the University of Chicago is committed to maintaining an academic and clinical environment in which faculty, fellows, residents, students, nurses, and other medical staff work together freely to further education and research and provide the highest level of patient care, whether in the classroom, the laboratory, or the hospital, and clinics. The school's goal is to educate future physicians to meet high standards of professional behavior as outlined in the Pritzker School of Medicine's Guidelines of Professionalism (/about/professionalism) and to practice in a learning environment where effective, humane, and compassionate patient care is demanded and expected.

The school takes any mistreatment of students by residents, faculty, and medical center employees very seriously and has appointed two faculty members to serve as Ombudspersons (/student-life/ombudspersons) to facilitate confidential reporting of potential mistreatment and to raise awareness of appropriate standards of behavior among members of the medical school community.



EXHIBIT
64

### Expectations of Civil Behavior

The school expects civil behavior in an educational and clinical setting as set forth by the University in the Student Manual of the University Policies and Regulations (https://studentmanual.uchicago.edu/) and the University of Chicago Medical Center's Professionalism and Disruptive Behavior policy. Consistent with these policies, the University of Chicago Pritzker School of Medicine regards all acts of physical harm, threats of physical harm, imposition of physical punishments and evaluation of students on grounds other than those relevant and material to the course or clinical activity as violations of these standards.

The Pritzker School of Medicine encourages faculty and residents to promote a positive learning environment by adhering to the MODEL principle:

| | |
|---|---|
| M | Model professional behavior |
| O | Offer feedback |
| D | Delineate expectations |
| E | Evaluate fairly |
| L | Prioritize learning |

---

### Examples of Mistreatment

Mistreatment is defined on the Association of American Medical Colleges Graduation Questionnaire as follows: "Mistreatment arises when behavior shows disrespect for the dignity of others and unreasonably interferes with the learning process. It can take the form of physical punishment, sexual harassment, psychological cruelty, and

discrimination based on race, religion, ethnicity, sex, age, or sexual orientation." The AAMC provides the following examples of mistreatment:

- Public belittlement and humiliation
- Threatened with physical harm

- Asked to perform personal services
- Denied opportunities because of gender
- Denied opportunities because of race or ethnicity
- Asked to exchange sexual favors for grades/awards
- Subjected to unwanted sexual advances

The Pritzker School of Medicine has developed the following rubric to help students and faculty better communicate about inappropriate behaviors.

| | | Not Mistreatment | Mistreatment |
|---|---|---|---|
| M | Malicious Intent | On the first day of third year, the ward clerk says to the student, “I can tell you guys are newbies,” then offers to help the students find a computer station. | Resident purposely gives student misinformation before rounds. Student overhears resident laughing about messing him over. |
| I | Intimidation on Purpose | Student working with the chairman of surgery says he feels nervous about operating with him since the chairman can "make or break" his career. | Resident tells a student that they intend to make them cry before the rotation is over. |
| S | Sexual Harassment | Male student asked not to go into a room because a female patient only wants a female to examine her. | Student subjected to offensive sexist remarks or names. |

| | | | |
|---|---|---|---|
| T | Threatening Verbal or Physical Behavior | A student is yelled at to "get out of the way" by a nurse as a patient is about to be shocked during resuscitation. | An attending grabs the student's finger with a clamp OR tells them they are an "idiot" after they could not answer a question. |
| R | Racism or Excessive Discrimination | Attending gives student feedback on how to improve performance. | Student subjected to racist or ethically offensive remarks or names. |
| E | Excessive or Unrealistic Expectations | Student is asked by an attending to review an article and present it on rounds to the team. | A resident tells a student that it is their job to perform rectal exams (necessary or not) on all the patients admitted to the service. |
| A | Abusive Favors | A student is asked to get coffee for themselves and for the team prior to rounds since the resident did it yesterday. The team gives the student money. | A student is asked to pick up an attending's dry cleaning. |
| T | Trading for Grades | A resident tells a student that they can review and present a topic to the team as a way to enhance their grade. | A student is told that if they help a resident move that they will get honors. |

## Reporting Mistreatment

Students are strongly encouraged to report Mistreatment using this online form (https://redcap.uchicago.edu/surveys/?s=8NXXYEKKJYR3YCXF). Students with concerns about abusive conduct should contact the school's Ombudspersons (https://pritzker.uchicago.edu/student-life/ombudspersons), any of the Pritzker faculty deans (https://pritzker.uchicago.edu/about/about-our-deans), relevant faculty members (course director, preceptor or the department chair, etc.) or Director of Medical School Education (mailto:adambruce@uchicago.edu). Any of these individuals can discuss options with the student, offer guidance and support, and assist the student in attempting to resolve the matter informally. Every reasonable effort will be made to maintain confidentiality in such discussions.

If informal resolution is unsuccessful or inappropriate, the student can file a formal complaint under the Pritzker School of Medicine's Grievance Policies:

1) Formal grievance complaints alleging mistreatment must be submitted using the following electronic form (https://cm.maxient.com/reportingform.php?UnivofChicago&layout_id=42 (https://urldefense.com/v3/__https:/cm.maxient.com/reportingform.php?UnivofChicago&layout_id=42__;!!MvNZe7V6M35iZPhbgng-hfU!0Nj9HUb0TC8NjMVs0B6ZNF6tccvlSvOLOL8TbO8-ES8oy5c7WNdiy0krWc4TZ0HU7aaYEvEoKbirlW814AVnsEwZ848$)). The form and any provided written documentation will be reviewed by the Dean for Medical Education or an individual designated by the Dean to determine if:

- The case is appropriate for formal resolution pursuant to the grievance policy (i.e., it alleges mistreatment as defined by the AAMC in this policy and is not covered by another policy);
- The case cannot be resolved by informal means.

The student will receive written notification of whether the case meets the criteria for formal resolution within 30 calendar days of submitting the formal grievance complaint. If extenuating circumstances require a delay in notification, the student will be notified of a short extension.

2) Formal grievance complaints:

1. against Pritzker Medical School students will be reviewed, investigated and adjudicated by a committee composed of the Associate Dean of Students, the Assistant Dean for Health Equity, Diversity and Inclusion, the Assistant Dean of

Medical School Education, and the Associate Dean for Medical Student Advising and Academic Advancement. The complainant and respondent(s) will be given the opportunity to provide relevant documentation, provide names of relevant individuals, and meet with the committee or a designated representative of the committee. In the absence of mitigating circumstances, the complainant and the respondent will be notified of the committee's findings within 60 calendar days of initial receipt of the formal written complaint. Disciplinary procedures governing students may apply.

2. against Pritzker Medical School faculty will be filed with the faculty member's department chair for review, investigation and adjudication.

3. against UC residents and fellows will be filed with the trainee's program director for review, investigation and adjudication.

4. against UC staff will be filed with University Human Resources Management for review, investigation and adjudication.

5. In cases involving complaints against faculty, residents, fellows, and staff, students will be formally notified, in writing, by the Dean of Students or designee at the conclusion of the process to confirm that an investigation and adjudication took place and that an outcome has been reached. Outcomes will be reached not more than 90 calendar days after the case was initially submitted. If extenuating circumstances require a delay in notification, the student will be notified of a short extension.

In the event that a student is dissatisfied with the outcome of their formal grievance and the prescribed procedures were not properly followed, they may be eligible to request a review of the outcome under Academic Unit Grievance Review Procedures. Students can contact Amanda Young (amanday@uchicago.edu), the Associate Director for Graduate Student Affairs in UChicagoGRAD, with any questions about review options.

3) Exclusions:

6. Allegation of sexual harassment, misconduct and unlawful discrimination are addressed exclusively under the University's Policy on Harassment, Discrimination, and Sexual Misconduct (https://studentmanual.uchicago.edu/university-policies/university-of-chicago-policy-on-harassment-discrimination-and-sexual-miscon/) and Policy on Title IX Sexual Harassment (https://titleixpolicy.uchicago.edu/). More information about these policies and options for reporting and support are available through the Office of Equal Opportunity Programs (https://equalopportunityprograms.uchicago.edu/).

7. Allegations of academic fraud (e.g. plagiarism; fabrication or falsification of evidence, data, or results; the suppression of relevant evidence or data; the conscious misrepresentation of sources; the theft of ideas; or the intentional

misappropriation of the research work or data of others) should be brought forward in accordance with procedures established in the University's Policy on Academic Fraud (https://uchicago.app.box.com/s/k48dxzr8ouyqyta01ggi58q04yv9hovx).

8. Issues related to the conduct of members of the University of Chicago Police Department should be directed to the University's Safety & Security Complaint Process (https://safety-security.uchicago.edu/police/contact_the_ucpd/complaint_process/).

9. 4) There is no time limit on filing a grievance, though a grievance may only be filed by a current student or a student on an approved leave of absence. Students are encouraged to file a grievance as soon as is practicable as it maximizes the University's ability to respond promptly and effectively.

   5) The University prohibits retaliation against any person who exercises any rights or responsibilities under this policy. Any act of retaliation may be a separate violation of this Policy.

   6) A grade dispute or complaints about other academic evaluations may be evidence in support of a formal grievance but these complaints cannot constitute a formal grievance on their own. Pritzker students wishing to dispute grades or evaluations outside of a mistreatment context should refer to the Pritzker School of Medicine's Summary Evaluation or Course Grade Appeal Policy (https://pritzker.uchicago.edu/about/pritzker-and-university-policies).

---

## University Grievance Procedures

In extraordinary circumstances, students may request that a grievance case be handled by the Office of the Provost. If a student wishes to submit a grievance case to be handled by the Provost's Office, they must provide supporting rationale for why their case cannot be fairly heard within the Pritzker School of Medicine. Using reasoned judgment, requests will be reviewed by the Office of the Provost to determine if the case is appropriate for University review. Decisions by the Office of the Provost are final and unreviewable.

While the Pritzker School of Medicine anchors its formal and informal grievance procedures in instances of student mistreatment as defined by the Association of American Medical Colleges, University Grievance Procedures are limited to allegations of abuse of authority by current students or those on an approved leave of absence against faculty, other academic appointees, postdoctoral researchers, and staff.

Abuse of authority is the arbitrary or capricious exercise of authority for purposes inconsistent with the University's educational and research mission. Expression occurring in an academic, educational or research context is considered a special case and is broadly protected by academic freedom. Such expression will not constitute abuse of authority unless (in addition to satisfying the above definition) it is targeted at a specific person or persons and serves no bona fide academic purpose.

University Grievance Procedures are detailed in the Student Manual (see below). Students with questions about this policy are encouraged to contact the Associate Director for Graduate Student Affairs in UChicagoGRAD.

University Grievance Policy for Graduate Students: https://studentmanual.uchicago.edu/university-policies/graduate-student-grievance-policy/ (https://studentmanual.uchicago.edu/university-policies/graduate-student-grievance-policy/)

Graduate Student Grievance Review Process: https://studentmanual.uchicago.edu/university-policies/graduate-student-grievance-policy/graduate-student-grievance-review-process/ (https://studentmanual.uchicago.edu/university-policies/graduate-student-grievance-policy/graduate-student-grievance-review-process/)

Anonymous Reporting Option

Students who wish to notify the University of concerns about abuse of authority by faculty, staff, postdoctoral researchers, and other academic appointees, but who do not wish to have their individual concern acted upon, may submit anonymous reports through this online form (https://cm.maxient.com/reportingform.php?UnivofChicago&layout_id=40).

Anonymous reports will be reviewed by the Office of the Provost and shared with academic units as appropriate.

## Examples of Bias

As an educational and healthcare organization, Pritzker and the University of Chicago Medicine are committed to continuous improvement in their learning, research and clinical environments. From this perspective, biased behaviors falling short of the malicious or abusive conduct described above are valuable learning opportunities for students, house staff, staff and faculty. Examples of non-malicious bias include language or behaviors that unintentionally reflect inappropriate bias regarding race, sexual orientation, gender, age or ability. Just as with errors in clinical, ethical and professional judgment, such language and behaviors warrant feedback with the goal of improvement.

## Reporting Bias

Students may report such behaviors through the Pritzker Bias and Mistreatment Reporting Instrument (https://redcap.uchicago.edu/surveys/?s=8NXXYEKKJYR3YCXF) for review. Assuming permission is given by the student, this feedback will then be used to provide feedback to individual students, house staff, staff or faculty with the specific goal of performance improvement.

# Tab 4
# Hight Exhibit 77

# University Grievance Policy for Graduate Students

## Overview

The University Grievance Policy for Graduate Students establishes procedures by which graduate students can report and seek redress for actions that may constitute abuse of authority by University of Chicago faculty, other academic appointees, postdoctoral researchers, or staff.

Abuse of authority is the arbitrary or capricious exercise of authority for purposes inconsistent with the University's educational and research mission. Expression occurring in an academic, educational or research context is considered a special case and is broadly protected by academic freedom. Such expression will not constitute abuse of authority unless (in addition to satisfying the above definition) it is targeted at a specific person or persons and serves no bona fide academic purpose.

Behavior that falls short of abuse of authority should be addressed through means of informal resolution. Complaints that involve allegations of abuse of authority can also often be addressed informally without needing to go through a formal grievance process. The University expects students to attempt informal resolution before proceeding to file a formal grievance. Graduate students are strongly encouraged to seek assistance from individuals and offices who can discuss individual situations, explain policies and procedures, and offer support.

The University is aware that issues will arise under this policy that were not contemplated at the time the policy was drafted. In those circumstances, the University will make its best effort to follow the intent and spirit of the policy.

The policy will be periodically reviewed and revised as necessary to address issues that arise under the policy that were not previously contemplated.

## Options for Filing a Formal Grievance

The first recourse for submitting a formal grievance should be within the graduate student's academic unit (i.e., division or school). Each graduate unit posts policies detailing formal grievance procedures and informal resolution options. Further discussion and examples of abuse of authority are provided in each unit's policy. A list of these policies can be found here.

If a graduate student believes that their grievance cannot be fairly addressed within their academic unit, they may request that the matter be addressed by the Office of the Provost. If a student wishes to submit a grievance directly to the Provost's Office, they must provide supporting rationale that directly explains the basis for their concerns. Using reasoned judgment, requests will be reviewed by the Office of the Provost to determine if the case is appropriate for review. Decisions by the Office of the Provost are final and unreviewable.

Graduate students considering whether to file a grievance for review by either their academic unit or the Office of the Provost, are encouraged to discuss their options with the Associate Director for Graduate Student Affairs in UChicagoGRAD. Email gradgrievance@uchicago.edu for assistance.

## Submitting an Anonymous Report

Graduate students who wish to notify the University of concerns about potential abuse of authority by faculty, staff, postdoctoral researchers, and other academic appointees, but who do not wish to have their individual

concern acted upon, may submit anonymous reports through this online form.

Anonymous reports will be reviewed by the Office of the Provost and shared with academic units as appropriate.

## Eligibility to Grieve

This policy applies to currently enrolled graduate students and those on an approved leave of absence who allege abuse of authority by faculty, staff, postdoctoral researchers, or other academic appointees.

## Complaints or Disputes about Grades and Academic Evaluations

Faculty have the authority and the responsibility to assess the academic performance of their students. Only the instructor who gave the course, examination, or evaluation has the authority to change the assessment of the students' performance. Similarly, the evaluation of students' academic progress and standing in the program is the prerogative of relevant faculty.

Learning how to communicate with instructors and other faculty about confusion or concern around fairness in grading and evaluation is an important skill, and students may respectfully request explanations of grading decisions and feedback about how performance can be improved. If a student feels that a grade has been assigned unfairly or improperly, they should discuss their concerns with the instructor directly, consult with advisers within their program or department, or bring concerns to and seek advice from their area Dean of Students. If an area or department has a prescribed formal grade appeal process, students can follow those procedures to contest a grade.

A grade dispute or complaints about other academic evaluations may be evidence in support of a formal grievance but these complaints cannot constitute a formal grievance on their own.

## Time Limits

There is no time limit for filing a formal grievance, though a grievance may only be filed by a current graduate student or a graduate student on an approved leave of absence. Grievances should be filed as soon as practicable to maximize the University's ability to respond promptly and effectively. Delayed reporting often results in the loss of relevant information or documentation and/or in faded and unreliable memories; it also impairs the University's ability to interview individuals with knowledge of the circumstances, assess information, and, if appropriate, review and resolve grievances.

## Informal Resolution Options

Grievances should be resolved informally whenever possible. The policy of the student's division or school provides more detailed information and resources.

## Statement of Non-Retaliation

All members of the University community should be able to bring forward conflicts, concerns, and possible grievances in a respectful environment and are expected to do so in good faith. The University prohibits retaliation against any person who exercises their rights or responsibilities under this policy. Any act of retaliation may be a separate violation of this policy.

## Support and Resources

Case: 1:24-cv-02525 Document #: 122-2 Filed: 10/30/26 Page 141 of 161 PageID #:2059

Recognizing that these can be complex and sensitive issues, graduate students are encouraged to seek the assistance of individuals who can discuss options for resolution and offer support.

- Student Ombuds Office serves as a peer resource to assist students in the resolution of conflicts, concerns, and other problems that they may encounter through the course of University life. Ombuds staff provide individual consultation and write reports to the campus community identifying recurring student concerns.
- The Associate Director for Graduate Student Affairs in UChicagoGRAD is an administrator who serves as a campus-wide resource for students on issues around graduate student grievance policy and procedures. The Associate Director can meet with students to discuss individual situations and provide information about options for resolution. The Associate Director also works to provide trainings and workshops to improve mentorship and advising relationships and support constructive conversations around student concerns. Email gradgrievance@uchicago.edu for assistance.

*Unit and Department Resources*

- The area Dean of Students can meet with graduate students to discuss individual situations, provide an overview of the area's grievance procedures, and offer guidance on options for informal resolution.

- As appropriate, graduate students can seek guidance on resolution from individuals within their programs and departments, including a Director of Graduate Studies, Department Chair, Program Director, faculty adviser, or Graduate Program Administrator.
- Some departments may also have peer resources such as departmental ombudspersons, student-faculty committees, or other student

representatives who can bring concerns to area leadership.

*Additional Resources*

- Any conflict or difficulty in a student's academic life can have an adverse effect on mental health and wellbeing. Counselors at Student Wellness can provide critical support services to students navigating all manner of challenges.
- Sounding Board is a resource for helping graduate students negotiate work/life balance issues, navigate relationships, and create strategies for having difficult conversations with peers, faculty, and others.
- Students may find support in the spiritual advisers and programs available through the Office of Spiritual Life.
- Health Promotion in Student Wellness provides a range of services and programming to support students in managing stress and leading balanced and healthful lives.

## Submitting a Formal Grievance to the Office of the Provost

Graduate students wishing to file a grievance directly to the Office of the Provost are required to formally submit a complaint using the University Formal Grievance Form. The form and any provided written documentation will be reviewed by a Vice Provost designated by the Provost to determine if:

- The case is appropriate for formal resolution pursuant to the grievance policy (i.e., it alleges an abuse of authority as defined above and is not covered by another policy);
- The case cannot be resolved by informal means;
- The stated reasons why the case cannot be fairly handled by the student's academic unit warrants review by the Office of the Provost.

The Vice Provost (or designee) may contact the student with questions to discuss further. A student will generally receive written notification of whether the case meets the above stated criteria within 30 calendar days. If extenuating circumstances require a delay in notification, the student will be notified of a short extension.

If the Vice Provost determines that the grievance will not be reviewed by the Office of the Provost, the student will have the option to decide whether to pursue the grievance with their academic unit.

If the Vice Provost decides the complaint is appropriate for resolution pursuant to the University Grievance Procedures for Graduate Students, the respondent(s) will be provided with written notice and a copy of the complaint within seven calendar days.

# Formal Grievance Process

*Review Committee*

The Vice Provost will convene a Grievance Review Committee to consider the case. The Committee will generally be composed of three faculty members, one student, one staff member, and the Vice Provost (or their designee). Generally, faculty, students, and staff serving on the Committee do not come from the academic department or program of either the complainant or the respondent(s).

All members of the Committee are required to maintain independent judgment and open-mindedness about the alleged grievance, free from material bias and conflicts of interest, or they must recuse themselves.

The student and respondent will be notified of the composition of the Committee as soon as practicable before the Committee begins its review.

Either party may request a substitution if the participation of any individual on the Committee poses a conflict of interest. Such requests must be made to the Vice Provost (or their designee) within two business days of receiving notice of the members of the Committee. Requests must identify with specificity the alleged nature of the conflict of interest. Using reasoned judgment, the Vice Provost (or their designee) will decide whether the alleged conflict is genuine and material and, if so, whether it compels the Committee member's replacement.

*Review Process*

The Committee will designate a member or members to:

- Conduct interviews, as necessary, with individuals who may have relevant knowledge;
- Collect information, as necessary, including relevant documents.

The student and respondent(s) will be given the opportunity to provide relevant documentation, provide names of individuals who have relevant knowledge with whom the Committee could speak, and meet with the Committee or a designated representative of the Committee.

The Committee will review all information and make a recommendation to the Provost (or their designee).

The Committee will apply a preponderance of evidence standard in making its recommendation. Namely, the Committee will decide whether, in consideration of all the information before it, it is more likely than not that an abuse of authority occurred.

*Role of Support Person*

Both the student and respondent(s) may bring a support person of their

choice to any meeting conducted as part of the formal grievance process. They must notify the individual(s) with whom they are meeting of the identity of their support person in advance. If the support person is an attorney, a representative of the University's Office of Legal Counsel may also attend the meeting. The support person does not function as an advocate or participate directly in any way during the meeting. Both the student and respondent(s) are expected to speak for themselves, directly communicate with the Committee members, and submit their own written statements.

## Potential Outcomes

Grievance processes and outcomes are intended to give graduate students the opportunity to maximize their scholarly potential, to provide remedies for graduate students in need of support, and to facilitate productive conversations about challenging issues. In considering appropriate resolutions to grievance cases, the Grievance Review Committee and the Office of the Provost will be guided by the principle that outcomes should focus on addressing harm to the graduate student and preventing its recurrence.

The range of possible outcomes will vary according to the role of the individual found responsible for violating the policy and the severity of the violation. If any individual is found to have abused authority as defined in this policy, at minimum the Dean and/or other supervisor will meet with the respondent to discuss the finding and expectations regarding future conduct, and a notation regarding the finding and expectations may be made in the personnel record. Other possible outcomes include, but are not limited to, required trainings, amendments to teaching and advising assignments, removal from leadership positions or committee assignments, ineligibility for annual pay increases, and referral to applicable processes if further action is recommended. Outcomes will be based on the specific

nature of the conduct, the particulars of the situation, and a pattern of violations if such exists.

# Notification of Outcome

The Provost (or their designee) will review the Committee's recommendations and make a final determination that will be communicated, in writing, to the student and respondent(s), ordinarily within 90 calendar days after the case was initially submitted to the Provost.

The Provost's decision is final and not reviewable within the University.

The Dean of the academic unit(s) of both the student and respondent(s) will be notified of the outcome of the grievance review process.

# Confidentiality

While the University will keep matters confidential to the extent possible, the University may have to disclose information related to the matter, such as in the following situations:

(1) to those to whom it is necessary to give fair notice of the allegations and to conduct the investigation;

(2) to law enforcement consistent with state and federal law;

(3) to other University officials in accordance with FERPA;

(4) to third parties as permitted or compelled by law (e.g., in response to a lawful subpoena or in compliance with federal privacy law).

The University will not restrict the ability of either party to discuss the allegations under investigation. A party may discuss the allegations under

Case: 1:24-cv-02525 Document #: 122-2 Filed: 10/30/26 Page 147 of 161 PageID #:2065

investigation and/or gather and present information. Retaliation of any kind, however, is prohibited under the Policy.



PLAINTIFF0000486

# Tab 5
# Warren Exhibit 86

EXHIBIT
86

THE UNIVERSITY OF
CHICAGO

# Handbook for Graduate and Professional School Students with Disabilities

Student Disability Services
Phone: 773-702-6000
TTY: 773-795-1186
Fax: 773-926-0996
Email: disabilties@uchicago.edu
Website: http://disabilities.uchicago.edu

**2015-2016**

# Handbook for Graduate & Professional School Students with different abilities at the University of Chicago

**Table of Contents**


## Introduction and Purpose

**Student Disability Services**

Nondiscrimination Policy at the University of Chicago ........ 3

## Arranging Your Accommodation

**Accommodations Process**

Notification of Disability ........ 4
Request for Accommodations ........ 4
General Documentation Guidelines ........ 4
Assessment of Documentation ........ 5
Determination of Reasonable Accommodations & Modifications ........ 5
Temporary Accommodations ........ 5
Denial of Accommodations ........ 6
Grievance Procedure ........ 6
Disability Services Staff and Deans of Students Contacts ........ 6

## Managing Your Accommodation

**Expectations for Implementation**

Role of Student Disability Services ........ 6
Role of Deans of Students (or his or her designee) ........ 6
Role of Student Receiving Accommodations ........ 6

## Specific Accommodation

**Responsibilities and Guidelines**

Note-taker ........ 7
Alternate Exam Arrangements ........ 7
Books/Texts in Alternate Form ........ 8
Interpreting/Captioning Services ........ 9
Other Accommodations ........ 9
On-campus Transportation & Parking Services ........ 9

# Introduction and Purpose

## Student Disability Services

The university promotes the full participation of students with disabilities in all aspects of university life. This handbook is for students with disabilities, Deans of Students (and their designees), and Disability Services staff members, and establishes the policies and procedures for students who may utilize academic accommodations throughout their studies at the University of Chicago. Students are expected to manage their accommodations, and this handbook should serve as a resource in that regard.

## Nondiscrimination Policy of the University of Chicago

To ensure the intellectual richness of research and education, the University of Chicago seeks to provide an environment conducive to learning, teaching, working, and conducting research that values the diversity of its community. The University strives to be supportive of the academic, personal and work related needs of every student and is committed to facilitating the full participation of students with a disability in the life of the University.

The Student Disability Services office mission is to provide equal educational opportunity for persons with disabilities in agreement with the Nondiscrimination Policy of the University and in compliance with Section 504 of the Rehabilitation Act of 1973 and with Title III of the Americans with Disabilities Act (ADA) of 1990 and amendments. The law states that a person with a "disability" is:

> Someone with a physical or mental impairment that substantially limits one or more of the major life activities of such individual; or a person with a record of such impairment; or a person regarded as having such an impairment.

Equal educational opportunity means that **a person with a disability who qualifies for admission must have access to the same University programs, services, and activities as all other students**. If necessary to provide equal opportunity, the University of Chicago will make *reasonable modifications* to its policies, practices and procedures unless doing so would fundamentally alter the nature of the service, program, or activity or pose an undue administrative or financial burden.

In support of its commitment to provide equal educational opportunity, the University of Chicago provides a variety of services and accommodations to students with documented disabilities. This handbook contains the following information:

1. An overview of the services available;
2. An introduction to the primary contacts who serve students with disabilities; and
3. A description of the procedures that students must follow to receive accommodations and obtain services

# Arranging Your Accommodation

**Accommodations Process**

## Notification of a Disability

A student must identify him/herself to Student Disability Services to begin the process of requesting accommodations. The University is not responsible for identifying students with disabilities or for contacting such students to begin the accommodation request process.

## Request for Accommodations

Upon notification, Student Disability Services reviews with the student the documentation required to support the student's request for accommodations. It is in the best interest of the student to submit the documentation as soon as possible as the accommodation assessment may take up to ten (10) weeks. Requesting an accommodation is an interactive process that requires the direct involvement of the student.

The process of determining eligibility and considering what is a reasonable modification (accommodation) is an interactive and collaborative process. Reasonable efforts are to be made both by the student requesting reasonable accommodation and the Student Disability Services to complete the disability determination process and the consideration of any reasonable academic modification expeditiously.

## General Documentation Guidelines

To ensure a reasonable accommodation is provided to students with disabilities, students requesting such accommodations and services must provide current documentation of their disability. Such documentation generally must include all the following:

- A clear diagnostic statement of the disability prepared by a licensed professional;
- A description of the manner in which the disability limits the student in a specified major life activity and the severity of the limitation
- Test results (if applicable)

It is the responsibility of the student requesting the accommodations to document the disability. As such, the cost of evaluations required under these guidelines is to be borne by the student.

At the University of Chicago, there are the following documentation guidelines found on the Student Disability Services website.

Physical Disabilities Documentation:
http://disabilities.uchicago.edu/accommodation_process/updated_disability_provider_report_12_22_11.pdf

Learning Disabilities Documentation:
http://disabilities.uchicago.edu/accommodation_process/LD_protocol_1_5_12.pdf

ADHD Documentation:
http://disabilities.uchicago.edu/accommodation_process/ADHD_protocol_1_5_12.pdf

Psychological/Psychiatric Documentation:
http://disabilities.uchicago.edu/accommodation_process/GS-Updated_Psych_protocol_Jan_2010.pdf

## Assessment of Documentation

Student Disability Services assesses the student's documentation to ensure it conforms to University guidelines and, if approved, issues to the student along with Academic Services an Accommodation Determination Letter (ADL) outlining the accommodations. In the event the assessment declares the student's documentation insufficient (denied) for any reason, and the student wishes to appeal that decision, the student is responsible for pursuing whatever additional documentation is required and to pay any costs thereof. The University of Chicago reserves the right not to provide accommodations until all of the documentation specified in the guidelines is provided.

Disability accommodation determinations normally are based on information provided by the student to the University, including detailed and current medical documentation – within the last three years - from an appropriate professional regarding the nature and severity of the impairment and a description of the student's functional limitations. For students with learning disabilities and attention deficit disorders, Student Disability Services will provide a listing of required tests and contact information of potential testers in the area. Once complete documentation is received, the University may consult with an external medical professional to review the assessment and any recommended accommodations.

## Determination of Reasonable Accommodations and Modifications

For Disability Services to provide reasonable accommodations and services, students with disabilities seeking these accommodations and services are required to provide current documentation of their disability.
To determine the appropriateness of particular academic modification Student Disability Services considers:

a. Functional limitations caused by the disability.
b. Essential requirements/elements of the academic program, course and University sponsored student life activity.
c. Past performance of the student with and without reasonable accommodation.
d. History of disability-related difficulties in participating in academic and University sponsored student life programs.
e. Previous modification (s) or adjustment (s) received by the student in an educational setting; and
f. Review of the recommended reasonable accommodation.

Reasonable accommodations are modifications that enable the student with a disability to have equal access to the student's educational program and student life activities for which the student is eligible. Modifications are not predetermined but, instead, are individualized based on the functional limitations caused by the student's disability, academic program requirements, and the student life activities. Moreover, reasonable accommodations are modifications (adjustments) to a course, program, service, job, activity, or facility that enables a qualified student with a disability to have an equal educational opportunity.

The reasonable accommodations do not lower or modify essential requirements nor do they fundamentally alter the nature of a service, program or activity, or result in undue financial or administrative burdens. If necessary, the Dean of Students (or his or her designee) will consult with course instructors to understand the essential requirements/elements of a particular course. The accommodations must be effective, but need not be state-of-the-art or ideal. Students may always contact Student Disability Services if approved accommodations are ineffective as a disability accommodation and if the nature of the disability changes.

## Temporary Accommodations

During the assessment and determination processes, Student Disability Services may issue temporary modifications when the:

1. Request for a reasonable accommodation is in the determination process.
2. A student previously received a reasonable accommodation in an educational setting.
3. The process to determine the appropriate academic modifications (adjustments) remains incomplete before the start of the quarter.

Usually temporary accommodations are for one-quarter only, though in exigent circumstances and with prior approval, provisional modifications may continue into the next quarter. Receipt of temporary accommodation does not imply that the student will qualify for reasonable accommodation on a long-term basis

### Denial of an Accommodation

The most common reason for a denied student accommodation request is that the documentation does not meet the University's guidelines; however, additional reasons may include that the requested accommodation:

- Conflicts with the academic requirements of the student's academic program.
- Fundamentally alters the program, course, or activity.
- Is not supported by the documentation.
- Poses a direct threat to the student or others.
- Constitutes an undue administrative or financial burden under the criteria established by the ADA and Section 504.
- Opposes the educational philosophy of the University.

### Grievance Procedure

Students can access The University of Chicago Grievance Procedure found on the Student Disability Services' website:
http://disabilities.uchicago.edu/accommodation_process/grievance.shtml

Students requesting accommodations related to learning disabilities, attention deficit disorders, traumatic brain injury or psychiatric disability would need to comply further with the documentation guidelines set forth on the Student Disability Services' website:
http://disabilities.uchicago.edu/accommodation_process/forms.shtml

If there is a change in the student's condition, s/he may request modifications to previously-approved accommodations. The student will have to provide current supporting documentation for review at that time.

## Managing Your Accommodations

**Expectations for Implementation**

### Role of Student Disability Services

Aside from initially meeting with a student and assessing the student's request for accommodations, Disability Services provides the student and his or her Dean of Students (or designee such as faculty and staff administering the accommodations for the student) with the Accommodation Determination Letter (ADL). Additionally, the student can expect Student Disability Services to address:

- Concerns about the implementation of academic accommodations as they arise
- Changes in the condition that may require a modification of accommodations
- Accommodations that are ineffective

### Role of the Dean of Students (or his or her designee)

A student can expect his or her Dean of Students (or his or her designee) to:

- Serve as the primary liaison for students receiving accommodations.
- Meet with students and discuss approved accommodations.
- Coordinate with Student Disability Services in the implementation of all accommodations listed on the Accommodation Determination Letter (ADL) provided by Student Disability Services.

### Role of Student Requesting Accommodations

It is the expectation of the University of Chicago and Student Disability Services that the student reads the Accommodation Determination Letter (ADL) and seeks any clarification (if needed) from Student Disability Services before meeting with his or her Dean of Students (or his or her designee). Next, the student should schedule an in-person meeting before or at the start of the quarter to discuss the implementation process of the accommodations. Finally, students are expected to:

- Identify him/herself to the Student Disability Services Office to begin the process of requesting accommodations. The University of Chicago is not responsible for identifying students with disabilities or for contacting such students to begin the accommodation request process.

- Provide documentation that conforms to the university's guidelines. If the student's documentation is found insufficient for any reason, the student is responsible for pursuing whatever additional documentation is required and to pay any costs thereof. The University of Chicago reserves the right not to provide accommodations until all of the documentation specified in the guidelines is provided.
- Inform his/her Dean of Students (or his or her designee) or the Director of Student Disability Services, as soon as possible, any time there is any difficulty utilizing accommodations.
- Inform the Director of Student Disability Services any time there is a change in condition that may require a modification of accommodations.

## Specific Accommodations

**Responsibilities and Guidelines**

### Note-taker

Any student approved for a note-taker as an accommodation should make this request by meeting with or sending an email to his or her Dean of Students or his/her designee at least fourteen (14) business days prior to the beginning of the term. Business Days do not include Saturdays, Sundays or Holidays.

Note-takers are other University of Chicago students who are paid to provide this service. In rare instances, it may be impossible to find and assign note-takers, or the class may not lend itself to note-takers (such as a gym class, for example). On such occasions, the Deans of Students (or his or her designee) works with the student and instructor to find a suitable manner to secure course notes. Additionally, students must:

- Report any difficulties to the Deans of Students (or his or her designee) as soon as possible. Students must send an email to the Deans of Students (or his or her designee) if intending to be absent for three or more consecutive class sessions.
- Students must promptly inform the Deans of Students (or his or her designee) if this service is not needed or required for a particular course or quarter.
- Understand that requesting a note-taker after the term has commenced that it may take up to fourteen (14) business days or longer before a note-taker is assigned.

### Alternate Exam Arrangement

Any student approved for Alternate Exam Arrangements as an accommodation should meet with his or her Dean of Students or their designee in the first week of the term to identify exam dates and times, and discuss the implementation process of the accommodations. The student should provide his/her Dean of Students (or designee) with the following information in an email as soon as it becomes available:

a. The full title of the course
b. The instructor's first and last name
c. The time the exam begins and ends for the entire class (for calculating extra time, if applicable)
d. The instructor's phone number and email address
e. The first and last name of the student making the request

Additionally, students should:

- Understand late/last-minute requests may compromise the ability of the University to provide reasonable accommodations.
- Promptly inform the Dean of Students (or designee) if the alternate arrangements is not needed or required for a particular course or quarter.
- Instructor and the Deans of Students are only required to provide accommodations specifically listed in the ADL.

### Books/Texts in Alternate Format

***Texts Purchased for Class***

Disability Services processes requests for books/texts in an alternate format on a first-come, first-served basis and as timely as possible. The number of pages and the number of other pending requests may impact how quickly

conversions may be completed and made available. The student should provide his/her Dean of Students (or designee) with the following information in an email as soon as it becomes available:

a. The full title of the text
b. The edition (if applicable)
c. The full name of the author
d. The 10 or 13 digit ISBN number
e. Specific instructions as to what text is needed (all or only certain pages)
f. Prioritization of requests as to what text is needed first by indicating the month/day/year each converted document

Student Disability Services will first determine the availability of an electronic text via the publisher or other organization. If texts are not readily available in an electronic format, the student will need to provide Student Disability Services with a hard copy of the text as soon as possible; or proof of purchase so that Student Disability Services may request an accessible version of the text from an external organization.

Student Disability Services processes requests for books/texts in an alternate format on a first-come, first-served basis and as timely as possible. The number of pages and the number of other pending requests impacts conversion completion and availability. Students also should keep in mind that:

- Scanning textbooks into alternate format may require permanently separating the pages of the book from the binding.
- Student Disability Services is not responsible for purchasing books or other texts for students.
- Student Disability Services is not responsible for contacting instructors or departments to obtain book/text information.
- The student is responsible for obtaining the converted books/texts and unbound materials from Student Disability Services.

***Library Texts for Class***

A student approved to access printed library texts in alternate formats as an accommodation must provide the information listed below to Student Disability Services as soon as possible.

a. The full title of the text
b. The edition (if applicable)
c. The full name of the author d.
d. Library Call Number
e. Specific instructions as to what text is needed (all or only certain pages)
f. Prioritization of requests as to what text is needed first by indicating the month/day/year each converted document

Student Disability Services processes requests for converted library texts on a first-come, first-served basis and as timely as possible. The number of pages and the number of other pending requests impacts conversion completion and availability. Students also should keep in mind that Student Disability Services is not responsible for contacting instructors or departments to obtain book/text information.

## Interpreting/Captioning Services

A student approved for interpreters or captioners must make the accommodation request through Student Disability Services, at least, ten (10) business days before the start of the quarter and also should include additional services for tutorial sessions, meetings (of an academic nature or related to student life activities) and recruiting purposes. Business days do not include Saturdays, Sundays or holidays. Requests made after the term begins may take up to ten (10) business days to fulfill.

Student Disability Services may not be able to fill requests for interpreters/captioners after the term has begun, and/or last-minute requests for special events may not be filled. Additionally, students are expected to immediately notify the Director (gmoorehead@uchicago.edu) if,

- Service is not needed or required for a particular course or quarter.
- Difficulties with the interpreting/captioning service.
- Planned absence from class (at least 48 hours prior).

## Other Accommodations

Students approved for accommodations other than those outlined in this handbook, should meet with their Deans of Students (or his or her designee) or the Director for Student Disability Services to coordinate the implementation of those accommodations.

## Accommodations for Temporary Conditions

Student in need of support due to conditions of a temporary nature should contact Gregory Moorehead, Student Disability Services Director at 773-702-7776 or gmoorehead@uchicago.edu

## On-Campus Transportation Services

An injured student who needs transportation should contact Transportation & Parking Services at 773.795.6108 or bus@uchicago.edu between 8:30 a.m. and 5 p.m., Monday through Friday (except holidays).

The University also provides Dial-A-Ride, a complimentary curb-to-curb transportation service for students with long-term limited mobility. Students requesting this service must first register with Student Disabilities Services by contacting 773.702.6000 or disabilities@uchicago.edu. Service must then be arranged with Transportation & Parking Services at least three business days prior to an individual's transport needs. To arrange for this service, contact 773.795.6108 or bus@uchicago.edu.

## Accessible On-Campus Parking

Student requiring accessible on-campus parking for months or less, should contact Transportation & Parking Services at 773-702-8969 or parking@uchicago.edu. Students who require accessible parking for more than three months should contact Gregory Moorehead at 773-702-7776 or gmoorehead@uchicago.edu.

## Disability Services Staff and Deans of Students

Student Disability Services has two full-time staff, the Director and Associate Director. Deans of Students (or their designees) act as the liaisons for students within their academic unit and work directly with students, faculty and Student Disability Services staff to coordinate and implement students' accommodations.

**Director for Student Disability Services**
Gregory A. Moorehead
Campus and Student Life
5501 South Ellis Avenue
Chicago, Illinois 60637
773-702-7776
gmoorehead@uchicago.edu

**Associate Director for Student Disability Services**
Karyn LaTurner
Campus and Student Life
5501 South Ellis Avenue
Chicago, Illinois 60637
773-834-4469
karyn@uchicago.edu

### Biological Sciences Division

***Victoria Prince***
Dean of Students
**vprince@uchicago.edu**
773-834-2100

***Cyndie Shannon-Hutchison***
Associate Dean
cshannon@uchicago.edu
773-834-2091

### Humanities Division

***Martina Munsters***
Dean of Students
mmunster@uchicago.edu
773-702-3636
Walker Hall, Rm 213A

### Humanities Division (con't)

***TBD*** Associate Dean of Students
@uchicago.edu
773-702-8498

## Institute for Molecular Engineering

***Rovana Popoff***
Dean of Students
rpopoff@uchicago.edu
773-834-5549

***Novia Pagone***
Associate Dean of Students
pagone@uchicago.edu
773-834-1437

## Physical Sciences Division

***Miranda Swanson***
Dean of Students
m-swanson@uchicago.edu
773-702-8790

***Emily W. Easton***
Associate Dean of Students
eweaston@uchicago.edu
773-702-9708

## Social Sciences Division

***Patrick Hall***
Dean of Students
bp-hall@uchicago.edu
773-702-8415

***Kelly Pollock***
Associate Dean of Students
kpollock@uchicago.edu
773-795-3238

## Booth School of Business

***Ann Harvilla***
Dean of Students
ann.harvilla@chicagobooth.edu
773-702-8150

***Christine Gramhofer***
Director Full-time MBA Program
Christine.gramhofer@chicagobooth.edu
773-834-2047

***Malaina Brown***
Senior Associate Director, Ph.D. Program
*malaina.brown@chicagobooth.edu*
773-702-0093

***Micaela Devaney***
Manager of Faculty & Program Operations, Evening & Weekend MBA Programs
micaela.devaney@chicagobooth.edu
312-423-8043

***Patty Keegan***
Associate Dean of Students, Executive MBA Program
patty.keegan@chicagobooth.edu
312-464-8752

***Glenn Sykes***
Associate Dean—Europe/Asia
**Glenn.sykes@chicagobooth.edu**
44-0-020-7070-2228

## Divinity School

***Teresa Hord Owens***
Dean of Students
tdowens@uchicago.edu
773-702-8217

## Irving B. Harris School of Public Policy Studies

***Douglas Geiger***
Director of Student Affairs
douglasgeiger*@uchicago.edu*
773-834-2196

## Law School

***Amy Gardner***
Dean of Students
amgardn@uchicago.edu
773-702-3955

## Pritzker School of Medicine

***James Woodruff***
Associate Dean of Students
jwoodruf@medicine.bsd.uchicago.edu
773-795-1051

## School of Social Service Administration

***Celia Bergman***
Dean of Students
cbergman@uchicago.edu
773-702-1126

***Joseph Edwards***
Associate Dean of Students
jredward@uchicago.edu
773-702-1424

## Graham School of Continuing Education and Professional Studies

***Bridget Collier***
Dean of Students
bcollier@uchicago.edu
773-702-2047