IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT HIGHT, an Individual,

Plaintiff,

v.

THE UNIVERSITY OF CHICAGO, an Illinois Not for Profit Corporation,

Defendant.

Case No.: 2024 CV 02525

Judge Lindsay C. Jenkins

JURY TRIAL DEMANDED

**UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBITS IN SUPPORT OF SUMMARY JUDGMENT MOTION INSTANTER**

NOW COMES the Plaintiff, Robert Hight, by and through his attorneys, MacDonald, Lee, & Senechalle, Ltd., and makes an unopposed motion for leave to file summary judgment motion exhibits instanter.

1) This is a disability discrimination case filed by a medical student challenging dismissal from the Defendant, a private university located in Chicago, Illinois.
2) Plaintiff was required to file his motion for summary judgment on October 30, 2026. Plaintiff filed most of his pleadings in a timely manner. Specifically, Plaintiff filed his motion, memorandum, Rule 56.1 Statement, and approximately half of the exhibits on October 30, 2026, between 7:00 p.m. and 7:30 p.m.

3) Plaintiff repeatedly attempted to file the remaining exhibits (consisting entirely of depositions and deposition exhibits. However, CM/ECF refused to allow filing claiming the files were somehow corrupted. Plaintiff was unable to file the exhibits without the help of the PACER helpdesk.

4) Plaintiff is now in the process of filing the exhibits after Plaintiff's attorney's staff worked with the PACER helpdesk.

5) Plaintiff seeks leave to file the exhibits in light of good cause. Specifically, Plaintiff tried to file the exhibits in question but said exhibits were rejected by the CM/ECF computerized filing system.

6) Plaintiff's attorney has conferred with Defendant's attorney who has no objection to this motion. WHEREFORE, the Plaintiff, Robert Hight, respectfully requests that this Court allow the Plaintiff to file the remainder of his exhibits in support of his summary judgment motion instanter.

Respectfully Submitted,

By: ________*/S Joseph P. Selbka*______________
One of Plaintiff's Attorneys

Joseph P. Selbka
MACDONALD, LEE, & SENECHALLE, LTD.
2300 Barrington Road, Suite 220
Hoffman Estates, Illinois 60169-2034
Attorney No.: 06238063
pleadings@pmllegal.com
(847) 310-0025